John T. Farnum, Esq.
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Ave., Suite 900
T/F – 202.465.8385
jfarnum@milesstockbridge.com

*Counsel for 8fig, Inc.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | * | |
| **Muse Threads, Inc.** | * | **Case No. 22-00238-ELG** (Chapter 11) |
| **Debtor.** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### NOTICE OF APPEARANCE, REQUEST FOR ENTRY ON MATRIX, REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS, AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010(b), 8fig, Inc. ("8fig") hereby appears in the above-captioned case by counsel, John T. Farnum, Esquire and Miles & Stockbridge P.C. Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002 be served at the address set forth below:

> John T. Farnum, Esq.
> **MILES & STOCKBRIDGE P.C.**
> 1201 Pennsylvania Ave., Suite 900
> T/F – 202.465.8385
> jfarnum@milesstockbridge.com

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that FP intends that neither this Notice of Appearance, nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which 8fig is or may be entitled to under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATE:  August 16, 2023                                  Respectfully submitted:

*/s/ John T. Farnum*
John T. Farnum, Esq. (Federal Bar No. 20530)
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Ave., Suite 900
T/F - 202.465.8385)
jfarnum@milesstockbridge.com

*Counsel for 8fig, Inc.*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 16th day of August 2023, a copy of the Notice of Appearance, Request for Entry on Matrix, Request for Service of Notices and Other Documents, and Reservation of Rights were served via this Court's ECF system upon all parties registered to receive notices in this case.

                                                  */s/ John T. Farnum*
                                                  John T. Farnum