## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| | | Case No. 22-00238-ELG |
| **Muse Threads, Inc.** | * | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DENYING CONFIRMATION

Upon consideration of the Second-Amended Plan of Reorganization for Small Business Under Chapter 11 [docket 76] ("Plan") of Muse Threads, Inc. ("Debtor"), all objections and responses thereto, upon the entire record of this case, and good cause appearing, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that confirmation of the Plan is DENIED.

Copies to:

- All attorneys who have entered an appearance and who are registered e-filers; and
- All entities on court's mailing list.

## END OF ORDER

000001\1009135\4894-7956-3128.v1