John T. Farnum, Esq. (Federal Bar No. 983831)
**MILES & STOCKBRIDGE P.C.**
1201 Pennsylvania Ave., Suite 900
Washington, D.C. 20004
jfarnum@milesstockbridge.com

*Counsel 8fig, Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | * | |
| | | **Case No. 22-00238-ELG** |
| **Muse Threads, Inc.** | * | **(Chapter 11)** |
| **Debtor.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**APPLICATION FOR ADMISSION OF JOHN E. JOHNSON *PRO HAC VICE***

John T. Farnum ("Movant"), a member in good standing of the Bar of the District of Columbia, an attorney admitted to practice before the United States Bankruptcy Court for the District of Columbia and a Principal with Miles & Stockbridge P.C., hereby moves the Court, pursuant to this motion ("Application"), for the entry of an order, substantially in the form of **Exhibit A**, authorizing **JOHN E. JOHNSON**, OF COUNSEL to **PADFIELD & STOUT, L.L.P.**[1], to appear and practice *pro hac vice* on behalf of **8fig, Inc.** ("8fig"), a business organization that is a party in interest and creditor in the case ("Bankruptcy Case") of **MUSE THREADS INC.** ("Debtor") in the Bankruptcy Case and any related adversary litigation.

Mr. Johnson is a member in good standing with the State Bar of Texas and is an inactive member of the Bar of the District of Columbia, as well as the United States District Courts of Texas and the Northern and Western Districts of Oklahoma and has not been disciplined.

Movant requests the Court to allow Mr. Baker to appear at hearings in this Bankruptcy Case and any related adversary proceeding.

---

[1]       NOTE: Mr. Johnson is not at present licensed in this Federal District.

Movant has provided notice of this Motion to all persons receiving electronic notice in thus Bankruptcy Case.

WHEREFORE, Movant respectfully requests that this Court enter an order, substantially in the form attached as Exhibit A, granting the relief requested herein and all other just and proper relief.

Dated: August 21, 2023

Respectfully submitted:

**MILES & STOCKBRIDGE P.C.**

*/s/ John T. Farnum*
John T. Farnum, Esq. (Fed. Bar No. 983831)
1201 Pennsylvania Ave., Suite 900
Washington, D.C. 20004
T/F - 202.465.8385
jfarnum@milesstockbridge.com

local counsel to

**PADFIELD & STOUT, L.L.P.**

Home Office:
Suite 1210, Chase Bank Building
420 Throckmorton Street
Fort Worth TX 76102
+1 817 338 1616

Dallas Office:
705 Ross Avenue
Dallas TX 75202
+1 214 215 64021

*/s/ John E. Johnson*
MARK W. STOUT
State Bar [Tex.] 24008096
mstout@padfieldstout.com
JOHN E. JOHNSON, of Counsel
State Bar [Tex.] 24025457
jjohnson@padfieldstout.com

*COUNSEL FOR 8FIG INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21ST day of August 2023, a copy of the foregoing was served via this Court's ECF system upon all parties registered to receive notices in this case, including:

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
*Debtor's Counsel*

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Office of the U.S. Trustee*

Michael T. Freeman, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Office of the U.S. Trustee*

Jolene E Wee
Jw Infinity Consulting
447 Broadway Street
Ste 2nd FL #502
New York, NY 10013
*Subchapter V Trustee*

*/s/ John T. Farnum*
John T. Farnum