**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| | § | Petition: | 22-00238-ELG |
| MUSE THREADS INC., | § | | |
| | § | Chapter 11 | |
| *Debtor-in-Reorganization*, | § | | |

**ORDER GRANTING**
**MOTION FOR ADMISSION *PRO HAC VICE***

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the application, and good cause having been shown; it is

**ORDERED**, that JOHN E. JOHNSON, ESQ. be permitted to appear *pro hac vice* in the above captioned case and any adversary proceeding commenced in such case.

**Copies to:**

• All attorneys and other parties who have entered an appearance and who are registered e-filers.

**\*\*\*END OF ORDER\*\*\***