Maurice B. VerStandig, Esq.
Bar No.: MD18071
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
E-Mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

MUSE THREADS, Inc.,

Debtor.

Case No.: 22-238-ELG

Chapter 11
(Subchapter V)

## SUMMARY OF BALLOTS

| Creditor Class | No. of Ballots Cast | Value of Claims of Ballots Cast | No. of Ballots Accepting Plan | Value of Claims Accepting Plan | No. of Ballots Rejecting Plan | Value of Ballots Rejecting Plan | Impaired Class? |
|---|---|---|---|---|---|---|---|
| 1 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | Impaired |
| 2 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | Impaired |
| 3 | 1 | $37,750.00 | 1 | $37,750.00 | 0 | $0.00 | Impaired |
| 4 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | Impaired |
| 5 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | Impaired |
| 6 | 3 | $128,760.25 | 1 | $34,370.56 | 2 | $94,389.69 | Impaired |
| 7 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | Unimpaired |
| 8 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | Unimpaired |

*[Notes to Ballot Summary on Following Page]*

## Notes to Ballot Summary

1.     American Express National Bank is listed in the plan as having a single claim but filed two proofs of claim and two ballots. The two ballots are counted as one for purposes of this tally. If they are counted separately, there would be four ballots cast for class six, with three such ballots rejecting the plan.

2.     8fig Inc. has claims in both class 6 ($87,695.00) and class 7 ($30,000.00). The class 7 claim is unimpaired under the plan and, as such, no class 7 ballot was issued. On the class 6 ballot returned to the debtor, 8fig Inc. indicated a claim sum that is inclusive of its class 6 *and* class 7 claims ($117,695.00). The summary set forth above credits only $87,695.00 of this claim toward class 6, since that is the portion categorized in class 6.

Respectfully submitted,

Dated: August 21, 2023       By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig