The order below is hereby signed.

Signed: August 22 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| | § | Petition: | 22-00238-ELG |
| MUSE THREADS INC., | § | | |
| | § | Chapter 11 | |
| *Debtor-in-Reorganization*, | § | | |

### ORDER GRANTING
### MOTION FOR ADMISSION *PRO HAC VICE*

This matter having been brought before the Court on the Application for an Order For Admission Pro Hac Vice of John E. Johnson, Esq.; and the Court having reviewed the Application, and good cause having been shown; it is

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED**, that JOHN E. JOHNSON, ESQ. be permitted to appear *pro hac vice* in the above captioned case and any adversary proceeding commenced in such case.

**I ASK FOR THIS:**

*/s/ John T. Farnum*
John T. Farnum, Esq. (Fed. Bar No. 983831)
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Ave., Suite 900
Washington, D.C. 20004
T/F - 202.465.8385
jfarnum@milesstockbridge.com

Copies to**:**

- All attorneys and other parties who have entered an appearance and who are registered e-filers.

**\*\*\*END OF ORDER\*\*\***