**Fill in this information to identify the case:**

Debtor Name: Muse Threads Inc.

United States Bankruptcy Court for the: District of Columbia

Case number: 22-238-ELG

☐ Check if this is an amended filing

---

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: July 2023    Date report filed: 08/22/23    8/22/2023
MM / DD / YYYY

Line of business: Online Apparel Retailer    NAISC code: 4581

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: John Mark King

Original signature of responsible party: *John Mark King* (DocuSigned by: 3DCD3E07E9E3451...)

Printed name of responsible party: John Mark King

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 40,137.69

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 96,486.71

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  − $ 93,873.84

22. **Net cash flow**  + $ 2,612.87

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.  = $ 42,750.56

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ 0

    (Exhibit E)

Debtor Name _____    Case number_____

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables $ __3,677.00__

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed? __5__
27. What is the number of employees as of the date of this monthly report? __5__

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ __0__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ __0__
30. How much have you paid this month in other professional fees? $ __0__
31. How much have you paid in total other professional fees since filing the case? $ __0__

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 100,650.00 | − | $ 96,486.71 | = | $ 4,163.29 |
| 33. Cash disbursements | $ 83,274.55 | − | $ -10,599.29 | = | $ -3,799.29 |
| 34. Net cash flow | $ -17,375.45 | − | $ 2,612.87 | = | $ -30,587.61 |

35. Total projected cash receipts for the next month: $ 110,376.14
36. Total projected cash disbursements for the next month: - $ 83,270.47
37. Total projected net cash flow for the next month: = $ 27,105.67

Debtor Name _____    Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

DocuSign Envelope ID: 24114043-01E4-401A-9056-57F4943AC4A2

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2023 through July 31, 2023

Account Number: 9527

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00256730 DRE 001 152 21323 NNNNNNNNNNN T 1 000000000 67 0000
MUSE THREADS INC.
DEBTOR IN POSSESSION - CASE NO 22-00238
452 OAKWOOD ST SE
WASHINGTON DC 20032

## We're discontinuing Text Banking

Starting on October 15, 2023, we'll no longer offer our Text Banking service. This change doesn't affect any Account Alerts you receive by text. There are other ways you can manage your account from your mobile phone or computer.

Access your accounts with the Chase Mobile® app[1] and on **chase.com**, where you can:
- View your transactions, transfer money and make payments.
- Sign up for Account Alerts — get alerts about your balance, spending and more. Choose the alerts you want in **Profile and Settings**.

If you have questions, please call the number on this statement. We accept operator relay calls.

[1]**Chase Mobile®** app is available for select mobile devices. Message and data rates may apply.

## CHECKING SUMMARY   Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $35,029.82 |
| Deposits and Additions | 101 | 86,941.76 |
| ATM & Debit Card Withdrawals | 39 | -10,050.39 |
| Electronic Withdrawals | 55 | -76,755.45 |
| Fees | 8 | -268.00 |
| Ending Balance | 203 | $34,897.74 |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

# CHASE ◯

July 01, 2023 through July 31, 2023

Account Number: ▮▮▮▮▮▮▮9527

## How to Avoid the Monthly Service Fee (MSF)

If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- **$2,000 Minimum Daily Ending Balance.** Your lowest daily ending balance was $29,731.00.
- **$2,000 Chase Payment Solutions℠ Activity:** $0.00 was deposited into this account.
- **$2,000 Chase Ink® Business Card Activity:** $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | Orig CO Name:Shopify  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:091000014338877 Eed:230703  Ind ID:St-G7l0Y9T1A0E3  Ind Name:Muse Threads Inc Trn: 1844338877Tc | $1,141.56 |
| 07/03 | Orig CO Name:Shoppayinst Afrm  Orig ID:9729198000 Desc Date:230703 CO Entry Descr:Payments Sec:CCD  Trace#:021000028595227 Eed:230703  Ind ID:Hw3Elon5E300Cxe  Ind Name:Muse Threads Trn: 1848595227Tc | 169.70 |
| 07/03 | Orig CO Name:Amazon Pky1Pzeog  Orig ID:3215240102 Desc Date:230703 CO Entry Descr:Payments Sec:CCD  Trace#:021000021979840 Eed:230703  Ind ID:5Mcsabfnwr5Tcw3  Ind Name:Muse Threads, Inc. Trn: 1841979840Tc | 124.95 |
| 07/03 | Orig CO Name:Amazon Pff6Vxjwp  Orig ID:3215240102 Desc Date:230702 CO Entry Descr:Payments Sec:CCD  Trace#:021000021980057 Eed:230703  Ind ID:58J814Dp8A2Oura  Ind Name:Muse Threads, Inc. Trn: 1841980057Tc | 100.68 |
| 07/05 | Orig CO Name:Shopify  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:091000012022713 Eed:230705  Ind ID:St-Y5R3V2D4U4E2  Ind Name:Muse Threads Inc Trn: 1862022713Tc | 3,466.19 |
| 07/05 | Orig CO Name:Shoppayinst Afrm  Orig ID:9729198000 Desc Date:230705 CO Entry Descr:Payments Sec:CCD  Trace#:021000022025691 Eed:230705  Ind ID:T844Oscachbqyvl  Ind Name:Muse Threads Trn: 1862025691Tc | 332.52 |
| 07/05 | Orig CO Name:Shoppayinst Afrm  Orig ID:9729198000 Desc Date:230705 CO Entry Descr:Payments Sec:CCD  Trace#:021000021895489 Eed:230705  Ind ID:Plnix1Lw5Dmwxna  Ind Name:Muse Threads Trn: 1861895489Tc | 253.73 |
| 07/05 | Orig CO Name:Shoppayinst Afrm  Orig ID:9729198000 Desc Date:230705 CO Entry Descr:Payments Sec:CCD  Trace#:021000022025631 Eed:230705  Ind ID:55Lerl8Dw91G8Yc  Ind Name:Muse Threads Trn: 1862025631Tc | 250.73 |
| 07/05 | Orig CO Name:Sezzle  Orig ID:1810971660 Desc Date:  CO Entry Descr:Payout Sec:CCD  Trace# 091408591911278 Eed:230705  Ind ID: Ind Name:Muse Threads Inc  Merchant Withdrawal 106Fabe750B94Ad D9102Dec3A77206BC  9372 Trn: 1861911278Tc | 204.99 |
| 07/05 | Orig CO Name:Faire Wholesale  Orig ID:9997865003 Desc Date:  CO Entry Descr:Order Sec:CCD  Trace#:021000020436549 Eed:230705  Ind ID:15005124  Ind Name:Muse Threads  Faire #5M646F9G39 Trn: 1860436549Tc | 137.70 |
| 07/06 | Orig CO Name:Shopify  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:091000013561255 Eed:230706  Ind ID:St-H5U6Z0U3N0C7  Ind Name:Muse Threads Inc Trn: 1873561255Tc | 2,562.34 |
| 07/06 | Orig CO Name:Paypal  Orig ID:Paypalsd11 Desc Date:230706 CO Entry Descr:Transfer Sec:PPD  Trace#:021000029572643 Eed:230706  Ind ID: Ind Name:Muse Threads Inc. Trn: 1879572643Tc | 1,624.38 |
| 07/06 | Orig CO Name:Shoppayinst Afrm  Orig ID:9729198000 Desc Date:230706 CO Entry Descr:Payments Sec:CCD  Trace#:021000027075286 Eed:230706  Ind ID:3S29O2730C2Sxj5  Ind Name:Muse Threads Trn: 1877075286Tc | 120.81 |
| 07/06 | Orig CO Name:Amazon Prkahamsq  Orig ID:3215240102 Desc Date:230706 CO Entry Descr:Payments Sec:CCD  Trace#:021000021873644 Eed:230706  Ind ID:3Fohqmnu8F7Nvzd  Ind Name:Muse Threads, Inc. Trn: 1871873644Tc | 86.31 |





