Maurice B. VerStandig, Esq.
Bar No.: MD18071
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
E-Mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No.: 22-238-ELG |
| MUSE THREADS, Inc., | Chapter 11 (Subchapter V) |
| Debtor. | |

**<u>AFFIDAVIT OF WHITNEY MIRTS IN SUPPORT OF CONFIRMATION</u>**

1. My name is Whitney Mirts, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am one of two members of Muse Threads, Inc. ("Muse Threads").

3. I am familiar with the Second Amended Plan of Reorganization for Small Business Under Chapter 11 (the "Plan," as found at DE #76) filed in the above-captioned matter, as well as with the business affairs of Muse Threads.

4. To the best of my knowledge, the Plan complies with all applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code").

5. To the best of my knowledge, Muse Threads has, at all times relevant, been compliant with all applicable provisions of the Bankruptcy Code.

6. The Plan has been proposed in good faith and, more specifically, in furtherance of an earnest effort to ensure the payment of all creditors of Muse Threads, in full, in a reasonable and timely fashion.

7. The Plan does not contemplate the payment of any administrative professional claims without court approval and no such payments have been made, without court approval, since the commencement of this case.

8. John Mark King and I will continue in our capacity as the Debtor's members and managers, and I believe, in good faith, that such is in the best interests of creditors as well as consistent with prevailing public policy inasmuch as we are uniquely familiar with the operations of the Debtor.

9. No government regulatory commission has jurisdiction over the rates charged by Muse Threads.

10. I have reviewed the liquidation analysis appended to the Plan and believe the Plan will pay to all creditors at least as much as they would receive pursuant to a case under Chapter 7 of the Bankruptcy Code.

11. I do not reasonably anticipate confirmation of the Plan would be followed by liquidation of Muse Threads.

12. All fees incurred pursuant to Section 1930 of Title 28 of the United States Code, in connection with this case, have been paid in full.

13. Muse Threads is not a natural person.

14. It is my sincere and informed belief that the Plan is fair and equitable, with the Plan being constructed with an emphasis on paying *all* creditors holding allowed claims, in full, as expediently as possible.

15. I do not believe the Plan to discriminate unfairly in any regard and, to the contrary, note that pursuant to the terms of the Plan my equity interest will be paid only after creditors have been paid in full.

16. Further affiant sayeth naught.

Pursuant to Section 1746 of Title 28 of the United States Code, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 8/23/2023

DocuSigned by:
*Whitney Mirts*
425E3ABC4F5848C...
Whitney Mirts