The order below is hereby signed.

Signed: August 22 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| IN RE: | § | | |
| | § | Petition: | 22-00238-ELG |
| MUSE THREADS INC., | § | | |
| | § | Chapter 11 | |
| *Debtor-in-Reorganization*, | § | | |

## ORDER GRANTING
## MOTION FOR ADMISSION *PRO HAC VICE*

This matter having been brought before the Court on the Application for an Order For Admission Pro Hac Vice of John E. Johnson, Esq.; and the Court having reviewed the Application, and good cause having been shown; it is

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED**, that JOHN E. JOHNSON, ESQ. be permitted to appear *pro hac vice* in the above captioned case and any adversary proceeding commenced in such case.

**I ASK FOR THIS:**

*/s/ John T. Farnum*
John T. Farnum, Esq. (Fed. Bar No. 983831)
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Ave., Suite 900
Washington, D.C. 20004
T/F - 202.465.8385
jfarnum@milesstockbridge.com

Copies to:

- All attorneys and other parties who have entered an appearance and who are registered e-filers.

***END OF ORDER***

United States Bankruptcy Court

District of Columbia

In re:  
Muse Threads Inc  
    Debtor

Case No. 22-00238-ELG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2  
Date Rcvd: Aug 22, 2023      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + 8fig, Inc., c/o T. Marantz, Sales & Ops Ex, 11801 Domain Blvd., 3rd Floor, Austin, TX 78758-3430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. Glaser | on behalf of Creditor Dumbarton Industrial Yellow LLC cglaser@jackscamp.com, iluaces@jackscamp.com |
| Jeremy S. Williams | on behalf of Defendant PayPal Inc. jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;amanda.nugent@kutakrock.com |
| John Tucker Farnum | on behalf of Creditor 8fig Inc. jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com |
| Jolene E Wee | jwee@jw-infinity.com cjew11@trustesolutions.net |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |
| Maurice Belmont VerStandig | |

District/off: 0090-1     User: admin     Page 2 of 2
Date Rcvd: Aug 22, 2023     Form ID: pdf001     Total Noticed: 1

| | |
|---|---|
| | on behalf of Plaintiff Muse Threads Inc mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Muse Threads Inc mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov<br>paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov |
| Mitchell B. Weitzman | on behalf of Creditor Dumbarton Industrial Yellow LLC mweitzman@jackscamp.com, statum@jackscamp.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 10