**Fill in this information to identify the case:**

Debtor Name: Muse Threads Inc.

United States Bankruptcy Court for the: District of Columbia

Case number: 22-238-ELG

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: June 2023    Date report filed: 07/27/23 (MM/DD/YYYY)

Line of business: Online Apparel Retailer    NAISC code: 4581

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: John Mark King

Original signature of responsible party: /s/ John Mark King

Printed name of responsible party: John Mark King

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 52,360.02

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 93,466.43

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 87,799.47

22. **Net cash flow**    + $ 5,666.96

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ 58,026.98

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0
    (Exhibit E)

Debtor Name _____    Case number _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables    $ 8,394.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    4
27. What is the number of employees as of the date of this monthly report?    5

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0
30. How much have you paid this month in other professional fees?    $ 0
31. How much have you paid in total other professional fees since filing the case?    $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 87,720.90 | − | $ 93,466.43 | = | $ -5,745.53 |
| 33. **Cash disbursements** | $ 105,101.79 | − | $ 87,799.47 | = | $ 17,302.32 |
| 34. **Net cash flow** | $ -17,380.89 | − | $ 5,666.96 | = | $ -11,713.93 |

35. Total projected cash receipts for the next month:    $ 100,650.00
36. Total projected cash disbursements for the next month:    - $ 83,274.55
37. Total projected net cash flow for the next month:    = $ -17,375.45

Debtor Name _____   Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2023 through June 30, 2023
Account Number: 5629



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00279972 DRE 001 142 18223 NNNNNNNNNNN T 1 000000000 69 0000
MUSE THREADS INC.
DEBTOR IN POSSESSION - CASE NO 22-00238
452 OAKWOOD ST SE
WASHINGTON DC 20032

## SAVINGS SUMMARY

Chase Business Total Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,236.86** |
| Deposits and Additions | 2 | 1,165.61 |
| Electronic Withdrawals | 1 | -1,294.60 |
| **Ending Balance** | **3** | **$5,107.87** |
| Annual Percentage Yield Earned This Period | | 0.01% |
| Interest Paid This Period | | $0.04 |
| Interest Paid Year-to-Date | | $0.21 |

Your monthly service fee was waived because you maintained an average savings balance of $1,000 or more during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $5,236.86 |
| 06/01 | Online Transfer From Chk ...9527 Transaction#: 17503096022 | 1,165.57 | 6,402.43 |
| 06/01 | 06/01 Online Transfer To Chk ...9527 Transaction#: 17503121071 | -1,294.60 | 5,107.83 |
| 06/30 | Interest Payment | 0.04 | 5,107.87 |
| | **Ending Balance** | | **$5,107.87** |

15 deposited items are provided with your account each month. There is a $0.40 fee for each additional deposited item.

Page 1 of 2

# CHASE ◯

June 01, 2023 through June 30, 2023

Account Number: ▮▮▮▮▮▮▮▮5629

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

---



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2023 through June 30, 2023
Account Number:                9527

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00253280 DRE 001 152 18223 NNNNNNNNNNN T 1 000000000 67 0000
MUSE THREADS INC.
DEBTOR IN POSSESSION - CASE NO 22-00238
452 OAKWOOD ST SE
WASHINGTON DC 20032



### You now have more time to let us know about certain check errors on your account

In June we increased the timeframe for when you can make a claim for checks drawn on your account that have either been altered or that you did not authorize. You now have up to 60 days from when we make a statement available to make a claim on these items in order to be considered for reimbursement.

We've updated the **Safeguarding Your Information** section in our Deposit Account Agreement to reflect this change as well as provide additional information about our check claims process.

If you'd like a copy of the Deposit Account Agreement, please visit chase.com/business/disclosures, visit a branch or call us at the number on this statement. We also accept operator relay calls.

### A reminder about the online FX international wire fee

As mentioned in your May statement, we haven't been charging the online FX international wire transfer fee that's included in your Chase Business Complete Checking$^{SM}$ account agreement.

Starting on or after July 16, we will charge the $5 fee if you send a wire transfer of less than $5,000 USD from your checking account to a bank outside of the U.S. in foreign currency.

If you have questions, please call the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY
Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $47,123.16 |
| Deposits and Additions | 98 | 87,799.47 |
| ATM & Debit Card Withdrawals | 33 | -20,291.32 |
| Electronic Withdrawals | 37 | -79,401.49 |
| Fees | 5 | -200.00 |
| **Ending Balance** | 173 | $35,029.82 |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

