The order below is hereby signed.

Signed: October 30 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No.: 22-238-ELG |
| MUSE THREADS, Inc., | Chapter 11 (Subchapter V) |
| Debtor. | |

**ORDER CONFIRMING SECOND AMENDED MUSE THREADS, INC.
PLAN OF REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11**

Upon consideration of the Second Amended Muse Threads, Inc. Plan of Reorganization for Small Business Under Chapter 11 (the "Plan," as found at DE #76), the lack of opposition to the confirmation thereof, evidence adduced at a hearing on August 23, 2023, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, the Plan be, and hereby is, CONFIRMED pursuant to Section 1191(b) of Title 11 of the United States Code; and it is further

ORDERED, that Jolene Wee (the "Trustee" or "Disbursing Agent") will serve as the post-confirmation subchapter V trustee and disbursing agent under the Plan; and it is further

ORDERED, that Muse Threads, Inc. (the "Debtor" or "Reorganized Debtor") shall timely file a tax return, for the calendar year 2022, on or before the date of any extension already granted

by the Internal Revenue Service (without seeking further extension, absent leave of court) and shall, within one week thereof, furnish a copy of said return to the Office of the United States Trustee and the Trustee; and it is further

ORDERED, that it will be the sole responsibility of the Debtor and not the Trustee to prosecute any objection to claims and that the Debtor may continue to prosecute any objection to any claim filed prior to confirmation of the Plan after the Effective Date. Any claim subject to an objection which has not been adjudicated by Final Order or otherwise resolved prior to Confirmation will be treated as a disputed claim under the Plan (the "Disputed Claim"). Any objections to claims shall be filed by the Debtor no later than sixty (60) days after the Effective Date, which deadline may be extended by the Court upon application or motion of the Debtor without notice filed prior to the deadline. In the event that any proof of claim is filed, asserted or amended after the Effective Date, the Debtor shall have sixty (60) days from the date of such filing or notice to object to such claim, which deadline may be extended by the Court upon application or motion of the Debtor without notice filed prior to the deadline. All objections shall be litigated (or settled) to Final Order. The Bankruptcy Court shall retain jurisdiction to adjudicate any and all objections to claims whether filed prior to or after the Effective Date; and it is further

ORDERED, that the claim of 8fig, that being Claim 6-1 in the Debtor's Claim Register (the "8fig Claim"), is not adjudicated by this Order and dispute and validity of the 8fig Claim is reserved for Debtor's claim objection post-confirmation; and it is further

ORDERED, that the $30,000.00 held by the Debtor is to be paid directly from the Debtor via wire to counsel to 8fig within forty-eight hours of the Effective Date and thereby bypasses the Disbursing Agent; and it is further

ORDERED, that the Disbursing Agent will be funded monthly by the Debtor's cash flow as shown in Exhibit A to the Plan and will issue plan payments quarterly to the Debtor's allowed claim holders, except for reserving funds as mentioned later in this order as it relates to the disputed 8fig Claim, and that the Debtor will wire monthly plan payments into the Trustee's fiduciary bank account no later than the last day of each month; and it is further

ORDERED, that the Debtor will provide the Trustee with the Debtor's allowed claim holders under the Plan and contact information that she can use to determine and issue pro rata distributions under the Plan; and it is further

ORDERED, that all allowed administrative expense claims ("Administrative Expense Claim") will be paid in equal twelve (12) monthly installments and in full no later than twelve (12) months after the claim becomes an Allowed Administrative Expense Claim, or as otherwise agreed to by the parties. The failure by the Debtor to pay Allowed Administrative Expense Claims as and when due shall entitle the particular professional, the Trustee or Debtor's counsel, to seek appropriate relief from the Court, including requesting conversion of the Bankruptcy Case to a Chapter 7 case. Therefore, the treatment of Administrative Expense Claims and Non-Tax Priority Claims under the Plan satisfies the requirements of Sections 1129(a)(9)(A) and (B) and 1191(e) of the Bankruptcy Code; and it is further

