# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No.: 22-00238-ELG |
| Muse Threads, INC., | |
| Debtor. | Chapter 11 (Subchapter V) |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 12/08/2023, I did cause a copy of the following document, described below.

Notice of Debtor's Default Under the Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/08/2023

*/s/ Jolene E. Wee*
Jolene E. Wee
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jw-infinity.com
Subchapter V Trustee

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No.: 22-00238-ELG |
| Muse Threads, INC., | |
| | Chapter 11 (Subchapter V) |
| Debtor. | |

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 12/08/2023, I did cause a copy of the following document, described below.

Notice of Debtor's Default Under the Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/08/2023

Staphany Alcantar
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on December 8, 2023, I caused a copy of the Notice of Debtor's Default Under the Plan to be served by first class, United States mail service, with adequate postage to ensure delivery to:

8fig, Inc.
c/o T. Marantz, Sales & Ops Ex
11801 Domain Blvd.
3rd Floor
Austin, TX 78758-3430

Affirm, Inc.
30 Isabella Street Floor 4
Pittsburgh, PA 15212-5862

Affirm, Inc.
1140 Broadway
New York, NY 10001-7504

Affirm, Inc.
650 California Street
San Francisco, CA 94108-2716

Amazon Payments, Inc.
410 Terry Avenue N.
Seattle, WA 98109-5210

American Express
P.O. Box 1270
Newark, NJ 07101-1270

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Anna Karsten
303 Breckenwood Drive
Cary, NC 27513-9420

Ashley Kirby
218 Spring Lane
Royersford, PA 19468-1843

Attentive Mobile Inc.
221 River Street Suite 9047
Hoboken, NJ 07030-5990

Auctane LLC d/b/a ShipStation
4301 Bull Creek Road
Austin, TX 78731-5933

Auctane LLC d/b/a ShipStation
1990 E. Grand Avenue
El Segundo, CA 90245-5013

BlueVine Inc.
401 Warren Street
Redwood City, CA 94063-1578

Briana Oden
1458 Sherwood Drive Apartment F
Fairfield, OH 45014-4151

c/o J. Johnson, of Counsel
Padfield & Stout, LLP
705 Ross Ave.
Dallas TX 75202-2007

Carlyn Winter Prisk
US Environmental Protection Agency
Region III (3HS62)
1650 Arch St.
Philadelphia, PA 19103-2029

Celtic Bank Corporation
268 South State Street Suite 300
Salt Lake City, UT 84111-5314

Child Support Services Division
Office of the Attorney General
Judiciary Square 441 4th Street, NW
5th Floor
Washington, DC 20001

China Export & Insurance Corporation
Fortune Times Building
11 Fenghuiyuan Xicheng District
Beijing 100033, China
CHINA

Commonwealth of Virginia
Department of Taxation
PO BOX 2156
Richmond, VA 23218-2156

Constance Marie Mirts
6201 Batson Lane
Knoxville, TN 37919

Courtney Kohlhepp
6932 Westland Drive
Knoxville, TN 37919-7435

CRC Insurance
50 California Street Suite 2000
San Francisco, CA 94111-4703

Creditors Adjustment Bureau
4340 Fulton Avenue Third Floor Sherman Oaks, CA 91423-2777

CSC Global
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

D.C. Office of Tax and Revenue
Bankruptcy Division
1101 4th Street SW
Washington, DC 20024-4457

D.C. Office of Tax and Revenue
1101 4th Street SW Suite 270 West
Washington, DC 20024-4457

D.C. Unemploy. Comp. Board
6th and Penna. Ave., N.W.
Washington, DC 20001-2106

DC Unemploy. Comp. Board
609 H St., NE
Room 3530367
Washington, DC 20002-7184

Derek Medolla, Esq.
Medolla Law, PLLC
1407 Broadway 29th Floor
New York, NY 10018-5100

District Unemployment Compensation Board 4058 Minnesota Ave., NE
4th Floor
Washington, DC 20019-3540

Dumbarton Industrial Yellow, LLC
Indigo Asset Services
2000 14th Street N Suite 601
Arlington, VA 22201-2531

Dumbarton Industrial Yellow, LLC c/o Mitchell B. Weitzman, Esq.
Jackson & Campbell, PC
2300 N St., NW, Suite 300
Washington, DC 20037-1194

Enrollment First Inc
6712 Deane Hill Drive
Knoxville, TN 37919-5970

Enrollment First, Inc.
c/o Gregory C. Logue
900 S. Gay Street, Suite 900
Knoxville, TN 37902-1848

Faire Wholesale B.V.
Wilhelmina van Pruisenweg 35
2595 AN Den Haag, Netherlands
NETHERLANDS

First-Citizens Bank & Trust
Company 155 Commerce Way
Portsmouth, NH 03801-3243

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Department of Revenue
1800 Century Boulevard NE
Atlanta, GA 30345

Houston Casualty Company
13403 Northwest Freeway
Houston, TX 77040-6006

ILLINOIS DEPARTMENT OF
REVENUE BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Illinois Department of Revenue
101 West Jefferson Street
Springfield, IL 62702

