**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>MUSE THREADS, INC.,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-00238-ELG |

**APPLICATION OF JOLENE E. WEE AS SUBCHAPTER V TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD FROM DECEMBER 27, 2022 THROUGH DECEMBER 13, 2023**

Jolene Wee, Subchapter V Trustee (the "Applicant" or "Trustee"), hereby requests entry of an order approving compensation and reimbursement of expenses incurred as Subchapter V Trustee in this case under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") (the "Application"). By this Application, the Applicant requests that the Court allow an administrative claim for fees and expenses of **$15,612.00 plus actual costs (estimated total $15,786.09)**. Applicant submits this application pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and states as follows:

1. Muse Threads, Inc. (the "Debtor") filed a petition under Subchapter V of Chapter 11 of the Bankruptcy Code on December 23, 2022 (the "Case").

2. The Trustee was appointed by the United States Trustee (the "UST") to serve as the Subchapter V Trustee in this case on December 27, 2022. [Docket No. 12]

3. On March 23, 2023, the Debtor filed its Plan of Reorganization for Small Business under Chapter 11. [Docket No. 61] On May 17, 2023, the Debtor filed its First Amended Plan of Reorganization for Small Business under Chapter 11. [Docket No. 68] On July 6, 2023, the Debtor filed its Second Amended Plan of Reorganization for Small Business under Chapter 11. [Docket No. 76]

---

Jolene E. Wee, CIRA, CDBV
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jw-infinity.com
*Subchapter V Trustee*

4. On August 23, 2023, a hearing was held on the Debtor's Second Amended Chapter 11 Subchapter V Plan ("Plan") and the Court approved the Plan on a non-consensual basis under 1191(b). On October 30, 2023, an Order Confirming the Second Amended Plan of Reorganization for Small Business under Chapter 11 was entered by the Court ("Confirmation Order"). [Docket No. 95]

5. Pursuant to the Confirmation Order, the Trustee will serve as the disbursing agent under the Plan. On December 8, 2023, the Trustee filed a Notice of Debtor's Default under the Plan because the Debtor failed to fund the Trustee with the plan payment for the month of November 2023 and the first monthly fixed fee for the Trustee's services as disbursing agent. The Debtor has not furnished its 2022 tax return to the Trustee pursuant to the Confirmation Order as of the date of this Application. The Trustee is holding zero funds in her fiduciary account on this matter as of the date of this Application.

6. The Trustee has not previously sought or been awarded compensation or reimbursement of expenses in the Case.

7. The time period covered by this Application is from December 27, 2022 through the date of this Application, December 13, 2023.

8. The services rendered by the Trustee are set forth in the time records attached as <u>Exhibit A</u> to this Application. Those records reflect that the Trustee expended 26.4 hours performing services as Subchapter V trustee in this Case. These time records do not include time spent on performing services as the Plan's disbursing agent since the Trustee will be compensated separately, on a fixed fee basis by the Debtor, as outlined in the Confirmation Order.

9. The total fees incurred by the Trustee is therefore **$15,612.00**. This amount is based upon the hourly rate of $575 for work performed in 2022 and the hourly rate of $595 for work performed in 2023, as set forth in the Verified Statement of Subchapter V Trustee filed with this Court on December 27, 2022. [Docket No. 12]

10. The Trustee has incurred expenses in connection with mailing and noticing this Application. The total expenses requested in this Application are for the actual costs to be charged by Stretto, which the Trustee estimates to be **$174.09**. The Trustee will provide an exact invoice amount to Debtor's counsel

and the U.S. Trustee once she receives an invoice from Stretto, that bills the Trustee on a monthly accrual basis.

11. The total of fees and expenses requested is therefore **$15,612.00 plus actual costs (estimated total $15,786.09)**.

12. As part of her duties, the Trustee participated at the Initial Debtor's Interview, the 341 meeting of creditors, and various hearings on matters pending before the Court.  The Trustee had discussions with the Debtor's counsel and the UST's attorney regarding the Subchapter V plan which was confirmed by the Court.  The services provided by the Trustee were necessary and benefitted the estate and its creditors.

13. The Trustee affirms to the Court that the fees and expenses requested by this Application are (i) for actual, reasonable, and necessary services rendered by the Applicant, (ii) based upon customary fees charged and generally approved by this Court for services of this nature provided by comparably skilled professionals.

14. The Trustee submits that this Application satisfies the lodestar formula and factors set forth in § 330(a) of the Bankruptcy Code and in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974) (as adopted by the Fourth Circuit in Barber v. Kimbrells, Inc., 577 F.2d 216, 226 (4th Cir. 1978).

15. No agreement or understanding exists between the Applicant and any other person for the division or sharing of the compensation or expenses that are the subject of this Application.

WHEREFORE, the Applicant prays that the Court enter an Order approving compensation and reimbursement of expenses to the Subchapter V Trustee in the amount of **$15,612.00 plus actual costs (estimated total $15,786.09)**, as sought in this Application, as an allowed administrative expense priority claim; authorize the Debtor to pay the Trustee the foregoing claim; and any other reliefs that the Court deems just and appropriate.

                                                            Respectfully submitted,

Date: December 13, 2023                            */s/ Jolene E. Wee*
                                                           Jolene E. Wee
                                                           JW Infinity Consulting, LLC
                                                           447 Broadway Street 2nd FL #502
                                                           New York, NY 10013
                                                           T: 929.502.7715 | F: 646.810.3989
                                                           E: jwee@jw-infinity.com

                                                           *Subchapter V Trustee*

4