

# EXHIBIT A – TIME & EXPENSES

**MUSE THREADS, INC.**
Case No. 22-00238-ELG Chapter 11 (Subchapter V)

Re: Jolene Wee, Subchapter V Trustee

### INVOICE

| Description | Amount |
|---|---:|
| Services rendered for serving as Subchapter V trustee | $15,612.00 |
| Expenses | $174.09 (est) |
| **Invoice Total** | **$15,786.09 (est)** |

## Check Payments

Please make checks payable to **JW Infinity Consulting, LLC** to be mailed to:

JW Infinity Consulting, LLC
Attn: Accounting Department, Case Number 22-00238
19813 Leitersburg Pike #190
Hagerstown, MD 21742

Thank you for allowing us to assist you on this matter.



**EXHIBIT A - Time & Expenses**

Subchapter V Trustee to Muse Threads
Invoice issued on December 13, 2023

## TIME ENTRIES

| Record No. | Timekeeper | Date | Rate | Hours | Amount | Detail |
|---|---|---|---|---|---|---|
| 1 | J. Wee | 12/28/2022 | $575.00 | 0.6 | $345.00 | Prepared for the IDI - reviewed petition and case |
| 2 | J. Wee | 12/28/2022 | $575.00 | 1.6 | $920.00 | Attended IDI |
| 3 | J. Wee | 12/28/2022 | $575.00 | 0.2 | $115.00 | Call with M. Vanderstig regarding case |
| 4 | J. Wee | 12/29/2022 | $575.00 | 1.5 | $862.50 | Attended first day hearing |
| 5 | J. Wee | 12/30/2022 | $575.00 | 0.1 | $57.50 | Reviewed and endorsed proposed orders |
| 6 | J. Wee | 12/30/2022 | $575.00 | 0.4 | $230.00 | Call with M. Mowrer regarding case status |
| 7 | J. Wee | 12/30/2022 | $575.00 | 0.4 | $230.00 | Reviewed and endorsed proposed orders |
| 8 | J. Wee | 01/02/2023 | $595.00 | 0.3 | $178.50 | Responded to M. Mowrer regarding revised orders |
| 9 | J. Wee | 01/03/2023 | $595.00 | 0.7 | $416.50 | Call with M. Mowrer regarding projections |
| 10 | J. Wee | 01/16/2023 | $595.00 | 1.6 | $952.00 | Reviewed information sent from Debtor |
| 11 | J. Wee | 01/16/2023 | $595.00 | 0.3 | $178.50 | Call with M. Mowrer regarding proposed budget for the proposed settlement |
| 12 | J. Wee | 01/17/2023 | $595.00 | 0.3 | $178.50 | Corresponded with M. Mowrer regarding budget |



**EXHIBIT A - Time & Expenses**

Subchapter V Trustee to Muse Threads
Invoice issued on December 13, 2023

|    |        |            |          |     |            | |
|----|--------|------------|----------|-----|------------|---|
|    |        |            |          |     |            | and settlement amounts |
| 13 | J. Wee | 01/18/2023 | $595.00  | 3.2 | $1,904.00  | Attended hearing |
| 14 | J. Wee | 01/20/2023 | $595.00  | 1   | $595.00    | Attended 341 meeting |
| 15 | J. Wee | 02/13/2023 | $595.00  | 0.8 | $476.00    | Attended hearing |
| 16 | J. Wee | 02/15/2023 | $595.00  | 0.2 | $119.00    | Corresponded with K. Eustis, M. Freeman regarding case status to prepare for status conference |
| 17 | J. Wee | 02/15/2023 | $595.00  | 0.4 | $238.00    | Attended status hearing |
| 18 | J. Wee | 02/15/2023 | $595.00  | 0.4 | $238.00    | Call with M. Verstandig regarding case |
| 19 | J. Wee | 03/20/2023 | $595.00  | 0.6 | $357.00    | Call with M. VerStandig, JM King regarding projections and the Sub V plan |
| 20 | J. Wee | 03/23/2023 | $595.00  | 0.6 | $357.00    | Corresponded with M. Freeman regarding case (3 emails) |
| 21 | J. Wee | 03/24/2023 | $595.00  | 1.4 | $833.00    | Reviewed Sub V plan |
| 22 | J. Wee | 03/24/2023 | $595.00  | 2.1 | $1,249.50  | Performed analysis of projections to determine feasibility |
| 23 | J. Wee | 03/27/2023 | $595.00  | 1.1 | $654.50    | Prepared comments on Sub V plan for the debtor |
| 24 | J. Wee | 04/06/2023 | $595.00  | 0.4 | $238.00    | Reviewed draft amended plan |
| 25 | J. Wee | 04/06/2023 | $595.00  | 0.2 | $119.00    | Reviewed draft amended plan |
| 26 | J. Wee | 04/06/2023 | $595.00  | 1.5 | $892.50    | Reviewed and asked follow up |



**EXHIBIT A - Time & Expenses**

Subchapter V Trustee to Muse Threads
Invoice issued on December 13, 2023

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | questions on the projections |
| 27 | J. Wee | 04/06/2023 | $595.00 | 0.7 | $416.50 | Reviewed and commented on the draft amended plan |
| 28 | J. Wee | 05/16/2023 | $595.00 | 0.2 | $119.00 | Corresponded with M. Verstandig, M. Freeman regarding continuation of confirmation hearing |
| 29 | J. Wee | 05/17/2023 | $595.00 | 0.5 | $297.50 | Attended hearing |
| 30 | J. Wee | 09/11/2023 | $595.00 | 1 | $595.00 | Reviewed and revised proposed confirmation order |
| 31 | J. Wee | 09/11/2023 | $595.00 | 0.5 | $297.50 | Call w/ C. Short to open bank account |
| 32 | J. Wee | 09/11/2023 | $595.00 | 0.5 | $297.50 | Reviewed and revised proposed confirmation order |
| 33 | J. Wee | 12/12/2023 | $595.00 | 1.1 | $654.50 | Prepared fee application |
|   |   |   |   |   |   |   |
| **Fees for Services Performed** |   |   |   | **26.4** | **$15,612.00** |   |

**ESTIMATED EXPENSES:**
**COST OF NOTICING AND MAILING FEE APPLICATION**

**(TO BE PAID TO STRETTO –**
**WILL PROVIDE EXACT INVOICE AMOUNT WHEN BILLED)**

| Date | Postage | Printing | Total |
|---|---|---|---|
| 12/13/2023 | $ 69.09 | $ 105.00 | **$ 174.09** |