UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

MUSE THREADS, INC.,

                Debtor.

Chapter 11 (Subchapter V)

Case No. 22-00238-ELG

**ORDER GRANTING APPLICATION OF JOLENE E. WEE AS SUBCHAPTER V TRUSTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD FROM DECEMBER 27, 2022 THROUGH DECEMBER 13, 2023**

Upon consideration of the *Final Application of Jolene E. Wee as Subchapter V Trustee for Compensation and Reimbursement of Expenses for the Period from December 27, 2022 through December 13, 2023* (the "Application") filed by Jolene E. Wee (the "Trustee") as Subchapter V Trustee for muse Threads, Inc. (the "Debtor"), seeking compensation and reimbursement of expenses for the period from December 27, 2023

---

Jolene E. Wee, CIRA, CDBV
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jw-infinity.com
*Subchapter V Trustee*

through December 13, 2023 (the "Application Period"), and the Court finding that appropriate notice of the Application has been given, and the Court finding that good and sufficient cause exists to award the compensation requested therein, it is, by the United States Bankruptcy Court for the District of Columbia:

**ORDERED:**

1. That the Application be and is hereby **APPROVED**;

2. That the Trustee's compensation in the amount of **$15,612.00 plus actual costs (estimated total $15,786.09)**, representing **$15,612.00** for Trustee's fees for serving as Subchapter V trustee and estimated **$174.09** for out-of-pocket expenses and costs necessarily incurred, for which Trustee will provide the exact cost amount when available, during the Application Period is hereby **APPROVED** pursuant to 11 U.S.C. § 330 and **ALLOWED** as an administrative claim of the estate pursuant to 11 U.S.C. § 503;

3. That the Debtor is authorized to pay the foregoing allowed administrative claim to the Trustee in twelve (12) equal monthly payments as outlined in the Confirmation Order; AND

4. That the Court shall retain jurisdiction over all matters related to this Order.

| **I ASK FOR THIS:** | **SEEN AND NO OBJECTION:** |
|---|---|
| */s/ Jolene E. Wee*<br>Jolene E. Wee<br>JW Infinity Consulting, LLC<br>447 Broadway Street 2nd FL #502<br>New York, NY 10013<br>(929) 502-7715<br>*Subchapter V Trustee* | */s/ Michael T. Freeman*<br>Michael T. Freeman<br>Asst. United States Trustee<br>Office of the United States Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314<br>(703) 557-7274<br>*Counsel to the United States Trustee* |