# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:

MUSE THREADS, INC.,

                Debtor.

Chapter 11 (Subchapter V)

Case No. 22-00238-ELG

## NOTICE OF OPPORTUNITY TO OBJECT; AND
## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that Jolene E. Wee, Subchapter V Trustee (the "Applicant" or "Trustee"), has filed her *Final Application of Jolene E. Wee as Subchapter V Trustee for Compensation and Reimbursement of Expenses Incurred During the Period From December 27, 2023 through December 13, 2023* (the "Application") pursuant to 11 U.S.C. §§ 330 and 503 on December 13, 2023. A copy of the Application may be inspected by any interested party at the Office of the Clerk, United States Bankruptcy Court for the District of Columbia, subject to the rules of the Court.

The Applicant seeks approval of her fees totaling **$15,612.00 plus actual costs (estimated total $15,786.09)**, representing **$15,612.00** for Trustee's fees, which does not include services performed as the disbursing agent, and estimated **$174.09** (Trustee to provide exact invoice amount) for out-of-pocket expenses and costs necessarily incurred for the period from December 27, 2022 through December 13, 2023, which may be paid by the Debtor for the compensation for the Applicant's services as Trustee in the Debtor's bankruptcy case.

The Application has been scheduled for a hearing on **January 10, 2024 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing") before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, at the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue N.W., Washington, D.C. 20001, and by Zoom, pursuant to protocols to be established by the Court (the

---

Jolene E. Wee, CIRA, CDBV
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jw-infinity.com
*Subchapter V Trustee*

"Hearing"). Information needed for Zoom access may be obtained from the Courtroom Deputy by e-mail to aimee_mathewes@dcb.uscourts.gov .

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on it, then on or before **5:00 p.m., prevailing Eastern Time, on Wednesday, January 3, 2024**, you or your attorney must:

1. File with the Clerk of Court, at United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001, a written opposition with supporting memorandum as required by Local Bankruptcy Rule 9013-1(b). **Unless a written response and supporting memorandum are filed and served by the date specified, the court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also send a copy to the persons listed below.

2. Attend the hearing scheduled to be held on **January 10, 2024** at **10:00 a.m.** in Courtroom I, United States Bankruptcy Court, 333 Constitution Avenue, N.W. Washington, D.C. 20001. This hearing will be conducted in-person and by video conference via Zoom. If you wish to attend via video conference, contact the Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for ZOOM information.

**If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

A copy of any written response must be sent either via e-mail or expedited mail to the following parties:

Jolene E. Wee
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013

Michael Freeman
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: December 13, 2023 | */s/ Jolene E. Wee* |
|  | Jolene E. Wee |
|  | JW Infinity Consulting, LLC |
|  | 447 Broadway Street 2nd FL #502 |
|  | New York, NY 10013 |
|  | T: 929.502.7715 \| F: 646.810.3989 |
|  | E: jwee@jw-infinity.com |
|  | *Subchapter V Trustee* |