**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re:
Muse Threads, INC.,

Case No.: 22-00238-ELG
Chapter 11 (Subchapter V)

Debtor(s)

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 12/13/2023, I did cause a copy of the following document, described below.

Application Of Jolene E. Wee as Subchapter V Trustee for Compensation and Reimbursement of Expenses Incurred During the Period from December 27, 2022 Through December 13, 2023

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/13/2023

*/s/ Jolene E. Wee*
Jolene E. Wee, CIRA, CDBV
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jw-infinity.com
Subchapter V Trustee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re:
Muse Threads, INC.,
                                                       Case No.: 22-00238-ELG
                                                       Chapter 11 (Subchapter V)

                        Debtor(s)

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 12/13/2023, I did cause a copy of the following document, described below.

Application Of Jolene E. Wee as Subchapter V Trustee for Compensation and
Reimbursement of Expenses Incurred During the Period from December 27, 2022
Through December 13, 2023

were deposited for delivery by the United States Postal Service, via First Class United States Mail,
postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy
of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have
served the above referenced document (s) on the mailing list attached hereto in the manner shown and
prepared the Declaration of Certificate of Service and that it is true and correct to the best of my
knowledge, information, and belief.

DATED: 12/13/2023

Antonio Rubio
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on December 13, 2023, I caused a copy of Application of Jolene E. Wee as Subchapter V Trustee for Compensation and Reimbursement of Expenses Incurred During The Period From December 27, 2022 Through December 13, 2023 to be served by First Class, United States mail service, with adequate postage to ensure delivery to:

4Imprint, Inc.
101 Commerce Street
P.O. Box 320
Oshkosh, WI 54901-4864

80 M Street SE Tenant LLC
80 M Street SE
Washington, DC 20003-3544

8fig Inc.
23875 Ventura Boulevard
Calabasas, CA 91302-1464

8fig, Inc.,
c/o Mark Stout, Esq., Padfield & Stout, LLP
420 Throckmorton St
Suite 1210
Fort Worth TX 76102-3792

8fig, Inc.
c/o T. Marantz, Sales & Ops Ex
11801 Domain Blvd.
3rd Floor
Austin, TX 78758-3430

Affirm, Inc.
30 Isabella Street Floor 4
Pittsburgh, PA 15212-5862

Affirm, Inc.
1140 Broadway
New York, NY 10001-7504

Affirm, Inc.
650 California Street
San Francisco, CA 94108-2716

Amazon Payments, Inc.
410 Terry Avenue N.
Seattle, WA 98109-5210

American Express
P.O. Box 1270
Newark, NJ 07101-1270

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Anna Karsten
303 Breckenwood Drive
Cary, NC 27513-9420

Ashley Kirby
218 Spring Lane
Royersford, PA 19468-1843

Attentive Mobile Inc.
221 River Street Suite 9047
Hoboken, NJ 07030-5990

Auctane LLC d/b/a ShipStation
4301 Bull Creek Road
Austin, TX 78731-5933

Auctane LLC d/b/a ShipStation
1990 E. Grand Avenue
El Segundo, CA 90245-5013

BlueVine Inc.
401 Warren Street
Redwood City, CA 94063-1578

Briana Oden
1458 Sherwood Drive Apartment F
Fairfield, OH 45014-4151

c/o J. Johnson, of Counsel
Padfield & Stout, LLP
705 Ross Ave.
Dallas TX 75202-2007

Carlyn Winter Prisk
US Environmental Protection Agency
Region III (3HS62)
1650 Arch St.
Philadelphia, PA 19103-2029

Celtic Bank Corporation
268 South State Street Suite 300
Salt Lake City, UT 84111-5314

Child Support Services Division
Office of the Attorney General
Judiciary Square 441 4th Street, NW
5th Floor
Washington, DC 20001

China Export & Insurance Corporation
Fortune Times Building
11 Fenghuiyuan Xicheng District
Beijing 100033, China
CHINA

Commonwealth of Virginia Department of Taxation
PO BOX 2156
Richmond, VA 23218-2156

Constance Marie Mirts
6201 Batson Lane
Knoxville, TN 37919

Courtney Kohlhepp
6932 Westland Drive
Knoxville, TN 37919-7435

CRC Insurance
50 California Street Suite 2000
San Francisco, CA 94111-4703

Creditors Adjustment Bureau
4340 Fulton Avenue Third Floor
Sherman Oaks, CA 91423-2777

CSC Global
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

D.C. Office of Tax and Revenue
Bankruptcy Division
1101 4th Street SW
Washington, DC 20024-4457

D.C. Office of Tax and Revenue
1101 4th Street SW Suite 270 West
Washington, DC 20024-4457

D.C. Unemploy. Comp. Board
6th and Penna. Ave., N.W.
Washington, DC 20001-2106

DC Unemploy. Comp. Board
609 H St., NE
Room 3530367
Washington, DC 20002-7184

Derek Medolla, Esq.
Medolla Law, PLLC
1407 Broadway 29th Floor
New York, NY 10018-5100

District Unemployment Compensation Board
4058 Minnesota Ave., NE
4th Floor
Washington, DC 20019-3540

Dumbarton Industrial Yellow, LLC
Indigo Asset Services
2000 14th Street N Suite 601
Arlington, VA 22201-2531

Dumbarton Industrial Yellow, LLC
c/o Mitchell B. Weitzman, Esq.
Jackson & Campbell, PC
2300 N St., NW, Suite 300
Washington, DC 20037-1194

Enrollment First Inc
6712 Deane Hill Drive
Knoxville, TN 37919-5970

Enrollment First, Inc.
c/o Gregory C. Logue
900 S. Gay Street, Suite 900
Knoxville, TN 37902-1848

