Maurice B. VerStandig, Esq.
Bar No.: MD18071
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
E-Mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No.: 22-238-ELG |
| MUSE THREADS, Inc., | Chapter 11 (Subchapter V) |
| Debtor. | |

### RESPONSE TO NOTICE OF DEBTOR'S DEFAULT UNDER THE PLAN

Comes now Muse Threads, Inc. (the "Debtor"), by and through undersigned counsel, pursuant to Section 8.05 of the plan of reorganization herein (the "Plan," as found at DE #76) and responds to the Notice of Debtor's Default Under the Plan (the "Notice," as found at DE #97) as follows:

The Debtor has now filed its tax returns for the calendar year 2022 and, of even date herewith, transmitted copies of the same to the disbursing agent and the United States Trustee, thereby timely curing this event of default.

As for the making of payments under the Plan, the Debtor did send the disbursing agent a check in December 2023. While the Plan does not per se mandate payments be made in any individualized month or sum but, rather, establishes mid-term and long-term deadlines for the retirement of various claims, *see* Plan at Art. 4, pp. 6-7, the Debtor is nonetheless determined to make monthly payments in accord with the non-binding projections appended to the Plan. Consistent with this determination, a payment was made in December 2023. The payment,

however, was made by check, not wire, and the Debtor appreciates that future payments will need to be made via wire.

Finally, the Debtor respectfully urges that not only does the Plan not per se require payments be made in any given month but, too, that the Plan's effective date occurred in November 2023. Under any construct, the Debtor's first payment would have been made in the ensuing month and, as such, the Debtor's election to not remit funds in November 2023 does not constitute an event of default.

Respectfully submitted,

Dated: January 8, 2024  By:  /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig