Maurice B. VerStandig, Esq.
Bar No.: MD18071
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
E-Mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No.: 22-238-ELG |
| MUSE THREADS, Inc., | Chapter 11 (Subchapter V) |
| Debtor. | |

**PRAECIPE REGARDING ADMINISTRATIVE CLAIM PAYMENTS**

Comes now Muse Threads, Inc. (the "Debtor"), by and through undersigned counsel, and observes as follows:

1.    On July 6, 2023, the Debtor proposed a second amended plan of reorganization, DE #76, which was subsequently confirmed by this Honorable Court, DE #95.

2.    Title 11 of the United States Code (the "Bankruptcy Code") requires administrative expense claims be paid at the time of a plan becoming effective or on such other terms as may be negotiated between and amongst the subject creditor(s) and debtor. 11 U.S.C. § 1129(a)(9).

3.    There exist various administrative expense claims in this case, including those of the Subchapter V trustee and, anticipatorily, there are likely to be further such claims, including that of the Debtor's counsel.

4.      In consultation with the Subchapter V Trustee, who is serving as the disbursing agent for most – but not all – payments under the confirmed plan, there exists a desire to confirm that monies paid pursuant to the plan may be first utilized to retire administrative expense claims.

5.      The Debtor believes such to be a consistent reading of the plan and the Bankruptcy Code, but nonetheless files this Praecipe so as to afford notice of the Debtor's position and so as to ensure the disbursing agent is not compelled to make a judgment call when disbursing funds.

6.      A notice of opportunity to object is being filed herewith, on a standard objection timeline, and the Debtor will be prepared to further address this issue at the hearing set therein.

Respectfully submitted,

Dated: March 26, 2024          By:     /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.
                                        Bar No. MD18071
                                        The Belmont Firm
                                        1050 Connecticut Avenue, NW, Suite 500
                                        Washington, DC 20036
                                        Phone: (202) 991-1101
                                        mac@dcbankruptcy.com
                                        *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig