Maurice B. VerStandig, Esq.
Bar No.: MD18071
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
E-Mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No.: 22-238-ELG |
| MUSE THREADS, Inc., | Chapter 11 (Subchapter V) |
| Debtor. | |

### NOTICE OF PRAECIPE

NOTICE IS HEREBY GIVEN that Muse Threads, Inc. ("Muse Threads" or the "Debtor") has filed a praecipe indicating the Debtor's belief that the disbursing agent operating pursuant to a confirmed plan of reorganization herein should use monies paid pursuant to the subject plan to first satisfy allowed administrative expense claims.

NOTICE OF DEADLINE TO OBJECT. If you believe the Debtor's position to be incorrect, or wish to express differing views on this matter, then ON OR BEFORE APRIL 8, 2024, you must file and serve a written objection. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for April 10, 2024 at 10:00 am. Pursuant to General Order 2022-03, the hearing will be held in a hybrid format, and parties may participate in person (with the hearing being conducted in Courtroom 1 at the foregoing address of the United States Bankruptcy Court for the District of Columbia) or via Zoom. For meeting code, parties may contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

Respectfully submitted,

Dated: March 26, 2024
By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of March, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to all parties on the attached mailing matrix.

/s/ Maurice B. VerStandig
Maurice B. VerStandig