# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: <br><br> MUSE THREADS, INC., <br><br> Debtor. | Chapter 11 (Subchapter V) <br><br> Case No. 22-00238-ELG |

## NOTICE OF INTENT TO MAKE PLAN DISTRIBUTION
## UNDER THE CONFIRMED SUBCHAPTER V PLAN

**PLEASE TAKE NOTICE** that Jolene E. Wee, post-confirmation Subchapter V Trustee and Disbursing Agent (the "Trustee") is filing this Notice of Intent to Make Plan Distribution (the "Notice") to make proposed distributions under the Plan. On October 30, 2023, this Court entered an Order (the "Confirmation Order") confirming the above-referenced Debtor's (the "Debtor") Second Amended Muse Threads, Inc. Plan of Reorganization for Small Business Under Chapter 11 (the "Plan") [Docket No. 76]. The Trustee serves as the disbursing agent on certain distributions under the Plan.

**PLEASE TAKE FURTHER NOTICE** that on March 26, 2024, the Debtor filed a Praecipe Regarding Administrative Claim Payments (the "Praecipe") to confirm that monies paid pursuant to the Plan may be first utilized to pay down administrative claimants [Docket No. 103]. The Court held a hearing on April 10, 2024 on the Praecipe and seeing that there were no objections made, the Court ruled from the bench and authorized the Trustee to make such distributions after filing and serving a notice of intent to make such distributions to all parties, with an opportunity to object within five (5) business days.

- 1 -

**PLEASE TAKE FURTHER NOTICE** that the Trustee is the only administrative claimant with an allowed administrative claim of $15,784.41 as of the date of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has made the following payments under the Plan to date to the Trustee as follows:

| Date | Description | Total received | Disbursing agent fee | Plan payment |
|---|---|---|---|---|
| 1/18/2024 | Monthly Plan Payment & Disbursing Agent Fee | $ 3,500.00 | $ 1,500.00 | $ 2,000.00 |
| 2/1/2024 | Monthly Plan Payment & Disbursing Agent Fee | 3,500.00 | 1,500.00 | 2,000.00 |
| 2/29/2024 | Monthly Plan Payment & Disbursing Agent Fee | 3,500.00 | 1,500.00 | 2,000.00 |
| 3/21/2024 | Monthly Plan Payment & Disbursing Agent Fee | 3,500.00 | 1,500.00 | 2,000.00 |
| 4/10/2024 | Monthly Plan Payment | 2,000.00 | - | 2,000.00 |
|  |  | $ 16,000.00 | $ 6,000.00 | $ 10,000.00 |

The Trustee has a cash balance of $10,000 in her fiduciary account for this case as of the date of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Trustee will be making a distribution under the Plan in the amount of $10,000 ("Proposed Distribution") to the Trustee's firm to pay down her administrative claim pursuant to the Preacipe filed by the Debtor and as authorized by the Court at the April 10, 2024 hearing.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Trustee's Proposed Distribution shall: (1) be in writing; (2) specifically state the nature for the objection and all legal and factual grounds on which the objection is based; (3) conform to the Federal

Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Columbia; (4) be filed with the Clerk of Court at the United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001; (5) be served so as to be received no later than <u>five (5) business days</u> from the date of this notice or **April 18, 2024 at 5:00 p.m. prevailing Eastern Time** (the "Objection Deadline") by the following parties: (a) Jolene E. Wee, JW Infinity Consulting LLC, 447 Broadway Street, 2nd Floor, Suite 502, New York, NY 10013, the post-confirmation Subchapter V Trustee and Disbursing Agent; (b) Kristen S. Eustis, Trial Attorney, Department of Justice, Office of the United States Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314; (c) Maurice "Mac" VerStandig, Esq., The Belmont Firm, 1050 Connecticut Avenue, NW, Suite 500, Washington, DC 20036, counsel to the Debtor; and (d) any other party entitled to receiving notice.

**PLEASE TAKE FURTHER NOTICE** that the Trustee will make the Proposed Distribution if she does not receive any responses or objections by the Objection Deadline, without further notice or Court approval.

Date: April 11, 2024

Respectfully submitted,

*/s/ Jolene E. Wee*
Jolene E. Wee
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jwinfinity.com

*Post-confirmation Subchapter V Trustee and Disbursing Agent*