# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:
MUSE THREADS, INC.

Debtor(s)

Case No.: 22-00238-ELG
Chapter 11 (Subchapter V)

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 04/11/2024, I did cause a copy of the following document, described below.

Notice Of Intent to Make Plan Distribution Under the Confirmed Subchapter V Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 04/11/2024

*/s/ Jolene E. Wee*
Jolene E. Wee, CIRA, CDBV
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jw-infinity.com
Subchapter V Trustee

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:
MUSE THREADS, INC.

Case No.: 22-00238-ELG
Chapter 11 (Subchapter V)

Debtor(s)

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 04/11/2024, I did cause a copy of the following document, described below.

Notice Of Intent to Make Plan Distribution Under the Confirmed Subchapter V Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 04/11/2024

Antonio Rubio
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on April 11, 2024, I caused a copy of Notice of Intent to Make Plan Distribution Under the Confirmed Subchapter V Plan to be served by First Class, United States mail service, with adequate postage to ensure delivery to:

| | | | | | |
|---|---|---|---|---|---|
| 4Imprint, Inc. | 101 Commerce Street | P.O. Box 320 | Oshkosh, WI 54901-4864 | | |
| 80 M Street SE Tenant LLC | 80 M Street SE | Washington, DC 20003-3544 | | | |
| 8fig Inc. | 23875 Ventura Boulevard | Calabasas, CA 91302-1464 | | | |
| 8fig, Inc. | c/o T. Marantz, Sales & Ops Ex | 11801 Domain Blvd. | 3rd Floor | Austin, TX 78758-3430 | |
| 8fig, Inc., | c/o Mark Stout, Esq., Padfield & Stout, LLP | 420 Throckmorton St | Suite 1210 | Fort Worth TX 76102-3792 | |
| Affirm, Inc. | 30 Isabella Street Floor 4 | Pittsburgh, PA 15212-5862 | | | |
| Affirm, Inc. | 1140 Broadway | New York, NY 10001-7504 | | | |
| Affirm, Inc. | 650 California Street | San Francisco, CA 94108-2716 | | | |
| Amazon Payments, Inc. | 410 Terry Avenue N. | Seattle, WA 98109-5210 | | | |
| American Express | P.O. Box 1270 | Newark, NJ 07101-1270 | | | |
| American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355-0701 | | |
| Anna Karsten | 303 Breckenwood Drive | Cary, NC 27513-9420 | | | |
| Ashley Kirby | 218 Spring Lane | Royersford, PA 19468-1843 | | | |
| Attentive Mobile Inc. | 221 River Street Suite 9047 | Hoboken, NJ 07030-5990 | | | |
| Auctane LLC d/b/a ShipStation | 4301 Bull Creek Road | Austin, TX 78731-5933 | | | |
| Auctane LLC d/b/a ShipStation | 1990 E. Grand Avenue | El Segundo, CA 90245-5013 | | | |
| BlueVine Inc. | 401 Warren Street | Redwood City, CA 94063-1578 | | | |
| Briana Oden | 1458 Sherwood Drive Apartment F | Fairfield, OH 45014-4151 | | | |
| c/o J. Johnson, of Counsel | Padfield & Stout, LLP | 705 Ross Ave. | Dallas TX 75202-2007 | | |
| Carlyn Winter Prisk | US Environmental Protection Agency | Region III (3HS62) | 1650 Arch St. | Philadelphia, PA 19103-2029 | |
| Celtic Bank Corporation | 268 South State Street Suite 300 | Salt Lake City, UT 84111-5314 | | | |
| Celtic/BlueVine Inc. | The Collection Law Group | Attention: Brad R. Magill | 1830 Pearl Street, Suite 100 | Boulder, CO 80302 | |
| Child Support Services Division | Office of the Attorney General | Judiciary Square 441 4th Street, NW | 5th Floor | Washington, DC 20001 | |
| China Export & Insurance Corporation | Fortune Times Building | 11 Fenghuiyuan Xicheng District | Beijing 100033, China | CHINA | |
| Commonwealth of Virginia Department of Taxation | PO BOX 2156 | Richmond, VA 23218-2156 | | | |
| Constance Marie Mirts | 6201 Batson Lane | Knoxville, TN 37919 | | | |
