Maurice B. VerStandig, Esq.
Bar No.: MD18071
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
E-Mail: mac@dcbankruptcy.com
*Counsel for Muse Threads, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No.: 22-238-ELG |
| MUSE THREADS, Inc., | Chapter 11 (Subchapter V) |
| Debtor. | |

## MOTION TO CONVERT TO CHAPTER 7

Comes now Muse Threads, Inc. ("Muse Threads" or the "Debtor"), by and through undersigned counsel, pursuant to Section 1112(a) of Title 11 of the United States Code, and moves to convert this case to a proceeding under Chapter 7 of Title 11 of the United States Code, and in support thereof states as follows:

While Muse Threads did successfully confirm a plan of reorganization herein (the "Plan," as found at DE #76), and has been thus far compliant with the payment obligations thereunder, the Debtor is no longer in a financial position sufficient to continue in adherence to the Plan or to continue paying various operational obligations as they come due. The Debtor has never fully recovered from the egregious actions of 8fig, Inc. in violation of the automatic stay and, resultantly, now finds itself in a position where further reorganizational efforts do not appear to be feasible.

Title 11 of the United States Code affords Muse Threads an absolute right to convert this case to a proceeding under Chapter 7, 11 U.S.C. § 1112(a), and the Debtor is also now in a position

where substantial consummation of the Plan cannot be effectuated, thereby providing additional cause for conversion, 11 U.S.C. § 1112(b)(4)(M).

Muse Threads does respectfully suggest that conversion, and not dismissal, is appropriate in this case. As noted *supra*, the Debtor has a right to convert this case without regard to the existence, *vel non*, of cause. But even if a cause-centric analysis were to be undertaken, creditors would be best served through the strategic liquidation of Muse Threads' various assets, including the pending adversary proceeding against 8fig, Inc. and Alien Finance LLC, which is likely capable of producing a significant recovery for creditors herein.

WHEREFORE, Muse Threads respectfully prays this Honorable Court (i) convert this case to a proceeding under Chapter 7; and (ii) afford such other and further relief as may be just and proper.

Respectfully Submitted,

By:  /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No.: MD18071
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
E-Mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of July 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.