Maurice B. VerStandig, Esq.
Bar No.: MD18071
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
E-Mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: <br><br> MUSE THREADS, Inc., <br><br> Debtor. | Case No.: 22-238-ELG <br><br> Chapter 11 <br> (Subchapter V) |

### NOTICE OF HEARING ON MOTION TO CONVERT TO CHAPTER 7

NOTICE IS HEREBY GIVEN that Muse Threads, Inc. ("Muse Threads" or the "Debtor") has moved to convert this case to a proceeding under Chapter 7.

NOTICE OF DEADLINE TO OBJECT. Pursuant to Local Rule 9013-1(c)(1)(A), there is not a formal deadline by which objections to the motion must be filed. However, the Debtor is electing to schedule the motion for hearing (as noted below), subject to the Debtor's right to subsequently seek adjudication of the motion without a hearing or to amend this notice to set the motion for hearing on a more expedited basis.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for August 28, 2024 at 10:00 am. Pursuant to General Order 2022-03, the hearing will be held in a hybrid format, and parties may participate in person (with the hearing being conducted in Courtroom 1 at the foregoing address of the United States Bankruptcy Court for the District of Columbia) or via Zoom. For meeting

code, parties may contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

*Pursuant to Local Rule 9013-1(c)(1)(A), the Debtor may move to expedite the hearing on the motion, or may seek to have the motion granted without a hearing.*

                                                          Respectfully submitted,

Dated: July 31, 2024                                 By: /s/ Maurice B. VerStandig
                                                           Maurice B. VerStandig, Esq.
                                                           Bar No. MD18071
                                                           The VerStandig Law Firm, LLC
                                                           1452 W. Horizon Ridge Pkwy, #665
                                                           Henderson, Nevada 89012
                                                           Phone: (301) 444-4600
                                                           Facsimile: (301) 444-4600
                                                           mac@mbvesq.com
                                                           *Counsel for Muse Threads, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to all parties on the attached mailing matrix.

                                                           /s/ Maurice B. VerStandig
                                                           Maurice B. VerStandig