## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>MUSE THREADS, INC.,<br><br>              Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-00238-ELG |

## NOTICE OF DISTRIBUTIONS UNDER THE CONFIRMED SUBCHAPTER V PLAN BY DISBURSING AGENT

**PLEASE TAKE NOTICE** that Jolene E. Wee, post-confirmation Subchapter V Trustee and Disbursing Agent (the "Trustee") is filing this Notice of Distributions (the "Notice") regarding distributions made by the Trustee under the Plan.  On October 30, 2023, this Court entered an Order (the "Confirmation Order") confirming the above-referenced Debtor's (the "Debtor") Second Amended Muse Threads, Inc. Plan of Reorganization for Small Business Under Chapter 11 (the "Plan") [Docket No. 76].  The Trustee serves as the disbursing agent on certain distributions under the Plan.

**PLEASE TAKE FURTHER NOTICE** that on March 26, 2024, the Debtor filed a Praecipe Regarding Administrative Claim Payments (the "Praecipe") to confirm that monies paid pursuant to the Plan may be first utilized to pay down administrative claimants [Docket No. 103].  The Court held a hearing on April 10, 2024 on the Praecipe and seeing that there were no objections made, the Court ruled from the bench and authorized the Trustee to make such distributions after filing and serving a notice of intent to make such distributions to all parties, with an opportunity to object within five (5) business days.  The Trustee did not receive any

_____
Jolene E. Wee, CIRA, CDBV
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jw-infinity.com
*Post-confirmation Subchapter V Trustee and Disbursing Agent*

responses or objections to the Trustee's Notice of Intent to Make Plan Distribution filed on April 11, 2024 [Docket No. 106].

      **PLEASE TAKE FURTHER NOTICE** that the Debtor has made the following payments under the Plan to date to the Trustee as follows:

| Date | Description | Total received | Disbursing agent fee | Plan payment |
|---|---|---|---|---|
| 1/18/2024 | Monthly Plan Payment & Disbursing Agent Fee | $ 3,500.00 | $1,500.00 | $ 2,000.00 |
| 2/1/2024 | Monthly Plan Payment & Disbursing Agent Fee | 3,500.00 | 1,500.00 | 2,000.00 |
| 2/29/2024 | Monthly Plan Payment & Disbursing Agent Fee | 3,500.00 | 1,500.00 | 2,000.00 |
| 3/21/2024 | Monthly Plan Payment & Disbursing Agent Fee | 3,500.00 | 1,500.00 | 2,000.00 |
| 4/10/2024 | Monthly Plan Payment | 2,000.00 | - | 2,000.00 |
| 6/3/2024 | Monthly Plan Payment | 2,000.00 | - | 2,000.00 |
| 6/28/2024 | Monthly Plan Payment | 2,000.00 | - | 2,000.00 |
| 8/2/2024 | Monthly Plan Payment & Disbursing Agent Fee | 3,500.00 | 1,500.00 | 2,000.00 |
| | | **$23,500.00** | **$7,500.00** | **$16,000.00** |

      **PLEASE TAKE FURTHER NOTICE** that the Trustee is the only administrative claimant with an allowed administrative claim of $15,784.41 as of the date of this Notice. Since there were no objections filed to the Notice of Intent to Make Plan Distribution filed on April 11, 2024, the Trustee has paid her administrative claim in full as of the date of this Notice.

      **PLEASE TAKE FURTHER NOTICE** that the Trustee has a cash balance of <u>$215.59</u> in her fiduciary account for this case as of the date of this Notice.

Date: August 20, 2024

Respectfully submitted,

*/s/ Jolene E. Wee*
Jolene E. Wee
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jwinfinity.com
*Post-confirmation Subchapter V Trustee and Disbursing Agent*