# The Belmont Firm

**11050 Connecticut Avenue, NW**
**Suite 500**
**Washington, DC 20036**

Invoice submitted to:
**Muse Threads Inc.**

**Invoice # 10933**

Invoice Date: 08/24/24
Terms: COD
Services Through: 08/24/24
Due Date: 08/24/24

Description   Single invoice for Muse Threads Inc.

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Business Operations** | | | | |
| 09/09/23 | Mac VerStandig | Review client e-mail re issues with Shopify as well as chat log appended to e-mail; Assess potential remedies; Respond to e-mail | 0.50 | 250.00 | $125.00 |
| 09/16/23 | Mac VerStandig | Draft detailed demand letter to 8fig, Inc. based on series of stay violations and damages occassioned by freeze of debtor's funds, including review of pertinent law and documents obtained from Stripe | 1.40 | 250.00 | $350.00 |
| 11/05/23 | Mac VerStandig | Call with J. Mark King re cash flow issues, efforts to explore [redacted] | 0.30 | 250.00 | $75.00 |
| 11/29/23 | Mac VerStandig | Draft adversary complaint against 8fig and Alien | 1.70 | 250.00 | $425.00 |
| 05/31/24 | Mac VerStandig | Review e-mails from chambers and opposing counsel re mediation; Respond to same | 0.10 | 250.00 | $25.00 |
| 07/05/24 | Mac VerStandig | Call with J. Mark King re mediation procedure and strategy | 0.30 | 250.00 | $75.00 |
| 07/09/24 | Mac VerStandig | Draft mediation memo in 8fig adversary proceeding | 2.10 | 250.00 | $525.00 |
| 07/16/24 | Mac VerStandig | Attend mediation on 8fig adversary (5.1 hours billed at 60% to reflect use of time when mediator was with opposing party) | 3.10 | 250.00 | $775.00 |
| | | | Hours | | 9.50 |
| | | | Labor: | | $2,375.00 |
| | | | Invoice Amount: | | $2,375.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Case Administration** | | | | |
| 12/23/22 | Mahlon Mowrer | Call to Tina Suarez of Creditors Adjustment Bureau in care of Sinosure re: notification of bankruptcy and intention to propose repayment plan next week and begin negotiating | 0.20 | 250.00 | $50.00 |
| 12/23/22 | Mahlon Mowrer | Call to client to confirm filing and discuss call with Manufacturer's insurance's servicer | 0.10 | 250.00 | $25.00 |
| 12/23/22 | Mahlon Mowrer | Call back from clients to discuss filing and first-day motions plan | 0.30 | 250.00 | $75.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/23/22 | Mahlon Mowrer | Revise Application to Employ and draft attachments: (i) proposed order; (ii) declaration by Mac in support of Application; (iii) notice (with long table matrix) | 0.80 | 250.00 | $200.00 |
| 12/23/22 | Mahlon Mowrer | Drat critical contractor motion and proposed order | 1.60 | 250.00 | $400.00 |
| 12/23/22 | Mahlon Mowrer | Begin revising deposit account motion | 0.10 | 250.00 | $25.00 |
| 12/23/22 | Mahlon Mowrer | Call from Mac re: various first day motions | 0.10 | 250.00 | $25.00 |
| 12/23/22 | Mahlon Mowrer | Call with client to review Application to Employ and Critical Contractor Motion | 0.30 | 250.00 | $75.00 |
| 12/23/22 | Mahlon Mowrer | File Application to Employ and Emergency Motion to Employ Critical Contractors | 0.20 | 250.00 | $50.00 |
| 12/23/22 | Mahlon Mowrer | Send Notice of Bankruptcy to Vox Funding's counsel and initial case filing to the manufacturer's California agent | 0.40 | 250.00 | $100.00 |
| 12/24/22 | Mahlon Mowrer | Correspondence with Harry Acevedo of UST Office re: initial debtor interview | 0.10 | 250.00 | $25.00 |
| 12/26/22 | Mac VerStandig | Draft motion to use cash collateral alongside proposed order, reviewing security documents and inventory delineation as part of drafting process | 1.30 | 250.00 | $325.00 |
| 12/26/22 | Mac VerStandig | Draft motion and proposed order to pay claim of Meta Platforms, Inc. | 0.50 | 250.00 | $125.00 |
| 12/26/22 | Mac VerStandig | Draft motion to stay state court litigation, alongside proposed order, and review state court complaint in furtherance of same | 0.70 | 250.00 | $175.00 |
| 12/26/22 | Mahlon Mowrer | Call with client re: week's upcoming events and to-do list [no charge] | 0.40 | 250.00 NC | $0.00 |
| 12/26/22 | Mahlon Mowrer | Finish drafting and file Emergency Motion to Maintain Sweep and Deposit Accounts | 1.30 | 250.00 | $325.00 |
| 12/27/22 | Mac VerStandig | Review appointment of Subchapter V trustee and declaration of J. Wee | 0.10 | 250.00 | $25.00 |
| 12/27/22 | Mahlon Mowrer | Call with Mac re: trustee appointment and certificate of service amendment [no charge] | 0.20 | 250.00 NC | $0.00 |
