```
Label Matrix for local noticing          8fig, Inc.                                Child Support Services Division
0090-1                                   c/o T. Marantz, Sales & Ops Ex            Office of the Attorney General
Case 22-00238-ELG                        11801 Domain Blvd.                        Judiciary Square 441 4th Street, NW
United States Bankruptcy Court for the Distri   3rd Floor                          5th Floor
Washington, D.C.                         Austin, TX 78758-3430                     Washington, DC 20001
Sun Aug 25 10:55:32 EDT 2024

D.C. Office of Tax and Revenue           D.C. Unemploy. Comp. Board                DC Unemploy. Comp. Board
Bankruptcy Division                      6th and Penna. Ave., N.W.                 609 H St., NE
1101 4th Street SW                       Washington, DC 20001-2106                 Room 3530367
Washington, DC 20024-4457                                                          Washington, DC 20002-7184


District Unemployment Compensation Board Dumbarton Industrial Yellow, LLC          Internal Revenue Service
4058 Minnesota Ave., NE                  c/o Mitchell B. Weitzman, Esq.            P.O. Box 7346
4th Floor                                Jackson & Campbell, PC                    Philadelphia, PA 19101-7346
Washington, DC 20019-3540                2300 N St., NW, Suite 300
                                         Washington, DC 20037-1194


Muse Threads Inc                         Ofc of Corp. Counsel                      Office of Attorney General
452 Oakwood Street SE                    1 Judiciary Sq.                           Tax, Bankruptcy, and Finance
Washington, DC 20032-1619                441 4th St., N.W.                         One Judiciary Square
                                         6th Fl. North, Ste 1060                   441 4th Street, NW
                                         Washington, DC 20001-2714                 6th Floor
                                                                                   Washington, DC 20001-2714

Secretary of the Treasury                Securities and Exchange Commission        U. S. Trustee for Region Four
15th and Pennsylvania Aveneu, NW         Atlanta Regional Office                   U. S. Trustee's Office
Washington, DC 20220-0001                Office of Reorganization                  1725 Duke Street
                                         950 East Paces Ferry Road NE, Ste. 900    Suite 650
                                         Atlanta, GA 30326-1382                    Alexandria, VA 22314-3489


U.S. Attorney's Office                   U.S. Environmental Protection Agency      Washington, D.C.
Civil Division                           US EPA Region 3                           E. Barrett Prettyman U. S. Courthouse
601 D Street, NW                         Attn: Bettina Dunn, Paralegal Specialist  333 Constitution Ave, NW #1225
Washington, DC 20530-0034                Office of Regional Counsel                Washington, DC 20001-2802
                                         1650 Arch Street (3RC60)
                                         Philadelphia, PA 19103-2029

4Imprint, Inc.                           80 M Street SE Tenant LLC                 8fig Inc.
101 Commerce Street P.O. Box 320         80 M Street SE                            23875 Ventura Boulevard
Oshkosh, WI 54901-4864                   Washington, DC 20003-3544                 Calabasas, CA 91302-1464


8fig, Inc.                               Affirm, Inc.                              Affirm, Inc.
c/o Mark Stout, Esq.                     1140 Broadway                             30 Isabella Street Floor 4
Padfield & Stout, LLP                    New York, NY 10001-7504                   Pittsburgh, PA 15212-5862
420 Throckmorton St.
Suite 1210
Fort Worth TX 76102-3792

Affirm, Inc.                             Amazon Payments, Inc.                     American Express
650 California Street                    410 Terry Avenue N.                       P.O. Box 1270
San Francisco, CA 94108-2716             Seattle, WA 98109-5210                    Newark, NJ 07101-1270


American Express National Bank           Anna Karsten                              Ashley Kirby
c/o Becket and Lee LLP                   303 Breckenwood Drive                     218 Spring Lane
PO Box 3001                              Cary, NC 27513-9420                       Royersford, PA 19468-1843
Malvern  PA 19355-0701
```

Attentive Mobile Inc.
221 River Street Suite 9047
Hoboken, NJ 07030-5990

Auctane LLC d/b/a ShipStation
1990 E. Grand Avenue
El Segundo, CA 90245-5013

Auctane LLC d/b/a ShipStation
4301 Bull Creek Road
Austin, TX 78731-5933

BlueVine Inc.
401 Warren Street
Redwood City, CA 94063-1536

Briana Oden
1458 Sherwood Drive Apartment F
Fairfield, OH 45014-4151

CRC Insurance
50 California Street Suite 2000
San Francisco, CA 94111-4703

CSC Global
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Celtic Bank Corporation
268 South State Street Suite 300
Salt Lake City, UT 84111-5314

Commonwealth of Virginia Department of Taxat
Department of Taxation
PO BOX 2156
Richmond, VA 23218-2156

Constance Marie Mirts
6201 Batson Lane
Knoxville, TN 37919

Courtney Kohlhepp
6932 Westland Drive
Knoxville, TN 37919-7435

Creditors Adjustment Bureau
4340 Fulton Avenue Third Floor
Sherman Oaks, CA 91423-3925

D.C. Office of Tax and Revenue
1101 4th Street SW Suite 270 West
Washington, DC 20024-4457

Derek Medolla, Esq.
Medolla Law, PLLC
1407 Broadway 29th Floor
New York, NY 10018-5100

Dumbarton Industrial Yellow, LLC
Indigo Asset Services
2000 14th Street N Suite 601
Arlington, VA 22201-2531

Enrollment First Inc
6712 Deane Hill Drive
Knoxville, TN 37919-5970

Enrollment First, Inc.
c/o Gregory C. Logue
900 S. Gay Street, Suite 900
Knoxville, TN 37902-1848

