The order below is hereby signed.

Signed: September 30 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>MUSE THREADS, Inc.,<br><br>Debtor. | Case No.: 22-238-ELG<br><br>Chapter 11<br>(Subchapter V) |

**ORDER GRANTING FIRST INTERIM APPLICATION OF THE
BELMONT FIRM FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED IN CONNECTION
WITH REPRESENTATION OF MUSE THREADS, INC.**

Upon consideration of the First Interim Application of The Belmont Firm for Allowance of Compensation and Reimbursement of Expenses (the "Application," with the petitioning party being known as "VLF") filed in the above-captioned matter, the authorities cited therein, the records appended thereto, and the lack of opposition thereto, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Application be, and hereby is, GRANTED, APPROVED, and RATIFIED; and it is further

ORDERED, that VLF's fees and expenses are approved in the aggregate sum of $25,320.38; and it is further

1

ORDERED, that VLF may collect $4,000.00, from monies being held in trust, as and for VLF's representation of the above-captioned debtor; and it is further

ORDERED, that VLF may collect the remaining $21,320.38 from the disbursing agent herein, pursuant to a confirmed plan of reorganization.

.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com


Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*