July 01, 2023 through July 31, 2023

Account Number:         9527

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/06 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230706 CO Entry Descr:Payments Sec:CCD    Trace#:021000024860837 Eed:230706    Ind ID:Kck1Zvs765M7Wuo           Ind Name:Muse Threads Trn: 1874860837Tc | 51.42 |
| 07/07 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer  Sec:CCD    Trace#:091000014602886 Eed:230707    Ind ID:St-W7R0W6S7U9K2           Ind Name:Muse Threads Inc Trn: 1884602886Tc | 2,346.52 |
| 07/07 | Orig CO Name:Faire Wholesale      Orig ID:9997865003 Desc Date:       CO Entry Descr:Order    Sec:CCD    Trace#:021000024789247 Eed:230707   Ind ID:15055045 Ind Name:Muse Threads           Faire #Dtme92Px2K Trn: 1884789247Tc | 411.00 |
| 07/07 | Orig CO Name:Faire Wholesale      Orig ID:9997865003 Desc Date:       CO Entry Descr:Order    Sec:CCD    Trace#:021000024789249 Eed:230707   Ind ID:15055059 Ind Name:Muse Threads           Faire #Db52Nwwcyd Trn: 1884789249Tc | 309.00 |
| 07/07 | Orig CO Name:Faire Wholesale      Orig ID:9997865003 Desc Date:       CO Entry Descr:Order    Sec:CCD    Trace#:021000024789245 Eed:230707   Ind ID:15054969 Ind Name:Muse Threads           Faire #PA9We6R88U Trn: 1884789245Tc | 171.00 |
| 07/07 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230707 CO Entry Descr:Payments Sec:CCD    Trace#:021000029640013 Eed:230707    Ind ID:L4Eet2Xecv2Ihij           Ind Name:Muse Threads Trn: 1889640013Tc | 107.13 |
| 07/07 | Orig CO Name:Amazon Psjtxxpfg      Orig ID:3215240102 Desc Date:230707 CO Entry Descr:Payments Sec:CCD    Trace#:021000026838585 Eed:230707    Ind ID:78Pn6O0G3Opq7Wc           Ind Name:Muse Threads, Inc. Trn: 1886838585Tc | 65.57 |
| 07/10 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer  Sec:CCD    Trace#:091000011932844 Eed:230710    Ind ID:St-K1W9U2N6O5B8           Ind Name:Muse Threads Inc Trn: 1911932844Tc | 2,128.18 |
| 07/10 | Orig CO Name:Paypal          Orig ID:Paypalsd11 Desc Date:230710 CO Entry Descr:Transfer  Sec:PPD    Trace#:021000025594385 Eed:230710    Ind ID: Ind Name:Muse Threads Inc. Trn: 1915594385Tc | 2,005.96 |
| 07/10 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230710 CO Entry Descr:Payments Sec:CCD    Trace#:021000024837162 Eed:230710    Ind ID:K95Osy7A9Ffz5A9           Ind Name:Muse Threads Trn: 1914837162Tc | 329.15 |
| 07/10 | Orig CO Name:Sezzle          Orig ID:1810971660 Desc Date:       CO Entry Descr:Payout   Sec:CCD    Trace#:091408592185517 Eed:230710    Ind ID: Ind Name:Muse Threads Inc     Merchant Withdrawal 1B8Cad41D0154E4 9A94Af0Df31Dcfb79         9417 Trn: 1912185517Tc | 37.34 |
| 07/10 | Orig CO Name:Amazon Pkcqegflu      Orig ID:3215240102 Desc Date:230709 CO Entry Descr:Payments Sec:CCD    Trace#:021000028757412 Eed:230710    Ind ID:2Enpapaa15Bwr17           Ind Name:Muse Threads, Inc. Trn: 1918757412Tc | 20.28 |
| 07/10 | Orig CO Name:Amazon Pssylyzad      Orig ID:3215240102 Desc Date:230710 CO Entry Descr:Payments Sec:CCD    Trace#:021000028757188 Eed:230710    Ind ID:75M1Oq1T6Xxc3St           Ind Name:Muse Threads, Inc. Trn: 1918757188Tc | 16.08 |
| 07/11 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer  Sec:CCD    Trace#:091000019462951 Eed:230711    Ind ID:St-O5B1K2O3F4S1           Ind Name:Muse Threads Inc Trn: 1929462951Tc | 5,095.47 |
| 07/11 | Zelle Payment From John King Cofnxtcltxei | 500.00 |
| 07/11 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230711 CO Entry Descr:Payments Sec:CCD    Trace#:021000025635547 Eed:230711    Ind ID:Y022Strd3A7Nqp5           Ind Name:Muse Threads Trn: 1925635547Tc | 496.68 |
| 07/11 | Orig CO Name:Shoppayinst Afrm    Orig ID:394440    Desc Date:230710 CO Entry Descr:Autopay  Sec:CCD    Trace#:124084804486594 Eed:230711    Ind ID:06Ogxr2B7Led6Tj           Ind Name:Muse Threads Trn: 1924486594Tc | 151.70 |
| 07/11 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230711 CO Entry Descr:Payments Sec:CCD    Trace#:021000028783655 Eed:230711    Ind ID:Bskk3V4Fv8Acjn5           Ind Name:Muse Threads Trn: 1928783655Tc | 71.84 |
| 07/11 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230711 CO Entry Descr:Payments Sec:CCD    Trace#:021000028783613 Eed:230711    Ind ID:7Uwu7We7Vibn5Ry           Ind Name:Muse Threads Trn: 1928783613Tc | 68.10 |
| 07/11 | Orig CO Name:Sezzle          Orig ID:1810971660 Desc Date:       CO Entry Descr:Payout   Sec:CCD    Trace#:091408599381701 Eed:230711    Ind ID: Ind Name:Muse Threads Inc     Merchant Withdrawal D28857Baa25340D C9D03321Cbae432Ba         9426 Trn: 1929381701Tc | 37.93 |



Case 22-00238-ELG   Doc 88   Filed 08/23/23   Entered 08/23/23 03:50:13   Desc Main
Document   Page 8 of 18