Page 1 of 12



June 01, 2023 through June 30, 2023
Account Number: ▇▇▇▇▇9527

## How to Avoid the Monthly Service Fee (MSF)
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- **$2,000 Minimum Daily Ending Balance**: Your lowest daily ending balance was $33,477.00.
- **$2,000 Chase Payment Solutions℠ Activity**: $0.00 was deposited into this account.
- **$2,000 Chase Ink® Business Card Activity**: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Online Transfer From Mma ...5629 Transaction#: 17503121071 | $1,294.60 |
| 06/01 | Orig CO Name:Shopify       Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer  Sec:CCD  Trace#:091000015843362 Eed:230601   Ind ID:St-O3O7P1N5J9U7      Ind Name:Muse Threads Inc Trn: 1525843362Tc | 586.45 |
| 06/01 | Orig CO Name:Sezzle        Orig ID:1810971660 Desc Date:      CO Entry Descr:Payout    Sec:CCD  Trace#:091408595778500 Eed:230601   Ind ID: Ind Name:Muse Threads Inc       Merchant Withdrawal F5D99F3965Df4Ae D996DC00D1Fdc898E      9122 Trn: 1525778500Tc | 227.52 |
| 06/01 | Orig CO Name:Faire Wholesale       Orig ID:9997865003 Desc Date:      CO Entry Descr:Order    Sec:CCD  Trace#:021000023489908 Eed:230601  Ind ID:14433751 Ind Name:Muse Threads       Faire #T8Jj7Yrzv7 Trn: 1523489908Tc | 121.55 |
| 06/02 | Orig CO Name:Shopify       Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer  Sec:CCD  Trace#:091000016422615 Eed:230602   Ind ID:St-R5C1D1R0N6W7      Ind Name:Muse Threads Inc Trn: 1536422615Tc | 465.75 |
| 06/05 | Orig CO Name:Paypal        Orig ID:Paypalsd11 Desc Date:230605 CO Entry Descr:Transfer  Sec:PPD  Trace#:021000023923482 Eed:230605   Ind ID: Ind Name:Muse Threads Inc. Trn: 1563923482Tc | 1,283.46 |
| 06/05 | Orig CO Name:Shopify       Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer  Sec:CCD  Trace#:091000015259252 Eed:230605   Ind ID:St-R5G1I8K5E7T3      Ind Name:Muse Threads Inc Trn: 1565259252Tc | 782.00 |
| 06/05 | Orig CO Name:Shoppayinst Afrm      Orig ID:9729198000 Desc Date:230605 CO Entry Descr:Payments  Sec:CCD  Trace#:021000029722549 Eed:230605   Ind ID:Rmkjx9Hg8S6lmdq      Ind Name:Muse Threads Trn: 1569722549Tc | 502.76 |
| 06/05 | Orig CO Name:Sezzle        Orig ID:1810971660 Desc Date:      CO Entry Descr:Payout    Sec:CCD  Trace#:091408594953256 Eed:230605   Ind ID: Ind Name:Muse Threads Inc       Merchant Withdrawal Ea9BB712E95441B 2B7590C7602E89152      9147 Trn: 1564953256Tc | 110.62 |
| 06/06 | Orig CO Name:Shopify       Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer  Sec:CCD  Trace#:091000017935726 Eed:230606   Ind ID:St-E6U3I3P0E6C2      Ind Name:Muse Threads Inc Trn: 1577935726Tc | 3,216.18 |
| 06/06 | Orig CO Name:Shoppayinst Afrm      Orig ID:9729198000 Desc Date:230606 CO Entry Descr:Payments  Sec:CCD  Trace#:021000026071835 Eed:230606   Ind ID:2JC5Rekfpn795Rq      Ind Name:Muse Threads Trn: 1576071835Tc | 251.37 |
| 06/06 | Orig CO Name:Shoppayinst Afrm      Orig ID:9729198000 Desc Date:230606 CO Entry Descr:Payments  Sec:CCD  Trace#:021000026071965 Eed:230606   Ind ID:P7Qr2A5Skqm962R      Ind Name:Muse Threads Trn: 1576071965Tc | 186.79 |
| 06/06 | Orig CO Name:Shoppayinst Afrm      Orig ID:9729198000 Desc Date:230606 CO Entry Descr:Payments  Sec:CCD  Trace#:021000023971730 Eed:230606   Ind ID:5Bwp2V876Kadaxt      Ind Name:Muse Threads Trn: 1573971730Tc | 71.14 |
| 06/06 | Orig CO Name:Sezzle        Orig ID:1810971660 Desc Date:      CO Entry Descr:Payout    Sec:CCD  Trace#:091408598064906 Eed:230606   Ind ID: Ind Name:Muse Threads Inc       Merchant Withdrawal F2D1844A678D488 Fa10C3E98B405Cfff      9156 Trn: 1578064906Tc | 33.77 |





June 01, 2023 through June 30, 2023
Account Number: 9527



## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/07 | Orig CO Name:Shopify  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD Trace#:091000014072872 Eed:230607 Ind ID:St-Z4W7K2C7R1P2  Ind Name:Muse Threads Inc Trn: 1584072872Tc | 1,292.86 |
| 06/08 | Orig CO Name:Paypal  Orig ID:Paypalsd11 Desc Date:230608 CO Entry Descr:Transfer Sec:PPD Trace#:021000021201710 Eed:230608 Ind ID: Ind Name:Muse Threads Inc. Trn: 1591201710Tc | 1,445.27 |
| 06/08 | Orig CO Name:Shopify  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD Trace#:091000010865479 Eed:230608 Ind ID:St-S1Q2O1X6C1C3  Ind Name:Muse Threads Inc Trn: 1590865479Tc | 1,412.01 |
| 06/08 | Orig CO Name:Amazon Pwvq4Tjgc  Orig ID:3215240102 Desc Date:230608 CO Entry Descr:Payments Sec:CCD Trace#:021000028441397 Eed:230608 Ind ID:Qpd0l7Sscmgwrkl  Ind Name:Muse Threads, Inc. Trn: 1598441397Tc | 561.14 |
| 06/08 | Orig CO Name:Shoppayinst Afrm  Orig ID:9729198000 Desc Date:230608 CO Entry Descr:Payments Sec:CCD Trace#:021000022770416 Eed:230608 Ind ID:Abz2Ckv9Q2I23Re  Ind Name:Muse Threads Trn: 1592770416Tc | 356.82 |
| 06/08 | Orig CO Name:Faire Wholesale  Orig ID:9997865003 Desc Date:  CO Entry Descr:Order Sec:CCD Trace#:021000020979748 Eed:230608 Ind ID:14557586 Ind Name:Muse Threads  Faire #Yxvue4R9A8 Trn: 1590979748Tc | 238.00 |
| 06/08 | Orig CO Name:Sezzle  Orig ID:1810971660 Desc Date:  CO Entry Descr:Payout Sec:CCD Trace#:091408590842366 Eed:230608 Ind ID: Ind Name:Muse Threads Inc  Merchant Withdrawal 8A421E2749594Ef 489D198363184B59C  9176 Trn: 1590842366Tc | 53.85 |
| 06/09 | Orig CO Name:Shopify  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD Trace#:091000018133192 Eed:230609 Ind ID:St-D4Q4D9G0W8X7  Ind Name:Muse Threads Inc Trn: 1608133192Tc | 2,331.49 |
| 06/09 | Orig CO Name:Shoppayinst Afrm  Orig ID:9729198000 Desc Date:230609 CO Entry Descr:Payments Sec:CCD Trace#:021000021248167 Eed:230609 Ind ID:Q5Oy9Kjq30L8Ohj  Ind Name:Muse Threads Trn: 1601248167Tc | 253.46 |
| 06/09 | Orig CO Name:Sezzle  Orig ID:1810971660 Desc Date:  CO Entry Descr:Payout Sec:CCD Trace#:091408590262814 Eed:230609 Ind ID: Ind Name:Muse Threads Inc  Merchant Withdrawal 53F917C324504C1 482933137Bebe3913  9186 Trn: 1600262814Tc | 131.00 |
| 06/12 | Orig CO Name:Paypal  Orig ID:Paypalsd11 Desc Date:230611 CO Entry Descr:Transfer Sec:PPD Trace#:021000021061266 Eed:230612 Ind ID: Ind Name:Muse Threads Inc. Trn: 1631061266Tc | 1,716.25 |
| 06/12 | Orig CO Name:Shopify  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD Trace#:091000010813074 Eed:230612 Ind ID:St-K1T3Z8Z9F2H0  Ind Name:Muse Threads Inc Trn: 1630813074Tc | 1,702.42 |
| 06/12 | Orig CO Name:Faire Wholesale  Orig ID:9997865003 Desc Date:  CO Entry Descr:Order Sec:CCD Trace#:021000022199104 Eed:230612 Ind ID:14612963 Ind Name:Muse Threads  Faire #Ur3X7Nzfhf Trn: 1632199104Tc | 510.00 |
| 06/12 | Orig CO Name:Faire Wholesale  Orig ID:9997865003 Desc Date:  CO Entry Descr:Order Sec:CCD Trace#:021000022199102 Eed:230612 Ind ID:14612955 Ind Name:Muse Threads  Faire #My227Hygav Trn: 1632199102Tc | 432.00 |
| 06/12 | Orig CO Name:Shoppayinst Afrm  Orig ID:9729198000 Desc Date:230612 CO Entry Descr:Payments Sec:CCD Trace#:021000026007706 Eed:230612 Ind ID:4Cdjnqlyf9Ebiix  Ind Name:Muse Threads Trn: 1636007706Tc | 423.80 |
| 06/12 | Orig CO Name:Amazon Plzsr2Ksi  Orig ID:3215240102 Desc Date:230610 CO Entry Descr:Payments Sec:CCD Trace#:021000026019232 Eed:230612 Ind ID:3Gzqydh055Xsi7Q  Ind Name:Muse Threads, Inc. Trn: 1636019232Tc | 218.75 |
| 06/12 | Orig CO Name:Faire Wholesale  Orig ID:9997865003 Desc Date:  CO Entry Descr:Order Sec:CCD Trace#:021000022199100 Eed:230612 Ind ID:14612914 Ind Name:Muse Threads  Faire #9Ree55Zv55 Trn: 1632199100Tc | 158.00 |
| 06/12 | Orig CO Name:Sezzle  Orig ID:1810971660 Desc Date:  CO Entry Descr:Payout Sec:CCD Trace#:091408591116427 Eed:230612 Ind ID: Ind Name:Muse Threads Inc  Merchant Withdrawal 670B5Dbf557F4C6 6B65C96C51Fa4Bd3A  9201 Trn: 1631116427Tc | 20.44 |
| 06/13 | Orig CO Name:Shopify  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD Trace#:091000015786759 Eed:230613 Ind ID:St-R2C2D5A6N5L3  Ind Name:Muse Threads Inc Trn: 1645786759Tc | 6,808.49 |