ORDERED, that the Disbursing Agent's post-confirmation role and responsibilities are outlined as follows:

1. The Trustee shall reserve funds equal to the calculated *pro rata* distribution of the theoretically-allowed unsecured, non-priority portion of all disputed claims, including the 8fig Claim, until such time as the allowance of the 8fig Claim and all disputed

claims are finally adjudicated, which is when such funds are released for distribution; and

2. That pursuant to Rule 3010(b) of the Federal Rules of Bankruptcy Procedure, the Trustee will not be mailing checks in any amounts less than $15.00. The Trustee will hold such funds in her fiduciary bank account until such a time when the claim holder(s)'s accumulated pro rata distribution exceeds $15.00 or when the Trustee is making a final distribution under the Plan, whichever is sooner; and

3. The Trustee will not be held responsible for locating claim holders and that it is the responsibility of the holder of claim whose address changes to notify the Trustee of such change; and

4. In the event a distribution is unclaimed within 180 days after the distribution is made, such distribution will become the property of the Reorganized Debtor, and no further distribution will be made to such claim holder until such claim holder advises the Trustee of its correct information; and

5. That the Trustee will be paid a monthly fixed fee of $1,500 (as projected in Exhibit A of the Plan) for the first four months, followed by a quarterly fixed fee of $1,500 (as also projected), to serve as Disbursing Agent by the Debtor without further need for Court approval of her fees and expenses and that such monthly fixed fees are due when monthly plan payments are due to the Disbursing Agent and to be paid to the Disbursing Agent at such time. Failure to pay the Disbursing Agent her monthly fixed fee constitutes as a default under the Plan; and

6. If the Debtor makes timely payments to the Disbursing Agent, the Disbursing Agent will make plan distributions to claim holders within 30 days of receipt and file a

notice of distribution with the Court within seven (7) days of when distributions were made; and

7. If the Debtor fails to make plan payments to the Disbursing Agent, which is due by the last day of every month under the Plan, the Trustee will file a notice of default ("Notice of Default") with the Court notifying parties in interests of the default within 15 days of when the default occurred; and it is further

ORDERED, that the Debtor or Reorganized Debtor has thirty (30) days from the date of when a Notice of Default is filed to file a response notifying the Court as to how it intends to cure the default and that, if the Debtor or Reorganized Debtor fails to file a response by that time, it will voluntarily convert to Chapter 7.

ORDERED, that in the event of any inconsistency between the Plan and this Order, the terms and provisions of this Order shall fully govern.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*


Seen:

/s/ Jolene E. Wee (signed w/ express permission)
Jolene E. Wee
JW INFINITY CONSULTING, LLC
447 Broadway 2nd Fl #502
New York, NY 10013
*Subchapter V Trustee*

Michael Freeman (signed w/ express permission)
Michael Freeman, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
*Assistant United States Trustee*

United States Bankruptcy Court

District of Columbia

In re:  
Muse Threads Inc  
    Debtor

Case No. 22-00238-ELG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 4  
Date Rcvd: Oct 30, 2023      Form ID: pdf001      Total Noticed: 72