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John Mark King
452 Oakwood Street SE
Washington, DC 20032-1619

| | | | |
|---|---|---|---|
| John Mark King and Whitney Mirts<br>452 Oakwood Street SE<br>Washington, DC 20032-1619 | Jolene E Wee<br>JW Infinity Consulting<br>447 Broadway Street<br>Ste 2nd FL #502<br>New York, NY 10013-2562 | JP Morgan Chase Bank, NA<br>P.O. Box 15368<br>Wilmington, DE 19850-5368 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM 700<br>KANSAS LANE FLOOR 01 MONROE LA<br>71203-4774 |
| JPMorgan Chase Bank, N.A.<br>P.O. Box 1423<br>Charlotte, NC 28201 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid, Crane &<br>Partners, PLLC<br>6409 Congress Avenue Suite 100<br>Boca Raton, FL 33487-2853 | Julie Gealey<br>1272 PA-110<br>Indiana, PA 15701 | Klaviyo Inc<br>125 Summer Street Floor 6<br>Boston, MA 02110-1641 |
| Lee Kleminich<br>2722 East Saddlebrook Road<br>Gilbert, AZ 85298-7497 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012-4422 | Meta Platforms, Inc.<br>1601 Willow Road<br>Menlo Park, CA 94025-1452 | Michigan Department of Treasury<br>P.O. Box 30324<br>Lansing, MI 48909-7824 |
| Mindy Johnson<br>3038 Victoria Street North<br>Saint Paul, MN 55113-1934 | Muse Threads Inc<br>452 Oakwood Street SE<br>Washington, DC 20032-1619 | North Carolina Department of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640-0100 | Ofc of Corp. Counsel<br>1 Judiciary Sq.<br>441 4th St., N.W.<br>6th Fl. North, Ste 1060<br>Washington, DC 20001-2714 |
| Office of Attorney General<br>Tax, Bankruptcy, and Finance<br>One Judiciary Square<br>441 4th Street, NW<br>6th Floor<br>Washington, DC 20001-2714 | Ohio Attorney General Collection Enforcement<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215-3414 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, Ohio 43216-0530 | Ohio Department of Taxation<br>Attn: Compliance Business Tax<br>Division P.O. Box 2678<br>Columbus, OH 43216-2678 |
| PayPal Working Capital<br>P.O. Box 45950<br>Omaha, NE 68145-0950 | PayPal, Inc.<br>2211 North First Street<br>San Jose, CA 95131-2021 | Qingdao KDGarden Import & Export Co. Ltd.<br>Room 1905, Tower 2, Excellence Century Center<br>No. 31 Longcheng Road<br>Qingdao, 266034, China<br>CHINA | RangeMe America LLC<br>665 3rd Street Suite 425<br>San Francisco, CA 94107-1984 |
| Rauch Milliken International<br>4400 Trenton Street<br>Metairie, LA 70006-6550 | ReturnGo Ltd.<br>Arye Shenkar Street 1<br>Herzliya, 4672501 Israel<br>ISRAEL | Sally Diesel<br>404 Wealdstone Road<br>Cranberry Township, PA 16066-8333 | Sarah Gray<br>306 Sugarwood Drive<br>Venetia, PA 15367-2363 |
| Secretary of the Treasury<br>15th and Pennsylvania Aveneu, NW<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>Atlanta Regional Office<br>Office of Reorganization<br>950 East Paces Ferry Road NE, Ste. 900<br>Atlanta , GA 30326-1382 | SEZZLE INC<br>251 N 1ST AVE<br>SUITE 200<br>MINNEAPOLIS MN 55401-1672 | Sezzle Inc.<br>P.O. Box 3320<br>Minneapolis, MN 55403 |
| Shawna Carruba<br>237 Spring Valley Road<br>Evans City, PA 16033-4337 | SHOPIFY INC<br>100 SHOCKOE SLIP 2ND FLOOR<br>RICHMOND VA 23219-4100 | Shopify Inc.<br>151 O'Connor Street<br>Ground Floor Ottawa, ON K2P 2L8 Canada<br>CANADA | Shopify Capital Inc.<br>33 New Montgomery Street Suite 750<br>San Francisco, CA 94105 |
| Small Business Financial Solutions, LLC<br>d/b/a Rapid Finance<br>4500 East West Highway 6th Floor<br>Bethesda, MD 20814-3327 | Smile Inc.<br>295 Hagey Boulevard<br>Waterloo, Ontario, N2L 6R5, Canada<br>CANADA | Social Style House, LLC<br>2019 South Bentley Avenue Apt. 10<br>Los Angeles, CA 90025-5637 | Social Style House, LLC<br>1852 Corinth Avenue<br>Los Angeles, CA 90025-5579 |
| Stamped TECHNOLOGIES PTE. LTD.<br>1 Marina Boulevard<br>Singapore 018989<br>SINGAPORE | U.S. Trustee for Region Four<br>U.S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | U.S. Attorney's Office<br>Civil Division<br>601 D Street, NW<br>Washington, DC 20530-0034 | U.S. Environmental Protection Agency<br>US EPA Region 3<br>Attn: Bettina Dunn, Paralegal<br>Specialist Office of Regional Counsel<br>1650 Arch Street (3RC60)<br>Philadelphia, PA 19103-2029 |

Virginia Department of Taxation
P.O. Box 1115
Richmond, VA 23218-1115

Vox Building, LLC
Bronster LLP - Attn: J. Logan Rappaport
156 West 56th Street, Suite 902
New York, NY 10019-4008

Washington, DC
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Web Bank
215 S. State Street Suite 1000
Salt Lake City, UT 84111-2336

4Imprint, Inc.
101 Commerce Street
P.O. Box 320
Oshkosh, WI 54901-4864

80 M Street SE Tenant LLC 80 M
Street SE Washington, DC
20003-3544

8fig Inc.
23875 Ventura Boulevard
Calabasas, CA 91302-1464

8fig, Inc.,
c/o Mark Stout, Esq., Padfield & Stout,
LLP 420 Throckmorton St
Suite 1210
Fort Worth TX 76102-3792

Whitney Mirts
452 Oakwood Street SE
Washington, DC 20032-1619

Wisconsin Department of Revenue 2135
Rimrock Road
Madison, WI 53713-1443

Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071