Faire Wholesale B.V.
Wilhelmina van Pruisenweg 35
2595 AN Den Haag, Netherlands
NETHERLANDS

First-Citizens Bank & Trust Company
155 Commerce Way
Portsmouth, NH 03801-3243

GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Department of Revenue
1800 Century Boulevard NE
Atlanta, GA 30345

Houston Casualty Company
13403 Northwest Freeway
Houston, TX 77040-6006

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Illinois Department of Revenue
101 West Jefferson Street
Springfield, IL 62702

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John Mark King
452 Oakwood Street SE
Washington, DC 20032-1619

John Mark King and Whitney Mirts
452 Oakwood Street SE
Washington, DC 20032-1619

Jolene E Wee
Jw Infinity Consulting
447 Broadway Street
Ste 2nd FL #502
New York, NY 10013-2562

JP Morgan Chase Bank, NA
P O Box 15368
Wilmington, DE 19850-5368

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
P.O. Box 1423
Charlotte, NC 28201

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
6409 Congress Avenue Suite 100
Boca Raton, FL 33487-2853

Julie Gealey
1272 PA-110
Indiana, PA 15701

Klaviyo Inc
125 Summer Street Floor 6
Boston, MA 02110-1641

Lee Kleminich
2722 East Saddlebrook Road
Gilbert, AZ 85298-7497

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012-4422

Meta Platforms, Inc.
1601 Willow Road
Menlo Park, CA 94025-1452

Michigan Department of Treasury
P.O. Box 30324
Lansing, MI 48909-7824

Mindy Johnson
3038 Victoria Street North
Saint Paul, MN 55113-1934

Muse Threads Inc
452 Oakwood Street SE
Washington, DC 20032-1619

North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0100

Ofc of Corp. Counsel
1 Judiciary Sq.
441 4th St., N.W.
6th Fl. North, Ste 1060
Washington, DC 20001-2714

Office of Attorney General
Tax, Bankruptcy, and Finance
One Judiciary Square
441 4th Street, NW
6th Floor
Washington, DC 20001-2714

Ohio Attorney General Collection Enforcement
30 E. Broad Street, 14th Floor
Columbus, OH 43215-3414

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, Ohio 43216-0530

Ohio Department of Taxation
Attn: Compliance Business Tax Division
P.O. Box 2678
Columbus, OH 43216-2678

PayPal Working Capital
P.O. Box 45950
Omaha, NE 68145-0950

PayPal, Inc.
2211 North First Street
San Jose, CA 95131-2021

Qingdao KDGarden Import & Export Co. Ltd.
Room 1905, Tower 2, Excellence Century Center
No. 31 Longcheng Road
Qingdao, 266034, China
CHINA

RangeMe America LLC
665 3rd Street Suite 425
San Francisco, CA 94107-1984

Rauch Milliken International
4400 Trenton Street
Metairie, LA 70006-6550

ReturnGo Ltd.
Arye Shenkar Street 1
Herzliya, 4672501 Israel
ISRAEL

Sally Diesel
404 Wealdstone Road
Cranberry Township, PA 16066-8333

Sarah Gray
306 Sugarwood Drive
Venetia, PA 15367-2363

Secretary of the Treasury
15th and Pennsylvania Aveneu, NW
Washington, DC 20220-0001

Securities and Exchange Commission
Atlanta Regional Office
Office of Reorganization
950 East Paces Ferry Road NE, Ste. 900
Atlanta , GA 30326-1382

SEZZLE INC
251 N 1ST AVE
SUITE 200
MINNEAPOLIS MN 55401-1672

Sezzle Inc.
P.O. Box 3320
Minneapolis, MN 55403

Shawna Carruba
237 Spring Valley Road
Evans City, PA 16033-4337

SHOPIFY INC
100 SHOCKOE SLIP 2ND FLOOR
RICHMOND VA 23219-4100

Shopify Inc.
151 O'Connor Street
Ground Floor Ottawa, ON K2P 2L8 Canada
CANADA

Shopify Capital Inc.
33 New Montgomery Street Suite 750
San Francisco, CA 94105

Small Business Financial Solutions, LLC
d/b/a Rapid Finance
4500 East West Highway 6th Floor
Bethesda, MD 20814-3327

Smile Inc.
295 Hagey Boulevard
Waterloo, Ontario, N2L 6R5, Canada
CANADA

Social Style House, LLC
2019 South Bentley Avenue Apt. 10
Los Angeles, CA 90025-5637

Social Style House, LLC
1852 Corinth Avenue
Los Angeles, CA 90025-5579

Stamped TECHNOLOGIES PTE. LTD.
1 Marina Boulevard
Singapore 018989
SINGAPORE

U.S. Trustee for Region Four
U.S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

U.S. Attorney's Office
Civil Division
601 D Street, NW
Washington, DC 20530-0034

U.S. Environmental Protection Agency
US EPA Region 3
Attn: Bettina Dunn, Paralegal Specialist
Office of Regional Counsel
1650 Arch Street (3RC60)
Philadelphia, PA 19103-2029

Virginia Department of Taxation
P.O. Box 1115
Richmond, VA 23218-1115

Vox Funding LLC
Bronster LLP - Attn: J. Logan Rappaport
156 West 56th Street, Suite 902
New York, NY 10019-4008

Washington, D.C.
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

WebBank
215 S. State Street Suite 1000
Salt Lake City, UT 84111-2336

Whitney Mirts
452 Oakwood Street SE
Washington, DC 20032-1619

Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713-1443

Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071