| Courtney Kohlhepp | 6932 Westland Drive | Knoxville, TN 37919-7435 | | | |
| CRC Insurance | 50 California Street Suite 2000 | San Francisco, CA 94111-4703 | | | |
| Creditors Adjustment Bureau | 4340 Fulton Avenue Third Floor | Sherman Oaks, CA 91423-2777 | | | |
| CSC Global | 801 Adlai Stevenson Drive | Springfield, IL 62703-4261 | | | |
| D.C. Office of Tax and Revenue | Bankruptcy Division | 1101 4th Street SW | Washington, DC 20024-4457 | | |
| D.C. Office of Tax and Revenue | 1101 4th Street SW Suite 270 West | Washington, DC 20024-4457 | | | |
| D.C. Unemploy. Comp. Board | 6th and Penna. Ave., N.W. | Washington, DC 20001-2106 | | | |
| DC Unemploy. Comp. Board | 609 H St., NE | Room 3530367 | Washington, DC 20002-7184 | | |
| Derek Medolla, Esq. | Medolla Law, PLLC | 1407 Broadway 29th Floor | New York, NY 10018-5100 | | |
| District Unemployment Compensation Board | 4058 Minnesota Ave., NE | 4th Floor | Washington, DC 20019-3540 | | |
| Dumbarton Industrial Yellow, LLC | Indigo Asset Services | 2000 14th Street N Suite 601 | Arlington, VA 22201-2531 | | |
| Dumbarton Industrial Yellow, LLC | c/o Mitchell B. Weitzman, Esq. | Jackson & Campbell, PC | 2300 N St., NW, Suite 300 | Washington, DC 20037-1194 | |
| Enrollment First Inc | 6712 Deane Hill Drive | Knoxville, TN 37919-5970 | | | |
| Enrollment First, Inc. | c/o Gregory C. Logue | 900 S. Gay Street, Suite 900 | Knoxville, TN 37902-1848 | | |
| Faire Wholesale B.V. | Wilhelmina van Pruisenweg 35 | 2595 AN Den Haag, Netherlands | NETHERLANDS | | |
| First-Citizens Bank & Trust Company | 155 Commerce Way | Portsmouth, NH 03801-3243 | | | |
| GEORGIA DEPARTMENT OF REVENUE | COMPLIANCE DIVISION | ARCS BANKRUPTCY | 1800 CENTURY BLVD NE SUITE 9100 | ATLANTA GA 30345-3202 | |
| Georgia Department of Revenue | 1800 Century Boulevard NE | Atlanta, GA 30345 | | | |
| Houston Casualty Company | 13403 Northwest Freeway | Houston, TX 77040-6006 | | | |
| ILLINOIS DEPARTMENT OF REVENUE | BANKRUPTCY UNIT | PO BOX 19035 | SPRINGFIELD IL 62794-9035 | | |
| Illinois Department of Revenue | 101 West Jefferson Street | Springfield, IL 62702 | | | |
| Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | |
| John Mark King | 452 Oakwood Street SE | Washington, DC 20032-1619 | | | |
| John Mark King and Whitney Mirts | 452 Oakwood Street SE | Washington, DC 20032-1619 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Jolene E Wee | Jw Infinity Consulting | 447 Broadway Street | Ste 2nd FL #502 | New York, NY 10013-2562 | |
| JP Morgan Chase Bank, NA | P O Box 15368 | Wilmington, DE 19850-5368 | | | |
| JPMORGAN CHASE BANK N A | BANKRUPTCY MAIL INTAKE TEAM | 700 KANSAS LANE FLOOR 01 | MONROE LA 71203-4774 | | |
| JPMorgan Chase Bank, N.A. | P.O. Box 1423 | Charlotte, NC 28201 | | | |
| JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC | 6409 Congress Avenue Suite 100 | Boca Raton, FL 33487-2853 | |
| Julie Gealey | 1272 PA-110 | Indiana, PA 15701 | | | |
| Klaviyo Inc | 125 Summer Street Floor 6 | Boston, MA 02110-1641 | | | |
| Lee Kleminich | 2722 East Saddlebrook Road | Gilbert, AZ 85298-7497 | | | |
| Maurice Belmont VerStandig | The VerStandig Law Firm, LLC | 1452 W. Horizon Ridge Pkwy, #665 | Henderson, NV 89012-4422 | | |
| Meta Platforms, Inc. | 1601 Willow Road | Menlo Park, CA 94025-1452 | | | |
| Michigan Department of Treasury | P.O. Box 30324 | Lansing, MI 48909-7824 | | | |
| Mindy Johnson | 3038 Victoria Street North | Saint Paul, MN 55113-1934 | | | |
| Muse Threads Inc | 452 Oakwood Street SE | Washington, DC 20032-1619 | | | |
| North Carolina Department of Revenue | P.O. Box 25000 | Raleigh, NC 27640-0100 | | | |