| 12/27/22 | Mahlon Mowrer | Call with Tori explaining case and assigning Part 1 of secured creditor stripping assignment; determining ▮▮▮▮▮▮▮▮ | 0.40 | 250.00 | $100.00 |
| 12/27/22 | Mahlon Mowrer | Emails from and to Kristen and Jolene re: scheduling 341 meeting | 0.10 | 250.00 | $25.00 |
| 12/27/22 | Mahlon Mowrer | Drafted Amended Certificate of Service | 0.10 | 250.00 | $25.00 |
| 12/27/22 | Mahlon Mowrer | Call with client re: progress on opening DIP account and scheduling meeting with manufacturer | 0.10 | 250.00 | $25.00 |
| 12/27/22 | Mahlon Mowrer | Serve all parties requiring service for ECF Nos. 5-11; file amended certificate of service | 0.50 | 250.00 | $125.00 |
| 12/27/22 | Mahlon Mowrer | Call to Jolene Wee to discuss case (no answer, VM) [no charge] | 0.10 | 250.00 NC | $0.00 |
| 12/27/22 | Mahlon Mowrer | Call with Jolene Wee re: introduction to case, outstanding legal issues, etc. | 0.50 | 250.00 | $125.00 |
| 12/27/22 | Mahlon Mowrer | Call to Tina Suarez of CAB (Creditors Adjustment Bureau) re: (i) confirming authority to negotiate on behalf of manufacturer and (ii) status of retaining counsel | 0.20 | 250.00 | $50.00 |
| 12/27/22 | Mahlon Mowrer | Call with client re: status and tomorrow's initial debtor interview; asked about status of DIP account opening | 0.50 | 250.00 | $125.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/27/22 | Mahlon Mowrer | Call with Mac re: case [no charge] | 0.20 | 250.00 NC | $0.00 |
| 12/28/22 | Mac VerStandig | Attend initial debtor interview | 1.60 | 500.00 NC | $0.00 |
| 12/28/22 | Mahlon Mowrer | Call with client re: DIP account status and pre-IDI check in | 0.10 | 250.00 | $25.00 |
| 12/28/22 | Mahlon Mowrer | Initial Debtor Interview; follow-up legal discussion with Kristen, Jolene, and Mac; follow-up call with John Mark and Mac | 2.10 | 250.00 | $525.00 |
| 12/29/22 | Mahlon Mowrer | Call with John Mark re: preparation for first-day motions hearing | 0.10 | 250.00 | $25.00 |
| 12/29/22 | Mahlon Mowrer | Hearing on first-day motions | 1.60 | 250.00 | $400.00 |
| 12/29/22 | Mahlon Mowrer | Call with Tori re: Vox Funding adversary proceeding and case law review [50% no charge] | 0.20 | 250.00 | $50.00 |
| 12/29/22 | Mahlon Mowrer | Call with Mac and Tori re: Vox Funding adversary proceeding [50% no charge] | 0.20 | 250.00 | $50.00 |
| 12/29/22 | Mahlon Mowrer | Call with clients re: post first-day hearings and next steps [25% no charge] | 0.20 | 250.00 | $50.00 |
| 12/29/22 | Mahlon Mowrer | E-mail with Kristen and Jolene re: scheduling final cash collateral hearing and sub-V status conference as well as proposed orders | 0.10 | 250.00 | $25.00 |
| 12/29/22 | Mahlon Mowrer | Revise proposed orders and send to Mac for approval [ECF Nos. 005, 006, 007, 010] [25% no charge] | 0.60 | 250.00 | $150.00 |
| 12/30/22 | Mahlon Mowrer | E-mail proposed orders to Kristen and Jolene for review | 0.10 | 250.00 | $25.00 |
| 12/30/22 | Mahlon Mowrer | Call with Jolene Wee re: manufacturer negotiations | 0.10 | 250.00 | $25.00 |
| 12/30/22 | Mahlon Mowrer | Call with John Mark re: scheduling Zoom with manufacturer, proposed budget, opening offer to manufacturer, and considering hiring affiliate manager | 0.30 | 250.00 | $75.00 |
| 12/30/22 | Mahlon Mowrer | Review UST redline on proposed orders and e-mail back to UST and Sub-V trustees re: replacement lien language in cash collateral interim order | 0.30 | 250.00 | $75.00 |
| 01/02/23 | Mahlon Mowrer | Revise proposed orders as per UST and Sub-V Trustee's requests; e-mail to Kristen and Jolene for final approval | 0.40 | 250.00 | $100.00 |
| 01/02/23 | Mahlon Mowrer | Review and send client UST Form 1; Conference call with clients re: UST guidelines | 1.30 | 250.00 | $325.00 |
| 01/02/23 | Mahlon Mowrer | Price match interpreters for manufacturer negotiations [50% no charge] | 0.10 | 250.00 | $25.00 |
| 01/02/23 | Mahlon Mowrer | Retain and book interpreter for manufacturer negotiations; schedule Zoom call with all parties in interest [50% no charge] | 0.30 | 250.00 | $75.00 |
| 01/02/23 | Mahlon Mowrer | Call to client to confirm whether they believe the manufacturer's insurance company's servicer should be included in negotiations with manufacturer | 0.10 | 250.00 | $25.00 |
| 01/03/23 | Mahlon Mowrer | E-mail from and call to Patricia Mix of Illinois Department of Revenue re: SALT Question; call to answer question | 0.10 | 250.00 | $25.00 |