Faire Wholesale B.V.
Wilhelmina van Pruisenweg 35
2595 AN Den Haag, Netherlands

First-Citizens Bank & Trust Company
155 Commerce Way
Portsmouth, NH 03801-3243

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Houston Casualty Company
13403 Northwest Freeway
Houston, TX 77040-6006

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

John Mark King
452 Oakwood Street SE
Washington, DC 20032-1619

John Mark King and Whitney Mirts
452 Oakwood Street SE
Washington, DC 20032-1619

Julie Gealey
1272 PA-110
Indiana, PA 15701

Klaviyo Inc
125 Summer Street Floor 6
Boston, MA 02110-1641

Lee Kleminich
2722 East Saddlebrook Road
Gilbert, AZ 85298-7497

Meta Platforms, Inc.
1601 Willow Road
Menlo Park, CA 94025-1452

| | | |
|---|---|---|
| Michigan Department of Treasury<br>P.O. Box 30324<br>Lansing, MI 48909-7824 | Mindy Johnson<br>3038 Victoria Street North<br>Saint Paul, MN 55113-1934 | North Carolina Department of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640-0100 |
| Ohio Attorney General Collection Enforcement<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215-3414 | Ohio Department of Taxation<br>Attn: Compliance Business Tax Division<br>P.O. Box 2678<br>Columbus, OH 43216-2678 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, Ohio 43216-0530 |
| PayPal Working Capital<br>P.O. Box 45950<br>Omaha, NE 68145-0950 | PayPal, Inc.<br>2211 North First Street<br>San Jose, CA 95131-2021 | RangeMe America LLC<br>665 3rd Street Suite 425<br>San Francisco, CA 94107-1984 |
| Rauch Milliken International<br>4400 Trenton Street<br>Metairie, LA 70006-6550 | ReturnGo Ltd.<br>Arye Shenkar Street 1<br>Herzliya, 4672501 Israel | Sally Diesel<br>404 Wealdstone Road<br>Cranberry Township, PA 16066-8333 |
| Sarah Gray<br>306 Sugarwood Drive<br>Venetia, PA 15367-2363 | (p)SEZZLE INC<br>BANKRUPTCY DEPARTMENT<br>700 NICOLLET MALL<br>STE 640<br>MINNEAPOLIS MN 55402-2050 | Shawna Carruba<br>237 Spring Valley Road<br>Evans City, PA 16033-4337 |
| (p)SHOPIFY INC<br>100 SHOCKOE SLIP 2ND FLOOR<br>RICHMOND VA 23219-4100 | Shopify Inc.<br>151 O'Connor Street<br>Ground Floor Ottawa, ON K2P 2L8 Canada | Small Business Financial Solutions, LLC<br>d/b/a Rapid Finance<br>4500 East West Highway 6th Floor<br>Bethesda, MD 20814-3327 |
| Smile Inc.<br>295 Hagey Boulevard<br>Waterloo, Ontario, N2L 6R5, Canada | Social Style House, LLC<br>1852 Corinth Avenue<br>Los Angeles, CA 90025-5579 | Social Style House, LLC<br>2019 South Bentley Avenue Apt. 10<br>Los Angeles, CA 90025-5637 |
| Stamped TECHNOLOGIES PTE. LTD.<br>1 Marina Boulevard Singapore 018989 | Virginia Department of Taxation<br>P.O. Box 1115<br>Richmond, VA 23218-1115 | Vox Funding LLC<br>Bronster LLP - Attn: J. Logan Rappaport<br>156 West 56th Street, Suite 902<br>New York, NY 10019-4008 |
| WebBank<br>215 S. State Street Suite 1000<br>Salt Lake City, UT 84111-2336 | Whitney Mirts<br>452 Oakwood Street SE<br>Washington, DC 20032-1619 | Wisconsin Department of Revenue<br>2135 Rimrock Road<br>Madison, WI 53713-1443 |
| Wolters Kluwer Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | c/o J. Johnson, of Counsel<br>Padfield & Stout, LLP<br>705 Ross Ave.<br>Dallas TX 75202-2007 | Carlyn Winter Prisk<br>US Environmental Protection Agency<br>Region III (3HS62)<br>1650 Arch St.<br>Philadelphia, PA 19103-2029 |

Jolene E Wee
Jw Infinity Consulting
447 Broadway Street
Ste 2nd FL #502
New York, NY 10013-2562

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
1800 Century Boulevard NE
Atlanta, GA 30345

Illinois Department of Revenue
101 West Jefferson Street
Springfield, IL 62702

(d)Illinois Department of Revenue
Bankruptcy Unit
P O Box 19035
Springfield, IL 62794-9035

JP Morgan Chase Bank, NA
P O Box 15368
Wilmington, DE 19850

(d)JPMorgan Chase Bank, N.A.
P.O. Box 1423
Charlotte, NC 28201

Sezzle Inc.
P.O. Box 3320
Minneapolis, MN 55403

Shopify Capital Inc.
33 New Montgomery Street Suite 750
San Francisco, CA 94105

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)China Export & Insurance Corporation
Fortune Times Building
11 Fenghuiyuan, Xicheng District Beijing

(d)First-Citizens Bank and Trust Company
155 Commerce Way
Portsmouth, NH 03801-3243

(u)Qingdao KDGarden Import & Export Co. Ltd
Room 1905, Tower 2
Excellence Century Center, No. 31 Longch

(d)Vox Funding, LLC
Bronster LLP - Attn: J. Logan Rappaport
156 West 56th Street, Suite 902
New York, NY 10019-4008

End of Label Matrix
Mailable recipients    91
Bypassed recipients     4
Total                  95