# CHASE

July 01, 2023 through July 31, 2023

Account Number: 9527

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/12 | Online Transfer From Mma ...5629 Transaction#: 17865691269 | 6,800.00 |
| 07/12 | Orig CO Name:Shopify     Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD  Trace#:091000019522171 Eed:230712  Ind ID:St-D2Y8Z0U6X9L1    Ind Name:Muse Threads Inc Trn: 1939522171Tc | 2,751.93 |
| 07/12 | Orig CO Name:Faire Wholesale     Orig ID:9997865003 Desc Date:    CO Entry Descr:Order  Sec:CCD  Trace#:021000029641079 Eed:230712  Ind ID:15128687 Ind Name:Muse Threads     Faire #Mztmt73Xkx Trn: 1939641079Tc | 166.60 |
| 07/12 | Orig CO Name:Sezzle     Orig ID:1810971660 Desc Date:    CO Entry Descr:Payout  Sec:CCD  Trace#:091408599600320 Eed:230712  Ind ID: Ind Name:Muse Threads Inc    Merchant Withdrawal A3Ff5B60354943B A83Ec7816De57B7E9           9436 Trn: 1939600320Tc | 149.22 |
| 07/12 | Orig CO Name:Amazon Plfjpziff     Orig ID:3215240102 Desc Date:230712 CO Entry Descr:Payments  Sec:CCD  Trace#:021000029189635 Eed:230712  Ind ID:6L6M6Vy5L9Mxcib    Ind Name:Muse Threads, Inc. Trn: 1939189635Tc | 127.34 |
| 07/12 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:230712 CO Entry Descr:Payments  Sec:CCD  Trace#:021000022060428 Eed:230712  Ind ID:Ajzmxlp741Yoii8    Ind Name:Muse Threads Trn: 1932060428Tc | 74.90 |
| 07/13 | Orig CO Name:Shopify     Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD  Trace#:091000018670565 Eed:230713  Ind ID:St-I3U2C1B4H7D1    Ind Name:Muse Threads Inc Trn: 1948670565Tc | 690.94 |
| 07/13 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:230713 CO Entry Descr:Payments  Sec:CCD  Trace#:021000028677265 Eed:230713  Ind ID:K7Fuzxcthkiynhs    Ind Name:Muse Threads Trn: 1948677265Tc | 182.37 |
| 07/13 | Orig CO Name:Sezzle     Orig ID:1810971660 Desc Date:    CO Entry Descr:Payout  Sec:CCD  Trace#:091408598545009 Eed:230713  Ind ID: Ind Name:Muse Threads Inc    Merchant Withdrawal F2Fe2Df90Bfd42E Daf05959Ba404A988           9446 Trn: 1948545009Tc | 65.13 |
| 07/14 | Orig CO Name:Shopify     Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD  Trace#:091000019764980 Eed:230714  Ind ID:St-D8T7S9C0E0U4    Ind Name:Muse Threads Inc Trn: 1959764980Tc | 1,476.73 |
| 07/14 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:230714 CO Entry Descr:Payments  Sec:CCD  Trace#:021000020424572 Eed:230714  Ind ID:2Epo1Xqs59Gw74Q    Ind Name:Muse Threads Trn: 1950424572Tc | 261.19 |
| 07/14 | Orig CO Name:Faire Wholesale     Orig ID:9997865003 Desc Date:    CO Entry Descr:Order  Sec:CCD  Trace#:021000029973956 Eed:230714  Ind ID:15176471 Ind Name:Muse Threads     Faire #2Bzgtuxrvb Trn: 1959973956Tc | 228.00 |
| 07/14 | Orig CO Name:Faire Wholesale     Orig ID:9997865003 Desc Date:    CO Entry Descr:Order  Sec:CCD  Trace#:021000029973954 Eed:230714  Ind ID:15176469 Ind Name:Muse Threads     Faire #R3Nrwj4Hj6 Trn: 1959973954Tc | 161.00 |
| 07/14 | Orig CO Name:Sezzle     Orig ID:1810971660 Desc Date:    CO Entry Descr:Payout  Sec:CCD  Trace#:091408592792884 Eed:230714  Ind ID: Ind Name:Muse Threads Inc    Merchant Withdrawal A1428E4672284B1 5Ad265E17B44376Ff           9456 Trn: 1952792884Tc | 25.09 |
| 07/14 | Orig CO Name:Amazon Pfco5Jcsa     Orig ID:3215240102 Desc Date:230714 CO Entry Descr:Payments  Sec:CCD  Trace#:021000021492671 Eed:230714  Ind ID:7Wfqujgv6Rahl1M    Ind Name:Muse Threads, Inc. Trn: 1951492671Tc | 6.67 |
| 07/17 | Orig CO Name:Paypal     Orig ID:Paypalsd11 Desc Date:230717 CO Entry Descr:Transfer Sec:PPD  Trace#:021000020308769 Eed:230717  Ind ID: Ind Name:Muse Threads, Inc. Trn: 1980308769Tc | 2,881.45 |
| 07/17 | Orig CO Name:Shopify     Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD  Trace#:091000011174154 Eed:230717  Ind ID:St-D3T1K9V0M6H1    Ind Name:Muse Threads Inc Trn: 1981174154Tc | 1,463.29 |
| 07/17 | Orig CO Name:Sezzle     Orig ID:1810971660 Desc Date:    CO Entry Descr:Payout  Sec:CCD  Trace#:091408591675297 Eed:230717  Ind ID: Ind Name:Muse Threads Inc    Merchant Withdrawal Ddf2854Caf244D3 C9F6Cb6568A8Daef8           9471 Trn: 1981675297Tc | 254.47 |
| 07/17 | Orig CO Name:Amazon Pbkewwnnd     Orig ID:3215240102 Desc Date:230716 CO Entry Descr:Payments  Sec:CCD  Trace#:021000022536681 Eed:230717  Ind ID:3Wwioujmdct81Hf    Ind Name:Muse Threads, Inc. Trn: 1982536681Tc | 254.42 |



July 01, 2023 through July 31, 2023

Account Number: ████████9527

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/17 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230717 CO Entry Descr:Payments Sec:CCD    Trace#:021000020490056 Eed:230717   Ind ID:9Ub4Hkoye65K9Os    Ind Name:Muse Threads Trn: 1980490056Tc | 135.06 |
| 07/18 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer Sec:CCD   Trace#:091000015982782 Eed:230718   Ind ID:St-V4D4C0D8C9F7    Ind Name:Muse Threads Inc Trn: 1995982782Tc | 5,156.28 |
| 07/18 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230718 CO Entry Descr:Payments Sec:CCD    Trace#:021000020348388 Eed:230718   Ind ID:Pqeor8Mxvsmqpqj    Ind Name:Muse Threads Trn: 1990348388Tc | 462.15 |
| 07/18 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230718 CO Entry Descr:Payments Sec:CCD    Trace#:021000022566844 Eed:230718   Ind ID:Zbsfzsaxqokhru2    Ind Name:Muse Threads Trn: 1992566844Tc | 383.41 |
| 07/18 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230718 CO Entry Descr:Payments Sec:CCD    Trace#:021000020348460 Eed:230718   Ind ID:Bfr6Ku6Dmu0Tps5    Ind Name:Muse Threads Trn: 1990348460Tc | 245.31 |
| 07/18 | Orig CO Name:Sezzle    Orig ID:1810971660 Desc Date:      CO Entry Descr:Payout Sec:CCD    Trace#:091408595966941 Eed:230718  Ind ID: Ind Name:Muse Threads Inc    Merchant Withdrawal E2B270A999Ec45E 496B579Fe0B13D374         9480 Trn: 1995966941Tc | 89.94 |
| 07/18 | Orig CO Name:Amazon Pqvtdzhqt    Orig ID:3215240102 Desc Date:230718 CO Entry Descr:Payments Sec:CCD    Trace#:021000023597470 Eed:230718   Ind ID:2E4H9Cizfiqwulx    Ind Name:Muse Threads, Inc. Trn: 1993597470Tc | 27.75 |
| 07/19 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer Sec:CCD   Trace#:091000011382297 Eed:230719   Ind ID:St-D5K8V6P1R6J5    Ind Name:Muse Threads Inc Trn: 2001382297Tc | 1,267.48 |
| 07/19 | Orig CO Name:Paypal    Orig ID:Paypalsd11 Desc Date:230719 CO Entry Descr:Transfer Sec:PPD   Trace#:021000020745131 Eed:230719   Ind ID: Ind Name:Muse Threads Inc. Trn: 2000745131Tc | 518.30 |
| 07/19 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230719 CO Entry Descr:Payments Sec:CCD    Trace#:021000022799978 Eed:230719   Ind ID:Q8Whse4L8B93Afn    Ind Name:Muse Threads Trn: 2002799978Tc | 395.15 |
| 07/19 | Orig CO Name:Sezzle    Orig ID:1810971660 Desc Date:      CO Entry Descr:Payout Sec:CCD    Trace#:091408591460174 Eed:230719  Ind ID: Ind Name:Muse Threads Inc    Merchant Withdrawal Bfa7Bd2A42Bd4E7 5A398Fbf9Ec958D55         9490 Trn: 2001460174Tc | 71.14 |
| 07/20 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer Sec:CCD   Trace#:091000010258108 Eed:230720   Ind ID:St-B6S6V9T5J0T5    Ind Name:Muse Threads Inc Trn: 2010258108Tc | 1,109.32 |
| 07/20 | Orig CO Name:Faire Wholesale    Orig ID:9997865003 Desc Date:      CO Entry Descr:Order Sec:CCD    Trace#:021000020392498 Eed:230720  Ind ID:15271280 Ind Name:Muse Threads    Faire #H7H3Q4Wqma Trn: 2010392498Tc | 180.00 |
| 07/20 | Orig CO Name:Amazon Pjj7Izcow    Orig ID:3215240102 Desc Date:230720 CO Entry Descr:Payments Sec:CCD    Trace#:021000027218318 Eed:230720   Ind ID:6Tcrfv8Aa32B10I    Ind Name:Muse Threads, Inc. Trn: 2017218318Tc | 120.10 |
| 07/21 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer Sec:CCD   Trace#:091000018887517 Eed:230721   Ind ID:St-V5L9E9P6R0O1    Ind Name:Muse Threads Inc Trn: 2028887517Tc | 2,718.73 |
| 07/21 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230721 CO Entry Descr:Payments Sec:CCD    Trace#:021000020552888 Eed:230721   Ind ID:Xf7Czo821Jnpvnf    Ind Name:Muse Threads Trn: 2020552888Tc | 228.61 |
| 07/21 | Orig CO Name:Sezzle    Orig ID:1810971660 Desc Date:      CO Entry Descr:Payout Sec:CCD    Trace#:091408590925205 Eed:230721  Ind ID: Ind Name:Muse Threads Inc    Merchant Withdrawal F90E96F86C39488 8B9B19D7E86C832Ec         9510 Trn: 2020925205Tc | 39.60 |
| 07/21 | Orig CO Name:Amazon Pjuzpdkbb    Orig ID:3215240102 Desc Date:230721 CO Entry Descr:Payments Sec:CCD    Trace#:021000029149267 Eed:230721   Ind ID:2Iv8W79Igkl24P5    Ind Name:Muse Threads, Inc. Trn: 2029149267Tc | 24.36 |
| 07/24 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer Sec:CCD   Trace#:091000011489604 Eed:230724   Ind ID:St-U4F3D9O4T8Z7    Ind Name:Muse Threads Inc Trn: 2051489604Tc | 1,804.94 |