DocuSign Envelope ID: 5A96A73A-AEE7-4BF9-BA78-1BC65819B111

# CHASE ◯

June 01, 2023 through June 30, 2023

Account Number: 9527

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/13 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230613 CO Entry Descr:Payments Sec:CCD   Trace#:021000026044547 Eed:230613   Ind ID:R46Kfli7Ng0Wlxi      Ind Name:Muse Threads Trn: 1646044547Tc | 842.19 |
| 06/13 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230613 CO Entry Descr:Payments Sec:CCD   Trace#:021000026044615 Eed:230613   Ind ID:8Fqv57Fwz2Lxiu7       Ind Name:Muse Threads Trn: 1646044615Tc | 285.29 |
| 06/13 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230613 CO Entry Descr:Payments Sec:CCD   Trace#:021000022776749 Eed:230613   Ind ID:I5Xi2Cauhio3Hnu       Ind Name:Muse Threads Trn: 1642776749Tc | 280.32 |
| 06/13 | Orig CO Name:Sezzle         Orig ID:1810971660 Desc Date:       CO Entry Descr:Payout   Sec:CCD   Trace#:091408592154781 Eed:230613   Ind ID: Ind Name:Muse Threads Inc        Merchant Withdrawal A678A382B0Fc407 1Ba42F445E71E479D                  9210 Trn: 1642154781Tc | 249.57 |
| 06/14 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD   Trace#:091000016396158 Eed:230614   Ind ID:St-L7X2V1U7B6L5      Ind Name:Muse Threads Inc Trn: 1656396158Tc | 2,628.26 |
| 06/14 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230614 CO Entry Descr:Payments Sec:CCD   Trace#:021000028937094 Eed:230614   Ind ID:7Eure05Krmyald8      Ind Name:Muse Threads Trn: 1658937094Tc | 353.53 |
| 06/14 | Orig CO Name:Sezzle         Orig ID:1810971660 Desc Date:       CO Entry Descr:Payout   Sec:CCD   Trace#:091408595457721 Eed:230614   Ind ID: Ind Name:Muse Threads Inc        Merchant Withdrawal Bf0Fbb102C3840D Da9F08D2306B32F21                 9224 Trn: 1655457721Tc | 50.46 |
| 06/15 | Card Purchase Return    06/15 Tiktok Ads.Tiktok.CO CA Card 4775 | 10.00 |
| 06/15 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD   Trace#:091000010454017 Eed:230615   Ind ID:St-W6R2O2S0B2V4      Ind Name:Muse Threads Inc Trn: 1660454017Tc | 1,793.49 |
| 06/15 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230615 CO Entry Descr:Payments Sec:CCD   Trace#:021000028914188 Eed:230615   Ind ID:Fye8Jh57Ur0Qc2M      Ind Name:Muse Threads Trn: 1668914188Tc | 154.67 |
| 06/15 | Orig CO Name:Sezzle         Orig ID:1810971660 Desc Date:       CO Entry Descr:Payout   Sec:CCD   Trace#:091408590498095 Eed:230615   Ind ID: Ind Name:Muse Threads Inc        Merchant Withdrawal 52Cbed64C166415 6B913E1A4A0Fdc7C3                  9230 Trn: 1660498095Tc | 89.94 |
| 06/16 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD   Trace#:091000014236122 Eed:230616   Ind ID:St-U9D4L5L2I3Q5      Ind Name:Muse Threads Inc Trn: 1674236122Tc | 858.05 |
| 06/16 | Orig CO Name:Paypal         Orig ID:Paypalsd11 Desc Date:230616 CO Entry Descr:Transfer Sec:PPD   Trace#:021000027825281 Eed:230616   Ind ID: Ind Name:Muse Threads Inc. Trn: 1677825281Tc | 453.24 |
| 06/16 | Orig CO Name:Faire Wholesale    Orig ID:9997865003 Desc Date:       CO Entry Descr:Order   Sec:CCD   Trace#:021000024358591 Eed:230616   Ind ID:14700963 Ind Name:Muse Threads       Faire #Z9J2D9Bjzv Trn: 1674358591Tc | 308.00 |
| 06/16 | Orig CO Name:Sezzle         Orig ID:1810971660 Desc Date:       CO Entry Descr:Payout   Sec:CCD   Trace#:091408599824640 Eed:230616   Ind ID: Ind Name:Muse Threads Inc        Merchant Withdrawal Fdacb2C6945146D A8Bd476Cefb2Eb8Db                  9240 Trn: 1679824640Tc | 114.27 |
| 06/20 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD   Trace#:091000012219741 Eed:230620   Ind ID:St-Z6K3D2D5Z0V2      Ind Name:Muse Threads Inc Trn: 1712219741Tc | 2,201.18 |
| 06/20 | Orig CO Name:Paypal         Orig ID:Paypalsd11 Desc Date:230620 CO Entry Descr:Transfer Sec:PPD   Trace#:021000023214580 Eed:230620   Ind ID: Ind Name:Muse Threads Inc. Trn: 1713214580Tc | 1,046.78 |
| 06/20 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230620 CO Entry Descr:Payments Sec:CCD   Trace#:021000029783040 Eed:230620   Ind ID:Uon3Pomezq1Y39J      Ind Name:Muse Threads Trn: 1719783040Tc | 477.23 |
| 06/20 | Orig CO Name:Amazon P0Tefgaj6    Orig ID:3215240102 Desc Date:230618 CO Entry Descr:Payments Sec:CCD   Trace#:021000022117884 Eed:230620   Ind ID:5R734Zklwjs48Ju      Ind Name:Muse Threads, Inc. Trn: 1712117884Tc | 236.88 |