The following symbols are used throughout this certificate:  
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 764948 | + | 4Imprint, Inc., 101 Commerce Street P.O. Box 320, Oshkosh, WI 54901-4864 |
| 764949 | + | 80 M Street SE Tenant LLC, 80 M Street SE, Washington, DC 20003-3544 |
| 764950 | + | 8fig Inc., 23875 Ventura Boulevard, Calabasas, CA 91302-1464 |
| 766784 | + | 8fig, Inc., c/o Mark Stout, Esq., Padfield & Stout, LLP, 420 Throckmorton St., Suite 1210 Fort Worth TX 76102-3792 |
| 764952 | + | Affirm, Inc., 1140 Broadway, New York, NY 10001-7504 |
| 764954 | + | Amazon Payments, Inc., 410 Terry Avenue N., Seattle, WA 98109-5210 |
| 764956 | + | Anna Karsten, 303 Breckenwood Drive, Cary, NC 27513-9420 |
| 764957 | + | Ashley Kirby, 218 Spring Lane, Royersford, PA 19468-1843 |
| 764958 | + | Attentive Mobile Inc., 221 River Street Suite 9047, Hoboken, NJ 07030-5990 |
| 764959 | + | Auctane LLC d/b/a ShipStation, 4301 Bull Creek Road, Austin, TX 78731-5933 |
| 764960 | + | Auctane LLC d/b/a ShipStation, 1990 E. Grand Avenue, El Segundo, CA 90245-5013 |
| 764961 | #+ | BlueVine Inc., 401 Warren Street, Redwood City, CA 94063-1536 |
| 764962 | #+ | Briana Oden, 1458 Sherwood Drive Apartment F, Fairfield, OH 45014-4151 |
| 764967 | + | CRC Insurance, 50 California Street Suite 2000, San Francisco, CA 94111-4703 |
| 764965 | | Constance Marie Mirts, 6201 Batson Lane, Knoxville, TN 37919 |
| 764966 | + | Courtney Kohlhepp, 6932 Westland Drive, Knoxville, TN 37919-7435 |
| 764968 | + | Creditors Adjustment Bureau, 4340 Fulton Avenue Third Floor, Sherman Oaks, CA 91423-2777 |
| 764971 | + | Derek Medolla, Esq., Medolla Law, PLLC, 1407 Broadway 29th Floor, New York, NY 10018-5100 |
| 764972 | + | Dumbarton Industrial Yellow, LLC, Indigo Asset Services, 2000 14th Street N Suite 601, Arlington, VA 22201-2531 |
| 766789 | + | Enrollment First, Inc., c/o Gregory C. Logue, 900 S. Gay Street, Suite 900, Knoxville, TN 37902-1848 |
| 764974 | | Faire Wholesale B.V., Wilhelmina van Pruisenweg 35, 2595 AN Den Haag, Netherlands |
| 764975 | + | First-Citizens Bank & Trust Company, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 764980 | + | John Mark King, 452 Oakwood Street SE, Washington, DC 20032-1619 |
| 764981 | + | John Mark King and Whitney Mirts, 452 Oakwood Street SE, Washington, DC 20032-1619 |
| 764983 | | Julie Gealey, 1272 PA-110, Indiana, PA 15701 |
| 764984 | + | Klaviyo Inc, 125 Summer Street Floor 6, Boston, MA 02110-1641 |
| 764985 | + | Lee Kleminich, 2722 East Saddlebrook Road, Gilbert, AZ 85298-7497 |
| 764986 | + | Meta Platforms, Inc., 1601 Willow Road, Menlo Park, CA 94025-1452 |
| 764987 | + | Michigan Department of Treasury, P.O. Box 30324, Lansing, MI 48909-7824 |
| 764988 | + | Mindy Johnson, 3038 Victoria Street North, Saint Paul, MN 55113-1934 |
| 765569 | + | Ohio Attorney General Collection Enforcement, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 764990 | + | Ohio Department of Taxation, Attn: Compliance Business Tax Division, P.O. Box 2678, Columbus, OH 43216-2678 |
| 765563 | + | Ohio Department of Taxation, Bankruptcy Division, P.O. Box 530, Columbus, Ohio 43216-0530 |
| 764994 | + | RangeMe America LLC, 665 3rd Street Suite 425, San Francisco, CA 94107-1984 |
| 764995 | + | Rauch Milliken International, 4400 Trenton Street, Metairie, LA 70006-6550 |
| 764996 | | ReturnGo Ltd., Arye Shenkar Street 1, Herzliya, 4672501 Israel |
| 764997 | + | Sally Diesel, 404 Wealdstone Road, Cranberry Township, PA 16066-8333 |
| 764998 | + | Sarah Gray, 306 Sugarwood Drive, Venetia, PA 15367-2363 |
| 765000 | + | Shawna Carruba, 237 Spring Valley Road, Evans City, PA 16033-4337 |
| 765002 | | Shopify Inc., 151 O'Connor Street, Ground Floor Ottawa, ON K2P 2L8 Canada |
| 765004 | | Smile Inc., 295 Hagey Boulevard, Waterloo, Ontario, N2L 6R5, Canada |
| 765005 | + | Social Style House, LLC, 2019 South Bentley Avenue Apt. 10, Los Angeles, CA 90025-5637 |