| Ofc of Corp. Counsel | 1 Judiciary Sq. | 4414th St., N.W. | 6th Fl. North, Ste 1060 | Washington, DC 20001-2714 | |
| Office of Attorney General | Tax, Bankruptcy, and Finance | One Judiciary Square | 441 4th Street, NW | 6th Floor | Washington, DC 20001-2714 |
| Ohio Attorney General Collection Enforcement | 30 E. Broad Street, 14th Floor | Columbus, OH 43215-3414 | | | |
| Ohio Department of Taxation | Bankruptcy Division | P.O. Box 530 | Columbus, Ohio 43216-0530 | | |
| Ohio Department of Taxation | Attn: Compliance Business Tax Division | P.O. Box 2678 | Columbus, OH 43216-2678 | | |
| PayPal Working Capital | P.O. Box 45950 | Omaha, NE 68145-0950 | | | |
| PayPal, Inc. | 2211 North First Street | San Jose, CA 95131-2021 | | | |
| Qingdao KDGarden Import & Export Co. Ltd. | Room 1905, Tower 2, Excellence Century Center | No. 31 Longcheng Road | Qingdao, 266034, China | CHINA | |
| RangeMe America LLC | 665 3rd Street Suite 425 | San Francisco, CA 94107-1984 | | | |
| Rauch Milliken International | 4400 Trenton Street | Metairie, LA 70006-6550 | | | |
| ReturnGo Ltd. | Arye Shenkar Street 1 | Herzliya, 4672501 Israel | ISRAEL | | |
| Sally Diesel | 404 Wealdstone Road | Cranberry Township, PA 16066-8333 | | | |
| Sarah Gray | 306 Sugarwood Drive | Venetia, PA 15367-2363 | | | |
| Secretary of the Treasury | 15th and Pennsylvania Aveneu, NW | Washington, DC 20220-0001 | | | |
| Securities and Exchange Commission | Atlanta Regional Office | Office of Reorganization | 950 East Paces Ferry Road NE, Ste. 900 | Atlanta , GA 30326-1382 | |
| SEZZLE INC | 251 N 1ST AVE | SUITE 200 | MINNEAPOLIS MN 55401-1672 | | |
| Sezzle Inc. | P.O. Box 3320 | Minneapolis, MN 55403 | | | |
| Shawna Carruba | 237 Spring Valley Road | Evans City, PA 16033-4337 | | | |
| Shopify Capital Inc. | 33 New Montgomery Street Suite 750 | San Francisco, CA 94105 | | | |
| SHOPIFY INC | 100 SHOCKOE SLIP 2ND FLOOR | RICHMOND VA 23219-4100 | | | |
| Shopify Inc. | 151 O'Connor Street | Ground Floor Ottawa, ON K2P 2L8 Canada | CANADA | | |
| Small Business Financial Solutions, LLC | d/b/a Rapid Finance | 4500 East West Highway 6th Floor | Bethesda, MD 20814-3327 | | |
| Smile Inc. | 295 Hagey Boulevard | Waterloo, Ontario, N2L 6R5, Canada | CANADA | | |
| Social Style House, LLC | 2019 South Bentley Avenue Apt. 10 | Los Angeles, CA 90025-5637 | | | |
| Social Style House, LLC | 1852 Corinth Avenue | Los Angeles, CA 90025-5579 | | | |
| Stamped TECHNOLOGIES PTE. LTD. | 1 Marina Boulevard | Singapore 018989 | SINGAPORE | | |
| U.S. Attorney's Office | Civil Division | 601 D Street, NW | Washington, DC 20530-0034 | | |
| U.S. Environmental Protection Agency | US EPA Region 3 | Attn: Bettina Dunn, Paralegal Specialist | Office of Regional Counsel | 1650 Arch Street (3RC60) | Philadelphia, PA 19103-2029 |
| U.S. Trustee for Region Four | U.S. Trustee's Office | 1725 Duke Street | Suite 650 | Alexandria, VA 22314-3489 | |
| Virginia Department of Taxation | P.O. Box 1115 | Richmond, VA 23218-1115 | | | |
| Vox Funding LLC | Bronster LLP - Attn: J. Logan Rappaport | 156 West 56th Street, Suite 902 | New York, NY 10019-4008 | | |
| Washington, D.C. | E. Barrett Prettyman U.S. Courthouse | 333 Constitution Ave, NW #1225 | Washington, DC 20001-2802 | | |
| WebBank | 215 S. State Street Suite 1000 | Salt Lake City, UT 84111-2336 | | | |
| Whitney Mirts | 452 Oakwood Street SE | Washington, DC 20032-1619 | | | |
| Wisconsin Department of Revenue | 2135 Rimrock Road | Madison, WI 53713-1443 | | | |
| Wolters Kluwer Lien Solutions | P.O. Box 29071 | Glendale, CA 91209-9071 | | | |