| 01/03/23 | Mahlon Mowrer | Call to John Mark re: SALT obligations and Spotify Capital stay violation | 0.10 | 250.00 | $25.00 |
| 01/03/23 | Mahlon Mowrer | File budget for January 2023 re: cash collateral motion | 0.10 | 250.00 | $25.00 |
| 01/03/23 | Mahlon Mowrer | E-mail from Kristen re: proposed interim order on cash collateral revision; revise interim order as requested; uploaded (i) critical contractor proposed order; (ii) Meta Motion; and (iii) Deposit and Sweep Account Motion; e-mail back to Kristen and Jolene re: authorized signature on interim cash collateral order | 0.40 | 250.00 | $100.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/23 | Mahlon Mowrer | Call to John Mark to convey Sub-V trustee's concerns and request re: fee escrow | 0.20 | 250.00 | $50.00 |
| 01/03/23 | Mahlon Mowrer | Zoom negotiation with manufacturer; post-call debrief with client | 1.40 | 250.00 | $350.00 |
| 01/03/23 | Mahlon Mowrer | File proposed interim order on cash collateral motion | 0.10 | 250.00 | $25.00 |
| 01/03/23 | Mahlon Mowrer | Research lien stripping re: failure to file UCC statement under 544(a); pull example complaints and instructive caselaw | 0.80 | 250.00 | $200.00 |
| 01/04/23 | Mahlon Mowrer | Call with Mac re: plan drafting and 'second day motions' | 0.30 | 250.00 | $75.00 |
| 01/04/23 | Mahlon Mowrer | Call with Tori re: adversary complaint lien avoidance assignment | 0.20 | 250.00 | $50.00 |
| 01/04/23 | Mahlon Mowrer | Begin drafting Plan of Reorganization | 0.50 | 250.00 | $125.00 |
| 01/04/23 | Mahlon Mowrer | Continue drafting Plan of Reorganization | 0.50 | 250.00 | $125.00 |
| 01/04/23 | Mahlon Mowrer | Revise Count I of generic adversary proceeding complaint against creditors for lien avoidance [75% no charge] | 0.20 | 250.00 | $50.00 |
| 01/05/23 | Mahlon Mowrer | File agreements between Debtor and (i) Vox Funding LLC and (ii) Celtic Bank Corporation | 0.10 | 250.00 | $25.00 |
| 01/05/23 | Mahlon Mowrer | Draft avoidance complaint count for 8fig complaint | 0.20 | 250.00 | $50.00 |
| 01/05/23 | Mahlon Mowrer | Call with Mac re: Plan draft and revision [50% no charge] | 0.40 | 250.00 | $100.00 |
| 01/05/23 | Mahlon Mowrer | Begin sorting creditors into classes for plan; lien avoidance research and discussion with Mac and Tori [50% no charge] | 0.60 | 250.00 | $150.00 |
| 01/05/23 | Mahlon Mowrer | Continue drafting plan of reorganization | 0.80 | 250.00 | $200.00 |
| 01/05/23 | Mahlon Mowrer | Continue drafting plan of reorganization | 0.70 | 250.00 | $175.00 |
| 01/05/23 | Mahlon Mowrer | Call with Tori re: choice of law for each avoidable secured claim | 0.10 | 250.00 | $25.00 |
| 01/05/23 | Mahlon Mowrer | Continue drafting plan of reorganization | 0.60 | 250.00 | $150.00 |
| 01/06/23 | Mahlon Mowrer | Call with John Mark re: final projections, company narrative, and proposed DIP negotiations | 0.40 | 250.00 | $100.00 |
| 01/06/23 | Mahlon Mowrer | Finish 8fig complaint | 0.20 | 250.00 | $50.00 |
| 01/06/23 | Mahlon Mowrer | Begin revising Shopify Capital Inc. complaint (count I) and drafting additional counts | 0.60 | 250.00 | $150.00 |
| 01/08/23 | Mahlon Mowrer | Continue revising the Shopify Capital complaint and draft count III | 0.30 | 250.00 | $75.00 |
| 01/08/23 | Mahlon Mowrer | Finish revising the Shopify Capital complaint and send to Mac for review | 0.20 | 250.00 | $50.00 |
| 01/08/23 | Mahlon Mowrer | Revise 8fig complaint | 0.30 | 250.00 | $75.00 |
| 01/08/23 | Mahlon Mowrer | Draft Small Business Financial Solutions, LLC complaint | 0.50 | 250.00 | $125.00 |
| 01/08/23 | Mahlon Mowrer | Draft WebBank complaint | 1.00 | 250.00 | $250.00 |
| 01/08/23 | Mahlon Mowrer | Draft 9019 Motion for manufacturer settlement | 2.00 | 250.00 | $500.00 |
| 01/09/23 | Mahlon Mowrer | Continue drafting motion to approve compromise; call with client representative re: payment projection questions (categories 1-3) | 1.60 | 250.00 | $400.00 |
| 01/09/23 | Mahlon Mowrer | Call with John Mark re: corrections to projected payments [call interrupted] | 0.10 | 250.00 | $25.00 |
| 01/09/23 | Mahlon Mowrer | Continuing call with John Mark re: corrections to projected payments | 0.30 | 250.00 | $75.00 |
| 01/09/23 | Mahlon Mowrer | Calls with Mac and Kristen re: documents requested by UST and COCR draft | 0.30 | 250.00 | $75.00 |