# CHASE

July 01, 2023 through July 31, 2023

Account Number: ████████9527

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/24 | Orig CO Name:Paypal         Orig ID:Paypalsd11 Desc Date:230724 CO Entry Descr:Transfer Sec:PPD   Trace#:021000024191474 Eed:230724   Ind ID: Ind Name:Muse Threads Inc. Trn: 2054191474Tc | 936.34 |
| 07/24 | Orig CO Name:Shoppayinst Afrm       Orig ID:9729198000 Desc Date:230724 CO Entry Descr:Payments Sec:CCD   Trace#:021000026738467 Eed:230724   Ind ID:JC4S9T5Kfrr62Gx       Ind Name:Muse Threads Trn: 2056738467Tc | 731.50 |
| 07/24 | Orig CO Name:Faire Wholesale       Orig ID:9997865003 Desc Date:       CO Entry Descr:Order   Sec:CCD   Trace#:021000023585563 Eed:230724   Ind ID:15340081 Ind Name:Muse Threads         Faire #5N2Wt6Euwh Trn: 2053585563Tc | 253.00 |
| 07/24 | Orig CO Name:Amazon Pajacpsew       Orig ID:3215240102 Desc Date:230724 CO Entry Descr:Payments Sec:CCD   Trace#:021000027183713 Eed:230724   Ind ID:1Y6Dyfzl8Ycqepp       Ind Name:Muse Threads, Inc. Trn: 2057183713Tc | 87.09 |
| 07/24 | Orig CO Name:Faire Wholesale       Orig ID:9997865003 Desc Date:       CO Entry Descr:Order   Sec:CCD   Trace#:021000023585660 Eed:230724   Ind ID:15311352 Ind Name:Muse Threads         Faire #Tdjztwf3Gy Trn: 2053585660Tc | 64.00 |
| 07/24 | Orig CO Name:Faire Wholesale       Orig ID:9997865003 Desc Date:       CO Entry Descr:Order   Sec:CCD   Trace#:021000023585551 Eed:230724   Ind ID:15337334 Ind Name:Muse Threads         Faire #7Vm687Dejt Trn: 2053585551Tc | 14.25 |
| 07/25 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD   Trace#:091000016225296 Eed:230725   Ind ID:St-Y6M4N8I6R1T5       Ind Name:Muse Threads Inc Trn: 2066225296Tc | 6,060.93 |
| 07/25 | Orig CO Name:Shoppayinst Afrm       Orig ID:9729198000 Desc Date:230725 CO Entry Descr:Payments Sec:CCD   Trace#:021000024232976 Eed:230725   Ind ID:Vtzffjlt5Ujx3Cx       Ind Name:Muse Threads Trn: 2064232976Tc | 1,408.92 |
| 07/25 | Orig CO Name:Shoppayinst Afrm       Orig ID:9729198000 Desc Date:230725 CO Entry Descr:Payments Sec:CCD   Trace#:021000027233381 Eed:230725   Ind ID:30Iuqg1Panpco1L       Ind Name:Muse Threads Trn: 2067233381Tc | 123.09 |
| 07/26 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD   Trace#:091000013275920 Eed:230726   Ind ID:St-O0O2S2P3T2Y9       Ind Name:Muse Threads Inc Trn: 2073275920Tc | 1,789.91 |
| 07/26 | Orig CO Name:Shoppayinst Afrm       Orig ID:9729198000 Desc Date:230726 CO Entry Descr:Payments Sec:CCD   Trace#:021000026867232 Eed:230726   Ind ID:Gpepw8Qdei32I7F       Ind Name:Muse Threads Trn: 2076867232Tc | 278.35 |
| 07/26 | Orig CO Name:Sezzle         Orig ID:1810971660 Desc Date:       CO Entry Descr:Payout   Sec:CCD   Trace#:091408593384109 Eed:230726   Ind ID: Ind Name:Muse Threads Inc     Merchant Withdrawal 584D86DC40Db453 680D75239B062Cee2       9544 Trn: 2073384109Tc | 103.89 |
| 07/26 | Orig CO Name:Amazon Pmxofiiuo       Orig ID:3215240102 Desc Date:230726 CO Entry Descr:Payments Sec:CCD   Trace#:021000020746649 Eed:230726   Ind ID:1X0Akxyhv48Azgx       Ind Name:Muse Threads, Inc. Trn: 2070746649Tc | 27.40 |
| 07/27 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD   Trace#:091000010133966 Eed:230727   Ind ID:St-L7P2B4F3B5U0       Ind Name:Muse Threads Inc Trn: 2080133966Tc | 2,488.23 |
| 07/27 | Orig CO Name:Shoppayinst Afrm       Orig ID:9729198000 Desc Date:230727 CO Entry Descr:Payments Sec:CCD   Trace#:021000020708999 Eed:230727   Ind ID:Hhwbm7Wcd1Wikf3       Ind Name:Muse Threads Trn: 2080708999Tc | 276.96 |
| 07/27 | Orig CO Name:Amazon Penc1Pfrs       Orig ID:3215240102 Desc Date:230727 CO Entry Descr:Payments Sec:CCD   Trace#:021000028774297 Eed:230727   Ind ID:65Gs139AenI5Rio       Ind Name:Muse Threads, Inc. Trn: 2088774297Tc | 56.41 |
| 07/28 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD   Trace#:091000014771758 Eed:230728   Ind ID:St-Q3F9J0H2Q4C6       Ind Name:Muse Threads Inc Trn: 2094771758Tc | 4,817.57 |
| 07/28 | Orig CO Name:Shoppayinst Afrm       Orig ID:9729198000 Desc Date:230728 CO Entry Descr:Payments Sec:CCD   Trace#:021000024082172 Eed:230728   Ind ID:1Qx78O3K70Szxa5       Ind Name:Muse Threads Trn: 2094082172Tc | 1,108.78 |
| 07/28 | Orig CO Name:Amazon Pqvojzqon       Orig ID:3215240102 Desc Date:230728 CO Entry Descr:Payments Sec:CCD   Trace#:021000025526693 Eed:230728   Ind ID:43Zi3H8Ir9Jmq97       Ind Name:Muse Threads, Inc. Trn: 2095526693Tc | 269.25 |