DocuSign Envelope ID: 5A96A73A-AEE7-4BF9-BA78-1BC65819B111



June 01, 2023 through June 30, 2023
Account Number: ▮▮▮▮9527



## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/20 | Orig CO Name:Sezzle         Orig ID:1810971660 Desc Date:    CO Entry Descr:Payout  Sec:CCD  Trace#:091408597980171 Eed:230620  Ind ID: Ind Name:Muse Threads Inc    Merchant Withdrawal Dada91D168Af477 4A1396F64Eb4Af8D5           9264 Trn: 1717980171Tc | 110.77 |
| 06/20 | Orig CO Name:Amazon Py0Yw7Myf     Orig ID:3215240102 Desc Date:230620 CO Entry Descr:Payments Sec:CCD  Trace#:021000022839192 Eed:230620  Ind ID:35C2Erl3Tq61E7O    Ind Name:Muse Threads, Inc. Trn: 1712839192Tc | 100.88 |
| 06/20 | Orig CO Name:Amazon Ppu5Cee9E     Orig ID:3215240102 Desc Date:230619 CO Entry Descr:Payments Sec:CCD  Trace#:021000022117569 Eed:230620  Ind ID:4Fofocbgrqqc6Ab    Ind Name:Muse Threads, Inc. Trn: 1712117569Tc | 85.81 |
| 06/20 | Orig CO Name:Amazon P8Qfyugsv     Orig ID:3215240102 Desc Date:230617 CO Entry Descr:Payments Sec:CCD  Trace#:021000022117638 Eed:230620  Ind ID:5O69Cs2S1V34N0B    Ind Name:Muse Threads, Inc. Trn: 1712117638Tc | 45.08 |
| 06/21 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD  Trace#:091000011033780 Eed:230621  Ind ID:St-Q2I4E3I0E7I6    Ind Name:Muse Threads Inc Trn: 1721033780Tc | 9,351.16 |
| 06/21 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:230621 CO Entry Descr:Payments Sec:CCD  Trace#:021000022945226 Eed:230621  Ind ID:V4Nt24Jkl5Ujaaq    Ind Name:Muse Threads Trn: 1722945226Tc | 845.90 |
| 06/21 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:230621 CO Entry Descr:Payments Sec:CCD  Trace#:021000022945134 Eed:230621  Ind ID:Aq0Vboy42T6Fgdz    Ind Name:Muse Threads Trn: 1722945134Tc | 495.54 |
| 06/21 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:230621 CO Entry Descr:Payments Sec:CCD  Trace#:021000022945098 Eed:230621  Ind ID:0Lb6Zhdnxpf3Ja2    Ind Name:Muse Threads Trn: 1722945098Tc | 228.79 |
| 06/21 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:230621 CO Entry Descr:Payments Sec:CCD  Trace#:021000023285574 Eed:230621  Ind ID:Orp2H3Hossle6Mg    Ind Name:Muse Threads Trn: 1723285574Tc | 104.25 |
| 06/21 | Orig CO Name:Sezzle         Orig ID:1810971660 Desc Date:    CO Entry Descr:Payout  Sec:CCD  Trace#:091408591202097 Eed:230621  Ind ID: Ind Name:Muse Threads Inc    Merchant Withdrawal F806Dcd45A76483 C9632Cdacd17294A1           9274 Trn: 1721202097Tc | 90.79 |
| 06/21 | Orig CO Name:Amazon Pt5Ddgmkn     Orig ID:3215240102 Desc Date:230621 CO Entry Descr:Payments Sec:CCD  Trace#:021000026568477 Eed:230621  Ind ID:J05Ov4Ztkwkedbv    Ind Name:Muse Threads, Inc. Trn: 1726568477Tc | 45.33 |
| 06/22 | Remote Online Deposit       1 | 177.00 |
| 06/22 | Remote Online Deposit       1 | 35.00 |
| 06/22 | Remote Online Deposit       1 | 32.32 |
| 06/22 | Remote Online Deposit       1 | 8.71 |
| 06/22 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD  Trace#:091000017551160 Eed:230622  Ind ID:St-Q6L7I8R3D1F1    Ind Name:Muse Threads Inc Trn: 1737551160Tc | 908.51 |
| 06/22 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:230622 CO Entry Descr:Payments Sec:CCD  Trace#:021000027072392 Eed:230622  Ind ID:R9Xy0Ni36Xrujj2    Ind Name:Muse Threads Trn: 1737072392Tc | 238.83 |
| 06/22 | Orig CO Name:Amazon Pvvlswcja     Orig ID:3215240102 Desc Date:230622 CO Entry Descr:Payments Sec:CCD  Trace#:021000025525402 Eed:230622  Ind ID:2Ngi6Rl2Nz11I43    Ind Name:Muse Threads, Inc. Trn: 1735525402Tc | 81.26 |
| 06/22 | Orig CO Name:Sezzle         Orig ID:1810971660 Desc Date:    CO Entry Descr:Payout  Sec:CCD  Trace#:091408597557903 Eed:230622  Ind ID: Ind Name:Muse Threads Inc    Merchant Withdrawal 826135F402E1430 CA29Ea7D7156E8Bfc           9284 Trn: 1737557903Tc | 39.60 |
| 06/23 | Remote Online Deposit       1 | 150.00 |
| 06/23 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD  Trace#:091000015638793 Eed:230623  Ind ID:St-C9B3F0X8A6A2    Ind Name:Muse Threads Inc Trn: 1745638793Tc | 1,551.49 |
| 06/23 | Orig CO Name:Faire Wholesale     Orig ID:9997865003 Desc Date:    CO Entry Descr:Order  Sec:CCD  Trace#:021000025784324 Eed:230623  Ind ID:14825407 Ind Name:Muse Threads        Faire #Bbksfdp83S Trn: 1745784324Tc | 217.50 |