Case 22-00238-ELG   Doc 96   Filed 11/01/23   Entered 11/02/23 00:05:09   Desc Imaged
                        Certificate of Notice   Page 8 of 10

| District/off: 0090-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2023 | Form ID: pdf001 | Total Noticed: 72 |

| | | |
|---|---|---|
| 765006 | + | Social Style House, LLC, 1852 Corinth Avenue, Los Angeles, CA 90025-5579 |
| 765007 | | Stamped TECHNOLOGIES PTE. LTD., 1 Marina Boulevard Singapore 018989 |
| 765009 | + | Vox Funding, LLC, Bronster LLP - Attn: J. Logan Rappaport, 156 West 56th Street, Suite 902, New York, NY 10019-4008 |
| 765011 | + | Whitney Mirts, 452 Oakwood Street SE, Washington, DC 20032-1619 |
| 765013 | + | Wolters Kluwer Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 |
| 766934 | + | c/o J. Johnson, of Counsel, Padfield & Stout, LLP, 705 Ross Ave., Dallas TX 75202-2007 |

TOTAL: 48

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 764951 | + | Email/Text: backoffice@affirm.com | Oct 30 2023 22:01:00 | Affirm, Inc., 650 California Street, San Francisco, CA 94108-2716 |
| 764953 | + | Email/Text: backoffice@affirm.com | Oct 30 2023 22:01:00 | Affirm, Inc., 30 Isabella Street Floor 4, Pittsburgh, PA 15212-5862 |
| 764955 | + | Email/PDF: bncnotices@becket-lee.com | Oct 30 2023 22:16:06 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 765472 | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2023 22:16:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 764969 | + | Email/Text: CSCBNC@cscglobal.com | Oct 30 2023 22:00:00 | CSC Global, 801 Adlai Stevenson Drive, Springfield, IL 62703-4261 |
| 764963 | + | Email/Text: bzern@celticbank.com | Oct 30 2023 22:01:00 | Celtic Bank Corporation, 268 South State Street Suite 300, Salt Lake City, UT 84111-5314 |
| 768240 | + | Email/Text: va_tax_bk@harriscollect.com | Oct 30 2023 22:01:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 764970 | + | Email/Text: angela.coleman@dc.gov | Oct 30 2023 22:00:00 | D.C. Office of Tax and Revenue, 1101 4th Street SW Suite 270 West, Washington, DC 20024-4457 |
| 764977 | | Email/Text: brnotices@dor.ga.gov | Oct 30 2023 22:00:00 | Georgia Department of Revenue, 1800 Century Boulevard NE, Atlanta, GA 30345 |
| 764978 | + | Email/Text: nadavis@hcc.com | Oct 30 2023 22:00:00 | Houston Casualty Company, 13403 Northwest Freeway, Houston, TX 77040-6006 |
| 764979 | | Email/Text: rev.bankruptcy@illinois.gov | Oct 30 2023 22:00:00 | Illinois Department of Revenue, 101 West Jefferson Street, Springfield, IL 62702 |
| 770539 | | Email/Text: rev.bankruptcy@illinois.gov | Oct 30 2023 22:00:00 | Illinois Department of Revenue, Bankruptcy Unit, P O Box 19035, Springfield, IL 62794-9035 |
| 765564 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 30 2023 22:16:04 | JP Morgan Chase Bank, NA, P O Box 15368, Wilmington, DE 19850 |
| 764982 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 30 2023 22:16:00 | JPMorgan Chase Bank, N.A., P.O. Box 1423, Charlotte, NC 28201 |
| 765548 | + | Email/Text: RASEBN@raslg.com | Oct 30 2023 22:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 764989 | + | Email/Text: bankruptcynotices@ncdor.gov | Oct 30 2023 22:00:00 | North Carolina Department of Revenue, P.O. Box 25000, Raleigh, NC 27640-0100 |
| 764991 | + | Email/Text: recovery@paypal.com | Oct 30 2023 22:00:00 | PayPal Working Capital, P.O. Box 45950, Omaha, NE 68145-0950 |
| 764992 | + | Email/Text: recovery@paypal.com | Oct 30 2023 22:00:00 | PayPal, Inc., 2211 North First Street, San Jose, CA 95131-2021 |
| 764999 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Oct 30 2023 22:00:00 | Sezzle Inc., P.O. Box 3320, Minneapolis, MN 55403 |
| 765001 | | Email/Text: Recovery_Operations@shopify.com | | |