| 01/09/23 | Mahlon Mowrer | Continue drafting motion to approve compromise | 1.30 | 250.00 | $325.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 01/09/23 | Mahlon Mowrer | Voicemail from client re: reluctance to negotiate with potential DIP financier | 0.10 | 250.00 | $25.00 |
| 01/10/23 | Mac VerStandig | Review motion to approve compromise with Chinese manufacturer and discuss same with M. Mowrer | 0.90 | 500.00 NC | $0.00 |
| 01/10/23 | Mahlon Mowrer | Review revised COCR and respond to UST's office with concerns | 0.60 | 250.00 | $150.00 |
| 01/10/23 | Mahlon Mowrer | Continue drafting motion to approve compromise | 0.70 | 250.00 | $175.00 |
| 01/10/23 | Mahlon Mowrer | Continue drafting motion to approve compromise | 0.30 | 250.00 | $75.00 |
| 01/10/23 | Mahlon Mowrer | Finish drafting motion to approve compromise, review submitted invoices (ex. b), call to John Mark to discuss invoice mismatch | 0.90 | 250.00 | $225.00 |
| 01/10/23 | Mahlon Mowrer | Revise WebBank complaint | 0.50 | 250.00 | $125.00 |
| 01/10/23 | Mahlon Mowrer | Finalize WebBank complaint and exhibits | 0.40 | 250.00 | $100.00 |
| 01/10/23 | Mahlon Mowrer | Revise and review Motion to Shorten Time; Motion to Approve Compromise and proposed orders | 0.70 | 250.00 | $175.00 |
| 01/10/23 | Mahlon Mowrer | Call to client updating on status of Motion to Approve Compromise and Motion to Shorten Time and status of invoice procurement; make final revision sto same; e-mail client copy of motions to review requesting: (i) submission of Exhibit B as soon as possible; and (ii) clarifying Exhibit C | 0.60 | 250.00 | $150.00 |
| 01/10/23 | Mahlon Mowrer | Call to John Mark re: Exhibits B and C to Motion to Approve Compromise [no charge] | 0.10 | 250.00 | $25.00 |
| 01/10/23 | Mahlon Mowrer | Call with client re: Exhibits B and C and next steps | 0.50 | 250.00 | $125.00 |
| 01/10/23 | Mahlon Mowrer | Compile and redact Exhibit B; file Emergency Motion to Approve Compromise and Motion to Shorten Time; Catalogue ECF No. 28-29; send courtesy copy of Motions to manufacturer's representative | 0.80 | 250.00 | $200.00 |
| 01/11/23 | Mac VerStandig | Review order shortening time and assess lingual issues associated therewith, conferring with M. Mowrer re means of addressing same | 0.30 | 500.00 NC | $0.00 |
| 01/11/23 | Mahlon Mowrer | Call with Kristen and Jolene re: Motion to Approve Compromise | 0.80 | 250.00 | $200.00 |
| 01/11/23 | Mahlon Mowrer | Revise Shopify Capital complaint; review supporting documentation supplied by client | 0.30 | 250.00 | $75.00 |
| 01/11/23 | Mahlon Mowrer | Continue revising Shopify Capital complaint and call with Debtor re: financial records of transfers underlying complaints | 0.20 | 250.00 | $50.00 |
| 01/11/23 | Mahlon Mowrer | Update and revise complaint against Shopify Capital | 0.70 | 250.00 | $175.00 |
| 01/11/23 | Mahlon Mowrer | Serve order shortening time on matrix via certificateofservice.com and send Mike Ma copy of same via electronic mail | 0.20 | 250.00 | $50.00 |
| 01/11/23 | Mahlon Mowrer | Update and revise complaint against Shopify Capital | 1.00 | 250.00 | $250.00 |
| 01/11/23 | Mahlon Mowrer | Call with Whitney re: balance sheet correction | 0.20 | 250.00 | $50.00 |
| 01/12/23 | Mahlon Mowrer | Finalize and correct Shopify Capital and WebBank complaints | 0.80 | 250.00 | $200.00 |
| 01/12/23 | Mahlon Mowrer | Compiled, organized, and stamped exhibits for Shopify Capital complaints | 0.30 | 250.00 | $75.00 |
| 01/12/23 | Mahlon Mowrer | Update complaint against Small Business Financial Solutions, LLC; compiled and organize exhibits for same | 0.20 | 250.00 | $50.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 01/12/23 | Mahlon Mowrer | Begin drafting generic demand letter for adversary proceedings | 0.40 | 250.00 | $100.00 |
| 01/12/23 | Mahlon Mowrer | Finish drafting generic demand letter for adversary complaints | 0.10 | 250.00 | $25.00 |
| 01/12/23 | Mahlon Mowrer | Call with Mac re: receipt of funds from 8fig | 0.30 | 250.00 | $75.00 |
| 01/12/23 | Mahlon Mowrer | Draft suggestion of bankruptcy | 0.10 | 250.00 | $25.00 |
| 01/12/23 | Mahlon Mowrer | Draft notice of receipt of funds [50% no charge] | 0.10 | 250.00 | $25.00 |
| 01/12/23 | Mahlon Mowrer | Call with John Mark re: adversary proceeding complaint drafts; generic demand letter; documents requested by trustees; motion to approve compromise; suggestion of bankruptcy; and notice of receipt of funds [50% no charge] | 0.40 | 250.00 | $100.00 |