July 01, 2023 through July 31, 2023
Account Number: 9527

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/28 | Orig CO Name:Shoppayinst Afrm    Orig ID:394440    Desc Date:230727 CO Entry Descr:Autopay  Sec:CCD    Trace#:124084804667075 Eed:230728   Ind ID:4Gcxzm3F4Uk9Xyu            Ind Name:Muse Threads Trn: 2094667075Tc | 202.62 |
| 07/28 | Orig CO Name:Sezzle          Orig ID:1810971660 Desc Date:      CO Entry Descr:Payout  Sec:CCD    Trace#:091408594888301 Eed:230728   Ind ID: Ind Name:Muse Threads Inc       Merchant Withdrawal 73E197041A90470 6B151018968891Da4            9564 Trn: 2094888301Tc | 60.62 |
| 07/31 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer Sec:CCD    Trace#:091000015974403 Eed:230731   Ind ID:St-W6J7D2Q5W5P6        Ind Name:Muse Threads Inc Trn: 2125974403Tc | 4,967.47 |
| 07/31 | Orig CO Name:Paypal          Orig ID:Paypalsd11 Desc Date:230731 CO Entry Descr:Transfer Sec:PPD    Trace#:021000026465789 Eed:230731   Ind ID: Ind Name:Muse Threads Inc. Trn: 2126465789Tc | 978.75 |
| 07/31 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230731 CO Entry Descr:Payments Sec:CCD    Trace#:021000027723307 Eed:230731   Ind ID:Vrv6Ku3A31V0V4D            Ind Name:Muse Threads Trn: 2127723307Tc | 621.86 |
| 07/31 | Orig CO Name:Faire Wholesale      Orig ID:9997865003 Desc Date:      CO Entry Descr:Order   Sec:CCD    Trace#:021000028440872 Eed:230731   Ind ID:15468598 Ind Name:Muse Threads         Faire #Ycmvzepgyr Trn: 2128440872Tc | 469.00 |
| 07/31 | Orig CO Name:Sezzle          Orig ID:1810971660 Desc Date:      CO Entry Descr:Payout  Sec:CCD    Trace#:091408596336891 Eed:230731   Ind ID: Ind Name:Muse Threads Inc       Merchant Withdrawal D7Ef542C63724Ee 78Cb809852Ac4BB69            9579 Trn: 2126336891Tc | 298.56 |
| 07/31 | Orig CO Name:Faire Wholesale      Orig ID:9997865003 Desc Date:      CO Entry Descr:Order   Sec:CCD    Trace#:021000028440762 Eed:230731   Ind ID:15450574 Ind Name:Muse Threads         Faire #T36Gtjdnfm Trn: 2128440762Tc | 216.00 |
| 07/31 | Orig CO Name:Shoppayinst Afrm    Orig ID:394440    Desc Date:230728 CO Entry Descr:Autopay  Sec:CCD    Trace#:124084805878713 Eed:230731   Ind ID:9Xtfv29NHA1Rbw0            Ind Name:Muse Threads Trn: 2125878713Tc | 144.44 |
| 07/31 | Orig CO Name:Amazon Pimsdgbfa     Orig ID:3215240102 Desc Date:230729 CO Entry Descr:Payments Sec:CCD    Trace#:021000023698521 Eed:230731   Ind ID:D3Ab0De0Oqvze8E          Ind Name:Muse Threads, Inc. Trn: 2123698521Tc | 91.26 |
| **Total Deposits and Additions** | | **$86,941.76** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | Card Purchase        06/30 Www.Fiverr.Com New York NY Card 4775 | $58.57 |
| 07/03 | Card Purchase        07/01 Tiktok Ads *Tiktok Ads.Tiktok.CO CA Card 4775 | 139.43 |
| 07/03 | Card Purchase        07/01 Amazon Seller Repay 866-216-1072 WA Card 4775 | 38.84 |
| 07/03 | Recurring Card Purchase 07/01 Google *Gsuite_Muset Cc@Google.Com CA Card 4775 | 101.76 |
| 07/03 | Card Purchase With Pin  07/03 Giant 0261 3199 Duke S Alexandria VA Card 4775 | 41.39 |
| 07/03 | Recurring Card Purchase 07/03 Jessica Bo* (1 of 1 Hello@Jessica IA Card 4775 | 815.00 |
| 07/05 | Card Purchase        07/05 Google *Svcsmusethre G.CO/Helppay# CA Card 4775 | 61.27 |
| 07/10 | Card Purchase        07/10 Dropbox M9Ty6Wtyz8Bl 415-8576933 CA Card 4775 | 76.32 |
| 07/14 | Card Purchase        07/13 Usps Stamps Endicia 888-434-0055 DC Card 4775 | 11.10 |
| 07/18 | Card Purchase        07/17 Usps Stamps Endicia 888-434-0055 DC Card 4775 | 20.00 |
| 07/18 | Recurring Card Purchase 07/17 Shopify* 187855528 Httpsshopify. IL Card 4775 | 4,038.25 |
| 07/18 | Card Purchase        07/18 Intuit *Qbooks Onlin Cl.Intuit.Com CA Card 4775 | 90.10 |
| 07/19 | Recurring Card Purchase 07/19 Adobe  *800-833-6687 Adobe.Ly/Enus CA Card 4775 | 31.79 |
| 07/19 | Card Purchase        07/19 Tiktok Ads *Tiktok Ads.Tiktok.CO CA Card 4775 | 384.89 |
| 07/19 | Card Purchase With Pin  07/19 Cvs/Pharm 02007--3155 Alexandria VA Card 4775 | 16.66 |
| 07/21 | Card Purchase        07/21 Urbansitter Inc. Urbansitter.C CA Card 4775 | 44.95 |
| 07/21 | Card Purchase        07/21 Amzn Mktp US*Fh9Tb9B Amzn.Com/Bill WA Card 4775 | 67.94 |
| 07/21 | Non-Chase ATM Withdraw  07/21 1432 U Street Nw Washington DC Card 4775 | 42.00 |
| 07/24 | Card Purchase        07/21 Usps Stamps Endicia 888-434-0055 DC Card 4775 | 20.00 |