**CHASE**

June 01, 2023 through June 30, 2023
Account Number: █████9527

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/23 | Orig CO Name:Amazon P6V02Uvlb    Orig ID:3215240102 Desc Date:230623 CO Entry Descr:Payments Sec:CCD    Trace#:021000025830208 Eed:230623   Ind ID:538Dsujcj5B7I3E    Ind Name:Muse Threads, Inc. Trn: 1745830208Tc | 196.85 |
| 06/23 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230623 CO Entry Descr:Payments Sec:CCD    Trace#:021000028495734 Eed:230623   Ind ID:Y7Vpcxq76DX625B    Ind Name:Muse Threads Trn: 1748495734Tc | 153.12 |
| 06/23 | Orig CO Name:Sezzle    Orig ID:1810971660 Desc Date:    CO Entry Descr:Payout   Sec:CCD   Trace#:091408598357021 Eed:230623   Ind ID: Ind Name:Muse Threads Inc    Merchant Withdrawal 36Cdefda8F864Ec 7941Ffd56A3191949    9294 Trn: 1748357021Tc | 25.17 |
| 06/26 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD    Trace#:091000017332159 Eed:230626   Ind ID:St-Z2G9A2Y1Z5N9    Ind Name:Muse Threads Inc Trn: 1777332159Tc | 1,123.02 |
| 06/26 | Orig CO Name:Amazon P5Puva9E2    Orig ID:3215240102 Desc Date:230625 CO Entry Descr:Payments Sec:CCD    Trace#:021000022700723 Eed:230626   Ind ID:2Hwzh0Ds6St6J1X    Ind Name:Muse Threads, Inc. Trn: 1772700723Tc | 231.80 |
| 06/26 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230626 CO Entry Descr:Payments Sec:CCD    Trace#:021000023278415 Eed:230626   Ind ID:8Psr1Hp6Jo3Osuh    Ind Name:Muse Threads Trn: 1773278415Tc | 187.12 |
| 06/26 | Orig CO Name:Amazon Ptrpezpgn    Orig ID:3215240102 Desc Date:230624 CO Entry Descr:Payments Sec:CCD    Trace#:021000022700548 Eed:230626   Ind ID:2Tv9Rxyy5Ayv8E9    Ind Name:Muse Threads, Inc. Trn: 1772700548Tc | 96.93 |
| 06/26 | Orig CO Name:Sezzle    Orig ID:1810971660 Desc Date:    CO Entry Descr:Payout   Sec:CCD   Trace#:091408597515620 Eed:230626   Ind ID: Ind Name:Muse Threads Inc    Merchant Withdrawal A34E1222765647F 9B088Da56D0837980    9309 Trn: 1777515620Tc | 89.94 |
| 06/26 | Orig CO Name:Amazon Psmwvi7We    Orig ID:3215240102 Desc Date:230626 CO Entry Descr:Payments Sec:CCD    Trace#:021000022700479 Eed:230626   Ind ID:5Bs3D5Zn96Csaqq    Ind Name:Muse Threads, Inc. Trn: 1772700479Tc | 53.10 |
| 06/27 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD    Trace#:091000010385274 Eed:230627   Ind ID:St-I6N0C1U1Q0G4    Ind Name:Muse Threads Inc Trn: 1780385274Tc | 17,817.31 |
| 06/27 | Orig CO Name:Paypal    Orig ID:Paypalsd11 Desc Date:230627 CO Entry Descr:Transfer Sec:PPD    Trace#:021000022017624 Eed:230627   Ind ID: Ind Name:Muse Threads Inc. Trn: 1782017624Tc | 3,103.15 |
| 06/27 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230627 CO Entry Descr:Payments Sec:CCD    Trace#:021000022726177 Eed:230627   Ind ID:Xb3Vbp4Mf1Wl6Bd    Ind Name:Muse Threads Trn: 1782726177Tc | 642.73 |
| 06/27 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230627 CO Entry Descr:Payments Sec:CCD    Trace#:021000022726103 Eed:230627   Ind ID:San3007Cf4Bfk9L    Ind Name:Muse Threads Trn: 1782726103Tc | 605.13 |
| 06/27 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230627 CO Entry Descr:Payments Sec:CCD    Trace#:021000029223590 Eed:230627   Ind ID:Q45G7Wm3X5LIgit    Ind Name:Muse Threads Trn: 1789223590Tc | 387.45 |
| 06/28 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD    Trace#:091000018372039 Eed:230628   Ind ID:St-T0M4S6M3C2N7    Ind Name:Muse Threads Inc Trn: 1798372039Tc | 1,686.90 |
| 06/28 | Orig CO Name:Sezzle    Orig ID:1810971660 Desc Date:    CO Entry Descr:Payout   Sec:CCD   Trace#:091408598463290 Eed:230628   Ind ID: Ind Name:Muse Threads Inc    Merchant Withdrawal Edba8F338E664B7 5B2Fb53711B945740    9328 Trn: 1798463290Tc | 647.11 |
| 06/28 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230628 CO Entry Descr:Payments Sec:CCD    Trace#:021000022058813 Eed:230628   Ind ID:Up1Oavmch3J24GA    Ind Name:Muse Threads Trn: 1792058813Tc | 354.21 |
| 06/29 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD    Trace#:091000013178544 Eed:230629   Ind ID:St-Z4W2Z1D9J4K3    Ind Name:Muse Threads Inc Trn: 1803178544Tc | 1,497.87 |
| 06/29 | Orig CO Name:Shoppayinst Afrm    Orig ID:9729198000 Desc Date:230629 CO Entry Descr:Payments Sec:CCD    Trace#:021000021296128 Eed:230629   Ind ID:59Amrd1Kbttzm7O    Ind Name:Muse Threads Trn: 1801296128Tc | 109.05 |