| District/off: 0090-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2023 | Form ID: pdf001 | Total Noticed: 72 |

|  |  |  | Oct 30 2023 22:00:00 | Shopify Capital Inc., 33 New Montgomery Street Suite 750, San Francisco, CA 94105 |
|---|---|---|---|---|
| 765003 | + | Email/Text: collections@rapidadvance.com | Oct 30 2023 22:01:00 | Small Business Financial Solutions, LLC, d/b/a Rapid Finance, 4500 East West Highway 6th Floor, Bethesda, MD 20814-3327 |
| 765008 | + | Email/Text: va_tax_bk@harriscollect.com | Oct 30 2023 22:01:00 | Virginia Department of Taxation, P.O. Box 1115, Richmond, VA 23218-1115 |
| 765010 | + | Email/Text: bankruptcy@webbank.com | Oct 30 2023 22:00:00 | WebBank, 215 S. State Street Suite 1000, Salt Lake City, UT 84111-2336 |
| 765012 | + | Email/Text: DORBANKRUPTCYSPECIALIST@WISCONSIN.GOV | Oct 30 2023 22:01:00 | Wisconsin Department of Revenue, 2135 Rimrock Road, Madison, WI 53713-1443 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 764964 |  | China Export & Insurance Corporation, Fortune Times Building, 11 Fenghuiyuan, Xicheng District Beijing |
| 764993 |  | Qingdao KDGarden Import & Export Co. Ltd, Room 1905, Tower 2, Excellence Century Center, No. 31 Longch |
| 765482 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 764976 | *+ | First-Citizens Bank and Trust Company, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 767152 | *+ | Vox Funding LLC, Bronster LLP - Attn: J. Logan Rappaport, 156 West 56th Street, Suite 902, New York, NY 10019-4008 |
| 764973 | ##+ | Enrollment First Inc, 6712 Deane Hill Drive, Knoxville, TN 37919-5970 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2023                                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. Glaser | on behalf of Creditor Dumbarton Industrial Yellow  LLC cglaser@jackscamp.com, iluaces@jackscamp.com |
| Jeremy S. Williams | on behalf of Defendant PayPal  Inc. jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;amanda.nugent@kutakrock.com |
| John Tucker Farnum | on behalf of Creditor 8fig  Inc. jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com |
| Jolene E Wee | jwee@jw-infinity.com  cjew11@trustesolutions.net |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 30, 2023 | Form ID: pdf001 | Total Noticed: 72 |

| | |
|---|---|
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Muse Threads Inc mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Muse Threads Inc mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov |
| Mitchell B. Weitzman | on behalf of Creditor Dumbarton Industrial Yellow LLC mweitzman@jackscamp.com, statum@jackscamp.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 10