| 01/12/23 | Mahlon Mowrer | Begin to compile all document request lists from UST office and Sub-V Trustee into single master list; call to Harry Acevedo of UST to confirm whether the UST's office wanted "Exhibit 1" or "Form 1" executed vis-a-vis DIP authorization (competing forms); call to Jolene re: escrow logistics (no answer, VM) [75% no charge] | 0.80 | 250.00 | $200.00 |
| 01/12/23 | Mahlon Mowrer | Continued compiling documents requests [75% no charge] | 0.80 | 250.00 | $200.00 |
| 01/12/23 | Mahlon Mowrer | Finish compiling requested documents, make list of missing documents, and calls with client re: same; e-mail documents to UST and Sub. V trustee | 0.50 | 250.00 | $125.00 |
| 01/12/23 | Mahlon Mowrer | Call with client re: outstanding documents; amended schedules, next steps [50% no charge] | 0.30 | 250.00 | $75.00 |
| 01/13/23 | Mahlon Mowrer | Begin amending Schedules D & H; consider legal implications | 0.80 | 250.00 | $200.00 |
| 01/13/23 | Mahlon Mowrer | E-mail to Kristen re: consent order conditioning rights [no charge] | 0.10 | 250.00 | $25.00 |
| 01/13/23 | Mahlon Mowrer | Review and revise budget and plan projections | 1.60 | 250.00 | $400.00 |
| 01/13/23 | Mahlon Mowrer | Draft and send letter to PayPal, Inc. requesting account hold be lifted | 0.60 | 250.00 | $150.00 |
| 01/13/23 | Mahlon Mowrer | Finish amending Forms 204 & 206; Schedules D & H; Draft required attachments thereto; send all to client via DocuSign for review and signature | 1.60 | 250.00 | $400.00 |
| 01/13/23 | Mahlon Mowrer | Compile, review, and organize additional documents submitted by client requested by UST | 1.10 | 250.00 | $275.00 |
| 01/14/23 | Mahlon Mowrer | Revise budget and plan, send to clients ahead of call | 1.90 | 250.00 | $475.00 |
| 01/14/23 | Mahlon Mowrer | Call with John Mark to review 2023 budget line by line | 3.40 | 250.00 | $850.00 |
| 01/14/23 | Mahlon Mowrer | Review revisions to budget with John Mark | 0.30 | 250.00 | $75.00 |
| 01/14/23 | Mahlon Mowrer | Revise budget and projections and plot out 2024-28 based on client's 2023 projections; create Tables 1-5 in support of projections and budget; begin revising five-year plan projections and budget | 3.80 | 250.00 | $950.00 |
| 01/15/23 | Mahlon Mowrer | Finished projections and budget for five-year plan | 3.00 | 250.00 | $750.00 |
| 01/15/23 | Mahlon Mowrer | Create Table 6 in support of plan projections and budget | 0.40 | 250.00 | $100.00 |
| 01/17/23 | Mac VerStandig | Review communications between M. Mowrer and trustees; Review budget; Review exhibit and witness list; Multiple calls with M. Mowrer re hearing preparations | 2.10 | 500.00 NC | $0.00 |
| 01/18/23 | Mac VerStandig | Observe hearing on emergency motion to approve agreement with manufacturer and for approval of final cash collateral order | 3.10 | 500.00 NC | $0.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 01/28/23 | Mac VerStandig | Call with J. Mark King and W. Mirts to discuss status of case and next steps (no charge - call correlative to transition from M. Mowrer and largely social in nature) | 0.50 | 250.00 NC | $0.00 |
| 02/04/23 | Mac VerStandig | Draft turnover complaint against PayPal | 1.10 | 250.00 | $275.00 |
| 02/06/23 | Mac VerStandig | Exchange e-mails with client re status of PayPal complaint | 0.10 | 250.00 | $25.00 |
| 02/06/23 | Mac VerStandig | File adversary complaint against PayPal | 0.10 | 250.00 | $25.00 |
| 02/06/23 | Mac VerStandig | Draft status report pursuant to Section 1188(c) | 1.10 | 250.00 | $275.00 |
| 02/09/23 | Mac VerStandig | Draft and send turnover demand to state court counsel for Vox Funding, LLC, including efforts to obtain contact information for counsel (who does not include his e-mail address or phone number on state court filings) | 0.40 | 250.00 | $100.00 |
| 02/09/23 | Mac VerStandig | Try leaving message for counsel for Vox Funding, LLC, only to discover phone number used on state court pleading is not actually his | 0.10 | 250.00 | $25.00 |
| 02/09/23 | Mac VerStandig | Review e-mail from client re monies being held by PayPal and need to access same (.1); Respond to e-mail with discussing of efforts underway (.1) | 0.20 | 250.00 | $50.00 |
| 02/10/23 | Mac VerStandig | Research and draft motion for temporary restraining order, including drafting of affidavit of J. Mark King as part of motion drafting process | 3.10 | 250.00 | $775.00 |