# CHASE

July 01, 2023 through July 31, 2023

Account Number: 9527

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/24 | Card Purchase | 07/21 Sq *Bike Werks VAN 1 Gosq.Com MD Card 4775 | 391.78 |
| 07/24 | Card Purchase | 07/21 Phipps Conservatory An 412-6226915 PA Card 4775 | 44.80 |
| 07/24 | Card Purchase | 07/23 Amzn Mktp US*662Rv1F Amzn.Com/Bill WA Card 4775 | 80.06 |
| 07/24 | Card Purchase | 07/21 Phipps Conservatory An 412-6226915 PA Card 4775 | 73.60 |
| 07/24 | Card Purchase | 07/21 Tst* Teds Bulletin 14th Washington DC Card 4775 | 124.73 |
| 07/24 | Card Purchase | 07/23 H&M0319 Oxon Hill MD Card 4775 | 104.89 |
| 07/24 | Card Purchase | 07/23 Nikepos_US National Har MD Card 4775 | 95.37 |
| 07/24 | Card Purchase With Pin | 07/23 Calvin Klein #1 Oxon Hill MD Card 4775 | 51.57 |
| 07/25 | Card Purchase | 07/25 Amazon.Com*T67Dj1Qn2 Amzn.Com/Bill WA Card 4775 | 49.59 |
| 07/26 | Card Purchase | 07/25 Usps Stamps Endicia 888-434-0055 DC Card 4775 | 50.00 |
| 07/26 | Recurring Card Purchase 07/26 Shipstation 512-485-4282 TX Card 4775 | | 63.59 |
| 07/26 | Card Purchase | 07/25 Phipps Conservatory An 412-6226915 PA Card 4775 | 51.20 |
| 07/28 | Card Purchase | 07/27 Sticker Mule Stickermule.C NY Card 4775 | 30.74 |
| 07/28 | Card Purchase | 07/27 Advertise Purple 310-526-0788 CA Card 4775 | 2,105.40 |
| 07/31 | Card Purchase | 07/28 Washington Gas Light 844-9274427 VA Card 4775 | 41.60 |
| 07/31 | Card Purchase | 07/28 Dominion Energy 866-366-4357 VA Card 4775 | 258.17 |
| 07/31 | Recurring Card Purchase 07/28 Klaviyo Inc. Software Klaviyo.Com MA Card 4775 | | 159.00 |
| 07/31 | Card Purchase | 07/30 Amzn Mktp US*th2Ep5L Amzn.Com/Bill WA Card 4775 | 111.51 |
| 07/31 | Card Purchase | 07/30 Amzn Mktp US*th6469A Amzn.Com/Bill WA Card 4775 | 34.97 |
| 07/31 | Card Purchase | 07/31 Meundies, Inc. 424-341-3817 CA Card 4775 | 27.56 |
| **Total ATM & Debit Card Withdrawals** | | | **$10,050.39** |

## ATM & DEBIT CARD SUMMARY

Whitney Constance Mirts Card 4775

| | |
|---|---|
| Total ATM Withdrawals & Debits | $42.00 |
| Total Card Purchases | $10,008.39 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $42.00 |
| Total Card Purchases | $10,008.39 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | Orig CO Name:DC-Otr-Web-Cor    Orig ID:753600113A Desc Date:    CO Entry Descr:Payments Sec:CCD    Trace#:091000018569892 Eed:230703    Ind ID:3224460 Ind Name:Muse Threads Inc Trn: 1848569892Tc | $733.10 |
| 07/03 | Orig CO Name:VA Dept Taxation    Orig ID:2546001734 Desc Date:230630 CO Entry Descr:Tax Paymensec:CCD    Trace#:091000018570124 Eed:230703    Ind ID:*****0048 Ind Name:Muse Threads Inc.                                                                      EFT Payments Trn: 1848570124Tc | 225.01 |
| 07/03 | Orig CO Name:VA Dept Taxation    Orig ID:2546001734 Desc Date:230630 CO Entry Descr:Tax Paymensec:CCD    Trace#:091000018570123 Eed:230703    Ind ID:*****0048 Ind Name:Muse Threads Inc.                                                                      EFT Payments Trn: 1848570123Tc | 155.47 |
| 07/03 | Orig CO Name:DC-Otr-Web-Wth    Orig ID:753600113A Desc Date:    CO Entry Descr:Payments Sec:CCD    Trace#:091000018569894 Eed:230703    Ind ID:3260946 Ind Name:Muse Threads Inc Trn: 1848569894Tc | 36.03 |



July 01, 2023 through July 31, 2023

Account Number: 9527

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | Orig CO Name:Paypal         Orig ID:Paypalsi77 Desc Date:230702 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000024218772 Eed:230703   Ind ID:Googlellc Googl         Ind Name:Muse Threads Inc. 230702Ppz9Yn Trn: 1844218772Tc | 55.49 |
| 07/05 | Orig CO Name:Shareasale       Orig ID:A364470129 Desc Date:A23184 CO Entry Descr:3123210487Sec:PPD    Trace#:091000012069127 Eed:230705   Ind ID: Ind Name:John Mark King Trn: 1862069127Tc | 100.00 |
| 07/05 | 07/05 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben./223404115109 Qingdao Kdgarden Import And Export Ref: Payment From Muse Threads Inc. Invoice Payment/Bnf/Payment From Muse T Hreads Inc. Trn: 3321193186Es | 2,193.00 |
| 07/07 | Orig CO Name:Dumbarton Indust    Orig ID:1831198650 Desc Date:     CO Entry Descr:ACH Collecsec:CCD   Trace#:056009501291666 Eed:230707   Ind ID:125360 Ind Name:Chase Bank            Rent For The Month of July 2023 Trn: 1881291666Tc | 3,492.98 |
| 07/10 | Orig CO Name:Paypal         Orig ID:Paypalsi77 Desc Date:230709 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000022248503 Eed:230710   Ind ID:Nicolebrook         Ind Name:Muse Threads Inc. 230709Ppz31C Trn: 1912248503Tc | 520.83 |
| 07/10 | 07/10 Online Payment 17849073476 To Chester Garvin & Sons, Inc | 280.00 |
| 07/10 | 07/10 Online Transfer To Mma ...5629 Transaction#: 17849579824 | 6,800.00 |
| 07/10 | 07/10 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben./223404115109 Qingdao Kdgarden Import And Export Ref: Payment From Muse Threads Inc. Invoice Payment/Bnf/Payment From Muse T Hreads Inc. Trn: 3316103191Es | 1,150.00 |
| 07/10 | Zelle Payment To Indigo Image Jpm999Z3Bu9N | 500.00 |
| 07/10 | Zelle Payment To John Mark King Jpm999Z3Zz4E | 300.00 |
| 07/10 | Orig CO Name:Firma Rebecca El    Orig ID:7705104870 Desc Date:      CO Entry Descr:Iat Paypalsec:Web    Trace#:021000024911913 Eed:230710   Ind ID:1028108030371 Ind Name:Muse Threads Inc. Trn: 1914911913Tc | 350.00 |
| 07/12 | Orig CO Name:Georgia Its Tax     Orig ID:2586002015 Desc Date:230711 CO Entry Descr:GA TX Pymtsec:CCD   Trace#:091000019602383 Eed:230712   Ind ID:937836304 Ind Name:Muse Threads Inc Georgia Its Tax Trn: 1939602383Tc | 84.48 |
| 07/12 | Orig CO Name:Georgia Its Tax     Orig ID:2586002015 Desc Date:230711 CO Entry Descr:GA TX Pymtsec:CCD   Trace#:091000019602382 Eed:230712   Ind ID:80822032 Ind Name:Muse Threads Inc Georgia Its Tax Trn: 1939602382Tc | 62.18 |
| 07/12 | Orig CO Name:Georgia Its Tax     Orig ID:2586002015 Desc Date:230711 CO Entry Descr:GA TX Pymtsec:CCD   Trace#:091000019602384 Eed:230712   Ind ID:647003920 Ind Name:Muse Threads Inc Georgia Its Tax Trn: 1939602384Tc | 61.75 |
| 07/12 | 07/12 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben./223404115109 Qingdao Kdgarden Import And Export Ref: Payment From Muse Threads Inc. Invoice Payment/Bnf/Payment From Muse T Hreads Inc. Trn: 3141143193Es | 17,904.60 |
| 07/14 | Orig CO Name:Paychex Inc.      Orig ID:1161124166 Desc Date:      CO Entry Descr:Payroll  Sec:CCD   Trace#:043000097120900 Eed:230714   Ind ID:03029200001804X Ind Name:Muse Threads Inc Trn: 1957120900Tc | 5,328.82 |
| 07/14 | Orig CO Name:Paychex Tps       Orig ID:1161124166 Desc Date:071323 CO Entry Descr:Taxes   Sec:CCD   Trace#:064101177114527 Eed:230714   Ind ID:03029400011334X Ind Name:Muse Threads Inc 37500 Trn: 1957114527Tc | 1,565.45 |
| 07/14 | Orig CO Name:Shareasale       Orig ID:A364470129 Desc Date:A23194 CO Entry Descr:3123210487Sec:PPD    Trace#:091000019958432 Eed:230714   Ind ID: Ind Name:John Mark King Trn: 1959958432Tc | 100.00 |
| 07/17 | Orig CO Name:8013Ohio-Taxosut    Orig ID:1070060004 Desc Date:Obg    CO Entry Descr:OH Salestxsec:CCD   Trace#:041001038718151 Eed:230717   Ind ID:000001008238155     Ind Name:John Mark King- Odtsaletx Trn: 1988718151Tc | 210.69 |