June 01, 2023 through June 30, 2023

Account Number: 9527



## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | Orig CO Name:Amazon P9larugao    Orig ID:3215240102 Desc Date:230629 CO Entry Descr:Payments Sec:CCD    Trace#:021000021194798 Eed:230629  Ind ID:4J1Uj72Pub6Ftv9         Ind Name:Muse Threads, Inc. Trn: 1801194798Tc | 72.33 |
| 06/30 | Orig CO Name:Shopify         Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD    Trace#:091000013571533 Eed:230630  Ind ID:St-J4Z8O1Z0T0M3         Ind Name:Muse Threads Inc Trn: 1813571533Tc | 1,740.29 |
| 06/30 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:230630 CO Entry Descr:Payments Sec:CCD    Trace#:021000020663083 Eed:230630  Ind ID:O7Cg5Zpulj3Q0Vm         Ind Name:Muse Threads Trn: 1810663083Tc | 260.54 |
| 06/30 | Orig CO Name:Amazon Pyvma4Unv     Orig ID:3215240102 Desc Date:230630 CO Entry Descr:Payments Sec:CCD    Trace#:021000025601298 Eed:230630  Ind ID:3Bhb6S1W8R9B642         Ind Name:Muse Threads, Inc. Trn: 1815601298Tc | 87.19 |
| 06/30 | Orig CO Name:Sezzle        Orig ID:1810971660 Desc Date:    CO Entry Descr:Payout Sec:CCD    Trace#:091408597106061 Eed:230630  Ind ID: Ind Name:Muse Threads Inc         Merchant Withdrawal 7573D74F93854C1 F92Eff813Db4741Cc                9348 Trn: 1817106061Tc | 53.28 |
| **Total Deposits and Additions** | | **$87,799.47** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Card Purchase    05/31 Pst*Attentive Mobile, 844-2937265 NJ Card 4775 | $2,116.34 |
| 06/01 | Card Purchase    05/31 Advertise Purple 310-526-0788 CA Card 4775 | 2,087.80 |
| 06/01 | Card Purchase    05/31 Planoly Httpswww.Plan TX Card 4775 | 23.00 |
| 06/01 | Card Purchase    06/01 Google *Gsuite_Muset Cc@Google.Com CA Card 4775 | 101.76 |
| 06/05 | Recurring Card Purchase 06/02 Shopify* 182291926 Httpsshopify. IL Card 4775 | 4,006.77 |
| 06/06 | Card Purchase    06/05 Usps Stamps Endicia 888-434-0055 DC Card 4775 | 20.00 |
| 06/12 | Card Purchase    06/09 Usps Stamps Endicia 888-434-0055 DC Card 4775 | 50.00 |
| 06/13 | Card Purchase    06/12 Amzn Mktp US*M237O31 Amzn.Com/Bill WA Card 4775 | 138.81 |
| 06/15 | Card Purchase    06/15 Tiktok Ads  *Tiktok Ads.Tiktok.CO CA Card 4775 | 10.00 |
| 06/15 | Card Purchase    06/15 Tiktok Ads  *Tiktok Ads.Tiktok.CO CA Card 4775 | 5.00 |
| 06/15 | Card Purchase    06/15 Tiktok Ads  *Tiktok Ads.Tiktok.CO CA Card 4775 | 5.00 |
| 06/16 | Card Purchase    06/15 Amzn Mktp US*L91O32S Amzn.Com/Bill WA Card 4775 | 62.94 |
| 06/16 | Card Purchase    06/16 Tiktok Ads  *Tiktok Ads.Tiktok.CO CA Card 4775 | 20.00 |
| 06/20 | Card Purchase    06/17 Tiktok Ads  *Tiktok Ads.Tiktok.CO CA Card 4775 | 20.00 |
| 06/20 | Card Purchase    06/17 Tiktok Ads  *Tiktok Ads.Tiktok.CO CA Card 4775 | 20.00 |
| 06/20 | Recurring Card Purchase 06/17 Shopify* 184084966 Httpsshopify. IL Card 4775 | 3,868.39 |
| 06/20 | Card Purchase    06/19 Tiktok Ads  *Tiktok Ads.Tiktok.CO CA Card 4775 | 50.00 |
| 06/21 | Card Purchase    06/21 Tiktok Ads  *Tiktok Ads.Tiktok.CO CA Card 4775 | 50.00 |
| 06/21 | Card Purchase    06/20 Amzn Mktp US*6W2Iq4T Amzn.Com/Bill WA Card 4775 | 48.66 |
| 06/23 | Card Purchase    06/22 Usps Stamps Endicia 888-434-0055 DC Card 4775 | 100.00 |
| 06/23 | Recurring Card Purchase 06/23 Adobe Creative Cloud 408-536-6000 CA Card 4775 | 31.79 |
| 06/23 | Card Purchase    06/22 Aldos Italian Kitchen 703-8882243 VA Card 4775 | 182.62 |
| 06/26 | Card Purchase    06/25 Amzn Mktp US*Vo5Su77 Amzn.Com/Bill WA Card 4775 | 48.64 |
| 06/26 | Card Purchase    06/24 Usps Stamps Endicia 888-434-0055 DC Card 4775 | 400.00 |
| 06/26 | Card Purchase    06/25 Amzn Mktp US*Kr9Px6T Amzn.Com/Bill WA Card 4775 | 113.23 |
| 06/26 | Recurring Card Purchase 06/26 Shipstation 512-485-4282 TX Card 4775 | 63.59 |
| 06/26 | Card Purchase    06/25 Amzn Mktp US*HI0Bo3Q Amzn.Com/Bill WA Card 4775 | 11.12 |
| 06/27 | Card Purchase    06/27 Tiktok Ads  *Tiktok Ads.Tiktok.CO CA Card 4775 | 190.00 |
| 06/29 | Card Purchase    06/28 Amazon.Com*2L1N86Uc3 Amzn.Com/Bill WA Card 4775 | 86.80 |
| 06/29 | Recurring Card Purchase 06/28 Klaviyo Inc. Software Klaviyo.Com MA Card 4775 | 159.00 |