| 02/10/23 | Mac VerStandig | Call with executive of Vox and counsel for Vox re pending lawsuit and motion for TRO, with conversation including detailed settlement discussions | 0.50 | 250.00 | $125.00 |
| 02/10/23 | Mac VerStandig | Follow up call with counsel for Vox re potential resolution of TRO motion and adversary proceeding | 0.20 | 250.00 | $50.00 |
| 02/10/23 | Mac VerStandig | Call with John Mark King (11 minutes) and John Mark King/Whitney Mirts (15 mins) re discussions with Vox and potential resolution of dispute | 0.50 | 250.00 | $125.00 |
| 02/11/23 | Mac VerStandig | Call with J. Mark King re potential resolution of issues with Vox | 0.20 | 250.00 | $50.00 |
| 02/11/23 | Mac VerStandig | E-mail to L. Rappaport re terms of potential resolution of dispute with Vox Funding | 0.10 | 250.00 | $25.00 |
| 02/15/23 | Mac VerStandig | Attend status conference | 0.40 | 250.00 | $100.00 |
| 02/17/23 | Mac VerStandig | Call with counsel for PayPal re release of account | 0.10 | 250.00 | $25.00 |
| 03/08/23 | Mac VerStandig | Call with J.M. King re PayPal obligation, status of sales, need to file operating report, and next steps with plan | 0.10 | 250.00 | $25.00 |
| 03/12/23 | Mac VerStandig | Draft and file notice of dismissal of PayPal adversary proceeding | 0.20 | 250.00 | $50.00 |
| 03/20/23 | Mac VerStandig | Call with J. Mark King re operating reports, sales trends, bank accounts, plan of reorganization, and classification of certain debts | 0.40 | 250.00 | $100.00 |
| 04/06/23 | Mac VerStandig | Review client draft of January MOR and revise same to reflect carry-over balances from pre-DIP bank accounts | 0.30 | 250.00 | $75.00 |
| 04/06/23 | Mac VerStandig | Call with J. Mark King re January MOR and amended plan | 0.20 | 250.00 | $50.00 |
| 05/17/23 | Mac VerStandig | Attend hearing on 9019 motion and argue for granting of same | 0.20 | 250.00 | $50.00 |
| 06/15/23 | Mac VerStandig | Review client drafts of MORs, revise same, append bank statements, and send to client for signature | 0.40 | 250.00 | $100.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 09/09/23 | Mac VerStandig | Review draft operating reports for June/July and accompanying bank statements (amended operating report for July; original for June); Redact statements; Send same to client for review/signature | 0.30 | 250.00 | $75.00 |
| 09/13/23 | Mac VerStandig | Draft and send demand letter to Shopify and Stripe re withholding of debtor's funds and effort to garnish same monies for benefit of undisclosed MCA entity | 1.20 | 250.00 | $300.00 |
| 09/15/23 | Mac VerStandig | Review e-mail from counsel for Stripe and call counsel to discuss lien being asserted (call was 9 minutes and e-mail review was less than 3 minutes given brevity of e-mail) | 0.20 | 250.00 | $50.00 |
| 09/15/23 | Mac VerStandig | Multiple calls with client re discussions with Stripe and lien information (14 minutes, 5 minutes, 3 minutes), including discussion of bringing claims against 8fig | 0.40 | 250.00 | $100.00 |
| 09/15/23 | Mac VerStandig | Review DC UCC records and review lien information conveyed by counsel for Stripe, assessing whether or not to bring claim against 8fig for violating the automatic stay and also endeavoring to ensure it was, in fact, 8fig that asserted post-petition lien | 0.50 | 250.00 | $125.00 |
| 10/22/23 | Mac VerStandig | Review and revise confirmation order to change frequency of distributions to accommodate lower disbursing agent compensation | 0.20 | 250.00 | $50.00 |
| 10/23/23 | Mac VerStandig | Exchange e-mails with client re taxes | 0.10 | 250.00 | $25.00 |
| 11/20/23 | Mac VerStandig | Call with J.M. King and W. Mirts re 8fig stay violation, evidence of correlative economic damages, trajectory of potential adversary proceeding, potential for need of expert testimony, potential settlement ranges, and data to be gathered | 0.50 | 250.00 | $125.00 |
| 11/24/23 | Mac VerStandig | Call with J. M. King re holiday sales, stay violation issue with 8fig, and strategy for proceeding | 0.40 | 250.00 | $100.00 |
| 12/22/23 | Mac VerStandig | Call with J. Mark King re adversary draft, company's ability to pay ongoing obligations, potential responses to default notice, tax status, and next steps | 0.50 | 250.00 | $125.00 |
| 12/22/23 | Mac VerStandig | Exchange messages with counsel for 8fig | 0.10 | 250.00 | $25.00 |