# CHASE

July 01, 2023 through July 31, 2023
Account Number: 9527

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/17 | Orig CO Name:8013Ohio-Taxosut    Orig ID:1070060004 Desc Date:Obg   CO Entry Descr:OH Salestxsec:CCD   Trace#:041001038718181 Eed:230717   Ind ID:000001008239541        Ind Name:John Mark King- Odtsaletx Trn: 1988718181Tc | 160.70 |
| 07/17 | Orig CO Name:Paychex Eib        Orig ID:1161124166 Desc Date:230717 CO Entry Descr:Invoice  Sec:CCD   Trace#:021000021516071 Eed:230717   Ind ID:X03039100007613 Ind Name:Muse Threads Inc Trn: 1981516071Tc | 117.09 |
| 07/17 | Orig CO Name:Payx-Pia-Wc        Orig ID:1161528391 Desc Date:       CO Entry Descr:Wc-Premiumsec:CCD   Trace#:021000021497732 Eed:230717   Ind ID:0000043494476 Ind Name:Muse Threads Inc Trn: 1981497732Tc | 115.35 |
| 07/19 | Orig CO Name:Coverwallet Insu     Orig ID:1800948598 Desc Date:      CO Entry Descr:Coverwallesec:CCD   Trace#:091000011388605 Eed:230719   Ind ID:St-X8Y8T5W2Q2U4        Ind Name:Coverwallet Inc Trn: 2001388605Tc | 618.20 |
| 07/19 | 07/19 Online Domestic Wire Transfer Via: Evolve B & T/084009519 A/C: Rachel Parker Northants Nn156Nt Gb Ref: Rp-Jul23-225 Imad: 0719B1Qgc07C005965 Trn: 3188273200Es | 815.00 |
| 07/20 | Orig CO Name:Virginia-America     Orig ID:7540119650 Desc Date:072023 CO Entry Descr:Payment  Sec:PPD   Trace#:042000010757282 Eed:230720   Ind ID: Ind Name:Muse Threads Trn: 2010757282Tc | 20.52 |
| 07/20 | Orig CO Name:Paychex Tps        Orig ID:1161124166 Desc Date:071923 CO Entry Descr:Taxes    Sec:CCD   Trace#:021000020749075 Eed:230720   Ind ID:03094000053185X Ind Name:Muse Threads Inc 37517 Trn: 2010749075Tc | 0.01 |
| 07/20 | Orig CO Name:Paypal            Orig ID:Paypalsi77 Desc Date:230720 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000028826458 Eed:230720   Ind ID:Googlellc Googl        Ind Name:Muse Threads Inc. 230720Ppz20L Trn: 2018826458Tc | 455.49 |
| 07/21 | Orig CO Name:Shareasale          Orig ID:A364470129 Desc Date:A23201 CO Entry Descr:3123210487Sec:PPD   Trace#:091000018977440 Eed:230721   Ind ID: Ind Name:John Mark King Trn: 2028977440Tc | 100.00 |
| 07/21 | 07/21 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ber./223404115109 Qingdao Kdgarden Import And Export Ref: Payment From Muse Threads Inc. Invoice Payment/Bnf/Payment From Muse T Hreads Inc. Trn: 3462883202Es | 7,637.83 |
| 07/24 | Zelle Payment To Sandra Jpm999Zly0Pw | 85.00 |
| 07/24 | Orig CO Name:TN State Revenue     Orig ID:W626001445 Desc Date:230721 CO Entry Descr:TN Tap   Sec:CCD   Trace#:084000023517422 Eed:230724   Ind ID:1913971840 Ind Name:Muse Threads Inc        Tax Access Portal Trn: 2053517422Tc | 361.00 |
| 07/24 | Orig CO Name:8013Ohio-Taxosut     Orig ID:1070060004 Desc Date:Obg   CO Entry Descr:OH Salestxsec:CCD   Trace#:041001036714372 Eed:230724   Ind ID:000001008387927        Ind Name:John Mark King- Odtsaletx Trn: 2056714372Tc | 271.12 |
| 07/24 | Orig CO Name:VA Dept Taxation     Orig ID:2546001734 Desc Date:230721 CO Entry Descr:Tax Paymensec:CCD   Trace#:091000016731860 Eed:230724   Ind ID:*****0048 Ind Name:Muse Threads Inc.                     EFT Payments Trn: 2056731860Tc | 156.56 |
| 07/24 | Orig CO Name:Georgia Its Tax      Orig ID:2586002015 Desc Date:230721 CO Entry Descr:GA TX Pymtsec:CCD   Trace#:091000013601013 Eed:230724   Ind ID:1476272272 Ind Name:Muse Threads Inc Georgia Its Tax Trn: 2053601013Tc | 145.87 |
| 07/24 | 07/24 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ber./223404115109 Qingdao Kdgarden Import And Export Ref: Payment From Muse Threads Inc. Invoice Payment/Bnf/Payment From Muse T Hreads Inc. Trn: 3285203205Es | 4,173.39 |
| 07/25 | Orig CO Name:Comp of Maryland     Orig ID:3526002033 Desc Date:072523 CO Entry Descr:Dir Db Radsec:PPD   Trace#:091000016234524 Eed:230725   Ind ID: Ind Name:X Trn: 2066234524Tc | 531.58 |
| 07/25 | Orig CO Name:DC-Otr-Web-Slu       Orig ID:753600113E Desc Date:       CO Entry Descr:Payments  Sec:CCD   Trace#:091000014218803 Eed:230725   Ind ID:6859354 Ind Name:Muse Threads Inc Trn: 2064218803Tc | 29.55 |