# CHASE

June 01, 2023 through June 30, 2023

Account Number: ▮▮▮▮9527

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/30 | Card Purchase          06/29 Amzn Mktp US*Uf5Y62L Amzn.Com/Bill WA Card 4775 | 50.80 |
| 06/30 | Card Purchase          06/29 Advertise Purple 310-526-0788 CA Card 4775 | 2,137.80 |
| 06/30 | Recurring Card Purchase 06/30 Shopify* 185767280 Httpsshopify. IL Card 4775 | 4,011.46 |
| **Total ATM & Debit Card Withdrawals** | | **$20,291.32** |

## ATM & DEBIT CARD SUMMARY

Whitney Constance Mirts  Card 4775

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $20,291.32 |
| Total Card Deposits & Credits | $10.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $20,291.32 |
| Total Card Deposits & Credits | $10.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | 06/01 Online Transfer To Mma ...5629 Transaction#: 17503096022 | $1,165.57 |
| 06/02 | 06/02 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben:/223404115109 Qingdao Kdgarden Import And Export Ref: Payment From Muse Threads Inc. Invoice Payment/Bnf/Payment From Muse T Hreads Inc. Trn: 3590933153Es | 4,083.00 |
| 06/06 | Orig CO Name:Dumbarton Indust     Orig ID:1831198650 Desc Date:     CO Entry Descr:ACH Collecsec:CCD   Trace#:056009505018504 Eed:230606   Ind ID:104283 Ind Name:Chase Bank          Rent For The Month of June 2023| Trn: 1575018504Tc | 3,492.98 |
| 06/06 | Orig CO Name:Shopventory Thri     Orig ID:1800948598 Desc Date:     CO Entry Descr:Shopventorsec:CCD   Trace#:091000015137573 Eed:230606   Ind ID:St-D5G5B2R5M4M6          Ind Name:Shopventory Inc Trn: 1575137573Tc | 99.00 |
| 06/08 | Orig CO Name:Shareasale          Orig ID:A364470129 Desc Date:A23158 CO Entry Descr:3123210487Sec:PPD   Trace#:091000010966017 Eed:230608   Ind ID: Ind Name:John Mark King Trn: 1590966017Tc | 100.00 |
| 06/08 | Orig CO Name:Paypal          Orig ID:Paypalsi77 Desc Date:230608 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000028024141 Eed:230608   Ind ID:Googlellc Googl          Ind Name:Muse Threads Inc. 230608Ppz9Uc Trn: 1598024141Tc | 624.07 |
| 06/12 | Orig CO Name:Shareasale          Orig ID:A364470129 Desc Date:A23160 CO Entry Descr:3123210487Sec:PPD   Trace#:091000012201525 Eed:230612   Ind ID: Ind Name:John Mark King Trn: 1632201525Tc | 100.00 |
| 06/12 | 06/12 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben:/223404115109 Qingdao Kdgarden Import And Export Ref: Payment From Muse Threads Inc. Invoice Payment/Bnf/Payment From Muse T Hreads Inc. Trn: 3127793163Es | 13,448.25 |
| 06/12 | Orig CO Name:Paypal          Orig ID:Paypalsi77 Desc Date:230612 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000025711015 Eed:230612   Ind ID:Googlellc Googl          Ind Name:Muse Threads Inc. 230612Ppz9Qy Trn: 1635711015Tc | 253.83 |
| 06/14 | Orig CO Name:Paychex Inc.     Orig ID:1161124166 Desc Date:     CO Entry Descr:Payroll  Sec:CCD   Trace#:021000028937356 Eed:230614   Ind ID:Mcgnijazixksvns Ind Name:Muse Threads Inc Trn: 1658937356Tc | 4,651.02 |
| 06/14 | Orig CO Name:Paychex Tps     Orig ID:1161124166 Desc Date:061323 CO Entry Descr:Taxes   Sec:CCD   Trace#:021000028907631 Eed:230614   Ind ID:02651000001698X Ind Name:Muse Threads Inc 37406 Trn: 1658907631Tc | 1,346.27 |



June 01, 2023 through June 30, 2023
Account Number: 9527

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/14 | Orig CO Name:Paypal      Orig ID:Paypalsi77 Desc Date:230614 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000020363899 Eed:230614   Ind ID:Ouiouigeorg      Ind Name:Muse Threads Inc. 230614Ppz1Uw Trn: 1650363899Tc | 353.00 |
| 06/15 | Orig CO Name:Payx-Pia-Wc      Orig ID:1161528391 Desc Date:       CO Entry Descr:Wc-Premiumsec:CCD   Trace#:021000025659963 Eed:230615   Ind ID:0000043262077 Ind Name:Muse Threads Inc Trn: 1665659963Tc | 608.38 |
| 06/15 | Orig CO Name:Paychex Eib      Orig ID:1161124166 Desc Date:230615 CO Entry Descr:Invoice  Sec:CCD   Trace#:021000025688153 Eed:230615   Ind ID:X02647600027481 Ind Name:Muse Threads Inc Trn: 1665688153Tc | 41.55 |
| 06/15 | Orig CO Name:Virginia-America      Orig ID:7540119650 Desc Date:061523 CO Entry Descr:Payment  Sec:PPD    Trace#:042000016841289 Eed:230615   Ind ID: Ind Name:Muse Threads Trn: 1666841289Tc | 21.06 |
| 06/20 | Orig CO Name:Paypal      Orig ID:Paypalsi77 Desc Date:230617 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000021935898 Eed:230620   Ind ID:Googlellc Googl      Ind Name:Muse Threads Inc. 230617Ppz2E8 Trn: 1711935898Tc | 176.44 |
| 06/20 | 06/20 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben:/223404115109 Qingdao Kdgarden Import And Export Ref: Payment From Muse Threads Inc. Invoice Payment/Bnf/Payment From Muse T Hreads Inc. Trn: 3462543171Es | 11,916.35 |
| 06/20 | Orig CO Name:Paypal      Orig ID:Paypalsi77 Desc Date:230620 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000020943209 Eed:230620   Ind ID:Staceyderom      Ind Name:Muse Threads Inc. 230620Ppz1SD Trn: 1710943209Tc | 415.48 |
| 06/21 | Orig CO Name:Shareasale      Orig ID:A364470129 Desc Date:A23170 CO Entry Descr:3123210487Sec:PPD   Trace#:091000013268986 Eed:230621   Ind ID: Ind Name:John Mark King Trn: 1723268986Tc | 100.00 |
| 06/21 | Zelle Payment To Jassmine Jpm999Y8Joyz | 150.00 |
| 06/21 | 06/21 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben:/223404115109 Qingdao Kdgarden Import And Export Ref: Payment From Muse Threads Inc. Invoice Payment/Bnf/Payment From Muse T Hreads Inc. Trn: 3392813172Es | 1,983.00 |
| 06/23 | Orig CO Name:Coverwallet Insu      Orig ID:4270465600 Desc Date:       CO Entry Descr:Coverwallesec:CCD   Trace#:111000025733871 Eed:230623   Ind ID:St-S3B2D0H0U7E6      Ind Name:Coverwallet Inc Trn: 1745733871Tc | 618.20 |
| 06/23 | Zelle Payment To Emily Jpm999Ybf9Cm | 500.00 |
| 06/23 | Zelle Payment To John Mark King Jpm999Yc4Lkc | 23.00 |
| 06/23 | Orig CO Name:Paypal      Orig ID:Paypalsi77 Desc Date:230623 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000028820619 Eed:230623   Ind ID:Ouiouigeorg      Ind Name:Muse Threads Inc. 230623Ppz8Gc Trn: 1748820619Tc | 500.00 |
| 06/26 | Orig CO Name:Shareasale      Orig ID:A364470129 Desc Date:A23174 CO Entry Descr:3123210487Sec:PPD   Trace#:091000018997487 Eed:230626   Ind ID: Ind Name:John Mark King Trn: 1778997487Tc | 100.00 |
| 06/26 | Orig CO Name:Shareasale      Orig ID:A364470129 Desc Date:A23174 CO Entry Descr:3123210487Sec:PPD   Trace#:091000018997488 Eed:230626   Ind ID: Ind Name:John Mark King Trn: 1778997488Tc | 100.00 |
| 06/26 | Orig CO Name:Paypal      Orig ID:Paypalsi77 Desc Date:230625 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000027490166 Eed:230626   Ind ID:Lindseykrst      Ind Name:Muse Threads Inc. 230625Ppza2G Trn: 1777490166Tc | 250.00 |
| 06/26 | Orig CO Name:Comcast 8299610      Orig ID:0000213249 Desc Date:230626 CO Entry Descr:243342028 Sec:PPD   Trace#:021000022680588 Eed:230626   Ind ID: Ind Name:John Mark *King Trn: 1772680588Tc | 121.14 |
| 06/29 | Orig CO Name:Paychex Inc.      Orig ID:1161124166 Desc Date:       CO Entry Descr:Payroll  Sec:CCD   Trace#:021000021270085 Eed:230629   Ind ID:02841700003288X Ind Name:Muse Threads Inc Trn: 1801270085Tc | 5,977.92 |



DocuSign Envelope ID: 5A96A73A-AEE7-4BF9-BA78-1BC65819B111

# CHASE ◯

June 01, 2023 through June 30, 2023

Account Number: ⬛⬛⬛⬛⬛⬛⬛527

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | Orig CO Name:Paychex Tps       Orig ID:1161124166 Desc Date:062823 CO Entry Descr:Taxes    Sec:CCD    Trace#:021000021273098 Eed:230629   Ind ID:02840700004062X Ind Name:Muse Threads Inc 37452 Trn: 1801273098Tc | 1,578.46 |
| 06/29 | Orig CO Name:Paypal         Orig ID:Paypalsi77 Desc Date:230629 CO Entry Descr:Inst Xfer Sec:Web    Trace#:021000021192864 Eed:230629   Ind ID:Metaplatfor       Ind Name:Muse Threads Inc. 230629Ppz5Ti Trn: 1801192864Tc | 2,219.27 |
| 06/29 | 06/29 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben:/223404115109 Qingdao Kdgarden Import And Export Ref: Payment From Muse Threads Inc. Invoice Payment/Bnf/Payment From Muse T Hreads Inc. Trn: 3174563180Es | 17,127.70 |
| 06/29 | Orig CO Name:Paypal         Orig ID:Paypalsi77 Desc Date:230629 CO Entry Descr:Inst Xfer Sec:Web    Trace#:021000023482250 Eed:230629   Ind ID:Metaplatfor       Ind Name:Muse Threads Inc. 230629Ppz1Zj Trn: 1803482250Tc | 1,387.00 |
| 06/30 | Orig CO Name:Payx-Pia-Wc       Orig ID:1161528391 Desc Date:     CO Entry Descr:Wc-Premiumsec:CCD    Trace#:021000021730546 Eed:230630   Ind ID:0000043377185 Ind Name:Muse Threads Inc Trn: 1811730546Tc | 208.89 |
| 06/30 | Orig CO Name:Paychex Eib       Orig ID:1161124166 Desc Date:230630 CO Entry Descr:Invoice  Sec:CCD    Trace#:021000021743476 Eed:230630   Ind ID:X02835300044034 Ind Name:Muse Threads Inc Trn: 1811743476Tc | 57.46 |
| 06/30 | Orig CO Name:Attentive Mobile   Orig ID:0010117298 Desc Date:230629 CO Entry Descr:8442937265Sec:Web   Trace#:242071757138420 Eed:230630   Ind ID: Ind Name:Whitney Mirts 2627954766018 Trn: 1817138420Tc | 3,503.20 |
| **Total Electronic Withdrawals** | | **$79,401.49** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/02 | Online US Dollar Intl Wire Fee | $40.00 |
| 06/12 | Online US Dollar Intl Wire Fee | 40.00 |
| 06/20 | Online US Dollar Intl Wire Fee | 40.00 |
| 06/21 | Online US Dollar Intl Wire Fee | 40.00 |
| 06/29 | Online US Dollar Intl Wire Fee | 40.00 |
| **Total Fees** | | **$200.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 06/01 | $43,858.81 | 06/12 | 37,662.31 | 06/22 | 43,788.33 |
| 06/02 | 40,201.56 | 06/13 | 45,989.36 | 06/23 | 44,126.85 |
| 06/05 | 38,873.63 | 06/14 | 42,671.32 | 06/26 | 44,701.04 |
| 06/06 | 39,020.90 | 06/15 | 44,028.43 | 06/27 | 67,066.81 |
| 06/07 | 40,313.76 | 06/16 | 45,679.05 | 06/28 | 69,755.03 |
| 06/08 | 43,656.78 | 06/20 | 33,477.00 | 06/29 | 42,858.13 |
| 06/09 | 46,372.73 | 06/21 | 42,267.10 | 06/30 | 35,029.82 |



June 01, 2023 through June 30, 2023

Account Number: 9527



## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 11 of 12

DocuSign Envelope ID: 5A96A73A-AEE7-4BF9-BA78-1BC65819B111

**CHASE**

June 01, 2023 through June 30, 2023

Account Number: ▇▇▇▇9527

This Page Intentionally Left Blank