In Reference To:  **Case Administration (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/27/22 | Mac VerStandig | Mailing of first day motions | 1.00 | 217.12 | $217.12 |
| 02/09/23 | Mac VerStandig | Service of summons on PayPal (through third party mailing agent) | 1.00 | 4.76 | $4.76 |
| 04/10/23 | Mac VerStandig | Translation services for meeting with foreign creditor/vendor | 1.00 | 318.00 | $318.00 |
| 09/15/23 | Mac VerStandig | Download 8fig UCC from DC Office of Tax and Revenue | 1.00 | 5.50 | $5.50 |

|  |  |  |  | Hours | 93.30 |
|---|---|---|---|---|---|
|  |  |  |  | Labor: | $20,975.00 |
|  |  |  |  | Invoice Amount: | $21,520.38 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|

In Reference To:  **Plan and Disclosure Statement**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 03/20/23 | Mac VerStandig | Call with J. Wee and J. Mark King re forthcoming plan. accuracy of projections, and next steps in case | 0.60 | 250.00 | $150.00 |
| 03/28/23 | Mac VerStandig | Review e-mail from J. Wee re plan and respond to same | 0.30 | 250.00 | $75.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 03/30/23 | Mac VerStandig | Appear at status conference and give update on case status | 0.20 | 250.00 | $50.00 |
| 05/16/23 | Mac VerStandig | Call with J. Mark King re questions from J. Wee; Compose e-mail to J. Wee, answering questions, during call with client | 0.30 | 250.00 | $75.00 |
| 05/17/23 | Mac VerStandig | Revise plan, with eye toward incorporating comments from J. Wee; Send to client for review and comment | 0.40 | 250.00 | $100.00 |
| 05/17/23 | Mac VerStandig | Attend status conference on plan | 0.10 | 250.00 | $25.00 |
| 07/05/23 | Mac VerStandig | Amend plan, proofread same, and send to client for review and signature (.3); Draft procedures motion for plan balloting and objections (.2); Draft proposed order for procedures motion (.1) | 0.60 | 250.00 | $150.00 |
| 08/21/23 | Mac VerStandig | Review objection of 8fig to Plan; research and draft opposition thereto | 2.90 | 250.00 | $725.00 |
| 11/05/23 | Mac VerStandig | E-mail to clients re plan confirmation, setting forth upcoming deadlines, noting payment obligations, and discussing next steps | 0.20 | 250.00 | $50.00 |
| 04/10/24 | Mac VerStandig | Attend hearing on praecipe to clarify disbursing agent's right to pay own fees | 0.10 | 250.00 | $25.00 |

|  |  |
|---|---|
| Hours | 5.70 |
| Labor: | $1,425.00 |
| Invoice Amount: | $1,425.00 |

|  |  |
|---|---|
| Total Hours: | 108.50 |
| Total Labor: | $24,775.00 |
| Total Expenses: | $545.38 |
| **Total Invoice Amount:** | **$25,320.38** |
| **Total Amount Due:** | **$25,320.38** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Mahlon Mowrer | 66.90 | @ 250.000 | 16,725.00 |
| Mahlon Mowrer | 0.90 | @ N/C | 0.00 |
| Mac VerStandig | 32.20 | @ 250.000 | 8,050.00 |
| Mac VerStandig | 8.50 | @ N/C | 0.00 |

## Trust Account

The Trust Activity shown here is from the previous Invoice date of  to the latest payment applied to this invoice which is 08/24/24

| Date | Trust Account | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| **Matter : Non-Matter Related** | | | | | |
| **Muse Threads - Trust Acct.** | | | | | |
|  | Muse Threads - Trust Acct. | Opening balance | 0.00 | 0.00 | 0.00 |
| 11/15/22 | Muse Threads - Trust Acct. | Retainer payment from John Mark King | 0.00 | 2,000.00 | 2,000.00 |
| 11/28/22 | Muse Threads - Trust Acct. | Retainer payment | 0.00 | 2,900.00 | 4,900.00 |
| 12/07/22 | Muse Threads - Trust Acct. | Retainer payment | 0.00 | 3,100.00 | 8,000.00 |
| 12/23/22 | Muse Threads - Trust Acct. | Retainer payment | 0.00 | 4,000.00 | 12,000.00 |
| 12/23/22 | Muse Threads - Trust Acct. | Payment of pre-filing invoice | 8,000.00 | 0.00 | 4,000.00 |
|  | | **Trust account ending balance as of 08/24/24 for Muse Threads - Trust Acct.:** | | | **4,000.00** |
|  | | **Trust account ending balance as of 08/24/24 for Non-Matter Related:** | | | **4,000.00** |

| | | | Total for Muse Threads Inc.: | 4,000.00 |
|---|---|---|---|---|
| 04/10/23 | Other | Translation services for meeting with foreign creditor/vendor | | 318.00 |

## Receipt

**LANGUAGERS**

Invoice number  FB3F99DA-0001
Receipt number  2798-0694
Date paid  April 10, 2023
Payment method  American Express - 6005

**LANGUAGERS INC**
Mailing Address: P.O Box 1088, New York NY 10028-9998
Head Office: 2 Park Ave. Ste 2018
New York, New York 10016-5675
United States
+1 800-527-3001
accounting@languagers.com

**Bill to**
The VerStandig Law Firm,LLC dba The Belmont Firm
stephanie@dcbankruptcy.com

### $318.00 paid on April 10, 2023

Please click 'Schedule or pay now' to pay by credit card or ACH bank transfer.
••• It would be appreciated if you pay via ACH because each credit card transaction costs us 2.9% fees. ('Schedule or pay now' -> Click 'US bank account')
••• Preferred Payment Method: by ACH (Chase or Wells Fargo), Check or Zelle to accounting@languagers.com
••• For a check payment: Payable to Languagers Inc.
MAILING ADDRESS:
Languagers Inc.
P.O Box 1088, New York NY 10028
••• Thank you for your business

| Description | Qty | Unit price (excl. tax) | Amount (excl. tax) |
|---|---|---|---|
| Jan 3, @9:30pm EST, Mandarin ONLINE Interpretation, 2hrs x $139/hr | 2 | $139.00 | $278.00 |
| *additional $10/hr for job scheduled before 8:00AM and after 5:00 PM in localtime, or Weekend and Holidays, 2hrs x $10/hr | 2 | $10.00 | $20.00 |
| *additional $10/hour for Rush Job Requests made with less than 24 hours' notice prior to the appointment start time, 2hrs x $10/hr | 2 | $10.00 | $20.00 |
| Requestor: Mahlon Mowrer | 1 | $0.00 | $0.00 |
| Subtotal | | | $318.00 |
| Total | | | $318.00 |

**Amount paid** $318.00

2798-0694 · $318.00 paid on April 10, 2023

Page 1 of 2

2798-0694 · $318.00 paid on April 10, 2023

Page 2 of 2