# CHASE

July 01, 2023 through July 31, 2023

Account Number: ████████9527

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/26 | Orig CO Name:NC Dept Revenue  Orig ID:9044030460 Desc Date:230725 CO Entry Descr:Tax Pymt Sec:CCD  Trace#:043305134086560 Eed:230726  Ind ID:043000098877972  Ind Name:140031000036935994488 Telechk 800-697-9263 Trn: 2074086560Tc | 672.26 |
| 07/26 | Orig CO Name:Comcast 8299610  Orig ID:0000213249 Desc Date:230726 CO Entry Descr:243342028 Sec:PPD  Trace#:021000020734012 Eed:230726  Ind ID: Ind Name:John Mark `King Trn: 20707340127Tc | 121.14 |
| 07/27 | 07/27 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ber:/223404115109 Qingdao Kdgarden Import And Export Ref: Payment From Muse Threads Inc. Invoice Payment/Bnf/Payment From Muse T Hreads Inc. Trn: 3188543208Es | 2,566.00 |
| 07/27 | Orig CO Name:Paypal  Orig ID:Paypalsi77 Desc Date:230727 CO Entry Descr:Inst Xfer Sec:Web  Trace#:021000024630131 Eed:230727  Ind ID:Metaplatfor  Ind Name:Muse Threads Inc. 230727Ppz110 Trn: 2084630131Tc | 1,195.37 |
| 07/27 | Orig CO Name:Paypal  Orig ID:Paypalec88 Desc Date:230727 CO Entry Descr:Echeck Sec:Web  Trace#:021000024620968 Eed:230727  Ind ID: Ind Name:Muse Threads Inc. 230727Ppz110 Trn: 2084620968Tc | 22.00 |
| 07/28 | Orig CO Name:Attentive Mobile  Orig ID:0010117298 Desc Date:230727 CO Entry Descr:8442937265Sec:Web  Trace#:242071757087952 Eed:230728  Ind ID: Ind Name:John Mark King 2628448168415 Trn: 2097087952Tc | 3,420.20 |
| 07/28 | 07/28 Online Transfer To Mma ...5629 Transaction#: 18008454146 | 1,244.90 |
| 07/28 | 07/28 Online Transfer To Mma ...5629 Transaction#: 18008541952 | 1,500.00 |
| 07/31 | Orig CO Name:Paychex Inc.  Orig ID:1161124166 Desc Date:  CO Entry Descr:Payroll Sec:CCD  Trace#:091000018505253 Eed:230731  Ind ID:03225500009023X Ind Name:Muse Threads Inc Trn: 2128505253Tc | 5,480.31 |
| 07/31 | Orig CO Name:Paychex Tps  Orig ID:1161124166 Desc Date:072823 CO Entry Descr:Taxes Sec:CCD  Trace#:091000018563165 Eed:230731  Ind ID:03226100006598X Ind Name:Muse Threads Inc 37551 Trn: 2128563165Tc | 1,603.95 |
| 07/31 | Orig CO Name:IL Dept of Reven  Orig ID:5555566257 Desc Date:  CO Entry Descr:EDI Pymntssec:CCD  Trace#:091000018499288 Eed:230731  Ind ID:00000708676048 Ind Name:Muse Threads Inc  Txp*44729685*0411*20230630*T*50500\ EDI Trn: 2128499288Tc | 505.00 |
| 07/31 | Orig CO Name:Payx-Pia-Wc  Orig ID:1161528391 Desc Date:  CO Entry Descr:Wc-Premiumsec:CCD  Trace#:021000026227347 Eed:230731  Ind ID:0000043598631 Ind Name:Muse Threads Inc Trn: 2126227347Tc | 86.18 |
| 07/31 | Zelle Payment To Emily Cunningham Jpm999Zzrhuy | 19.00 |
| 07/31 | Zelle Payment To Dani Taylor Jpm99A00Dik8 | 315.00 |
| **Total Electronic Withdrawals** | | **$76,755.45** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/05 | Online US Dollar Intl Wire Fee | $40.00 |
| 07/10 | Online US Dollar Intl Wire Fee | 40.00 |
| 07/12 | Online US Dollar Intl Wire Fee | 40.00 |
| 07/19 | Online Domestic Wire Fee | 25.00 |
| 07/21 | Online US Dollar Intl Wire Fee | 40.00 |
| 07/21 | Non-Chase ATM Fee-With | 3.00 |
| 07/24 | Online US Dollar Intl Wire Fee | 40.00 |
| 07/27 | Online US Dollar Intl Wire Fee | 40.00 |
| **Total Fees** | | **$268.00** |



# CHASE ◯

July 01, 2023 through July 31, 2023

Account Number: 9527

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 07/03 | $34,166.62 | 07/13 | 34,577.69 | 07/24 | 30,373.24 |
| 07/05 | 36,418.21 | 07/14 | 29,731.00 | 07/25 | 37,355.46 |
| 07/06 | 40,863.47 | 07/17 | 34,115.86 | 07/26 | 38,596.82 |
| 07/07 | 40,780.71 | 07/18 | 36,332.35 | 07/27 | 37,595.05 |
| 07/10 | 35,300.55 | 07/19 | 36,692.88 | 07/28 | 35,752.65 |
| 07/11 | 41,722.27 | 07/20 | 37,626.28 | 07/31 | 34,897.74 |
| 07/12 | 33,639.25 | 07/21 | 32,701.86 | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

DocuSign Envelope ID: 24114043-01E4-401A-9056-57F4943AC4A2

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 01, 2023 through July 31, 2023

Account Number: 5629

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00283598 DRE 001 142 21323 NNNNNNNNNNN T 1 000000000 69 0000
MUSE THREADS INC.
DEBTOR IN POSSESSION - CASE NO 22-00238
452 OAKWOOD ST SE
WASHINGTON DC 20032

## We're discontinuing Text Banking

Starting on October 15, 2023, we'll no longer offer our Text Banking service. This change doesn't affect any Account Alerts you receive by text. There are other ways you can manage your account from your mobile phone or computer.

Access your accounts with the Chase Mobile® app[1] and on **chase.com**, where you can:
- View your transactions, transfer money and make payments.
- Sign up for Account Alerts — get alerts about your balance, spending and more. Choose the alerts you want in **Profile and Settings.**

If you have questions, please call the number on this statement. We accept operator relay calls.

[1]**Chase Mobile®** app is available for select mobile devices. Message and data rates may apply.

## SAVINGS SUMMARY

Chase Business Total Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $5,107.87 |
| Deposits and Additions | 4 | 9,544.95 |
| Electronic Withdrawals | 1 | -6,800.00 |
| Ending Balance | 5 | $7,852.82 |
| Annual Percentage Yield Earned This Period | | 0.01% |
| Interest Paid This Period | | $0.05 |
| Interest Paid Year-to-Date | | $0.26 |

Your monthly service fee was waived because you maintained an average savings balance of $1,000 or more during the statement period.

# CHASE ◯

July 01, 2023 through July 31, 2023

Account Number: ▮▮▮▮▮▮5629

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
|  | Beginning Balance |  | $5,107.87 |
| 07/10 | Online Transfer From Chk ...9527 Transaction#: 17849579824 | 6,800.00 | 11,907.87 |
| 07/12 | 07/12 Online Transfer To Chk ...9527 Transaction#: 17865691269 | -6,800.00 | 5,107.87 |
| 07/28 | Online Transfer From Chk ...9527 Transaction#: 18008541952 | 1,500.00 | 6,607.87 |
| 07/28 | Online Transfer From Chk ...9527 Transaction#: 18008454146 | 1,244.90 | 7,852.77 |
| 07/31 | Interest Payment | 0.05 | 7,852.82 |
|  | Ending Balance |  | $7,852.82 |

15 deposited items are provided with your account each month. There is a $0.40 fee for each additional deposited item.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC