```
Label Matrix for local noticing         8fig, Inc.                              Dumbarton Industrial Yellow, LLC
0090-1                                  c/o T. Marantz, Sales & Ops Ex          c/o Mitchell B. Weitzman, Esq.
Case 22-00238-ELG                       11801 Domain Blvd.                      Jackson & Campbell, PC
United States Bankruptcy Court for the Distri  3rd Floor                        2300 N St., NW, Suite 300
Washington, D.C.                        Austin, TX 78758-3430                   Washington, DC 20037-1194
Wed Oct 16 10:45:47 EDT 2024

Muse Threads Inc                        U. S. Trustee for Region Four           Washington, D.C.
452 Oakwood Street SE                   U. S. Trustee's Office                  E. Barrett Prettyman U. S. Courthouse
Washington, DC 20032-1619               1725 Duke Street                        333 Constitution Ave, NW #1225
                                        Suite 650                               Washington, DC 20001-2802
                                        Alexandria, VA 22314-3489


4Imprint, Inc.                          80 M Street SE Tenant LLC               8fig Inc.
101 Commerce Street P.O. Box 320        80 M Street SE                          23875 Ventura Boulevard
Oshkosh, WI 54901-4864                  Washington, DC 20003-3544               Calabasas, CA 91302-1464



8fig, Inc.                              Affirm, Inc.                            Affirm, Inc.
c/o Mark Stout, Esq.                    1140 Broadway                           30 Isabella Street Floor 4
Padfield & Stout, LLP                   New York, NY 10001-7504                 Pittsburgh, PA 15212-5862
420 Throckmorton St.
Suite 1210
Fort Worth TX 76102-3792

Affirm, Inc.                            Amazon Payments, Inc.                   American Express
650 California Street                   410 Terry Avenue N.                     P.O. Box 1270
San Francisco, CA 94108-2716            Seattle, WA 98109-5210                  Newark, NJ 07101-1270



American Express National Bank          Anna Karsten                            Ashley Kirby
c/o Becket and Lee LLP                  303 Breckenwood Drive                   218 Spring Lane
PO Box 3001                             Cary, NC 27513-9420                     Royersford, PA 19468-1843
Malvern  PA 19355-0701


Attentive Mobile Inc.                   Auctane LLC d/b/a ShipStation           Auctane LLC d/b/a ShipStation
221 River Street Suite 9047             1990 E. Grand Avenue                    4301 Bull Creek Road
Hoboken, NJ 07030-5990                  El Segundo, CA 90245-5013               Austin, TX 78731-5933



BlueVine Inc.                           Briana Oden                             CRC Insurance
401 Warren Street                       1458 Sherwood Drive Apartment F         50 California Street Suite 2000
Redwood City, CA 94063-1536             Fairfield, OH 45014-4151                San Francisco, CA 94111-4703



CSC Global                              Celtic Bank Corporation                 Commonwealth of Virginia Department of Taxat
801 Adlai Stevenson Drive               268 South State Street Suite 300        Department of Taxation
Springfield, IL 62703-4261              Salt Lake City, UT 84111-5314           PO BOX 2156
                                                                                Richmond, VA 23218-2156


Constance Marie Mirts                   Courtney Kohlhepp                       Creditors Adjustment Bureau
6201 Batson Lane                        6932 Westland Drive                     4340 Fulton Avenue Third Floor
Knoxville, TN 37919                     Knoxville, TN 37919-7435                Sherman Oaks, CA 91423-3925
```

| | | |
|---|---|---|
| D.C. Office of Tax and Revenue<br>1101 4th Street SW Suite 270 West<br>Washington, DC 20024-4457 | Derek Medolla, Esq.<br>Medolla Law, PLLC<br>1407 Broadway 29th Floor<br>New York, NY 10018-5100 | Dumbarton Industrial Yellow, LLC<br>Indigo Asset Services<br>2000 14th Street N Suite 601<br>Arlington, VA 22201-2531 |
| Enrollment First Inc<br>6712 Deane Hill Drive<br>Knoxville, TN 37919-5970 | Enrollment First, Inc.<br>c/o Gregory C. Logue<br>900 S. Gay Street, Suite 900<br>Knoxville, TN 37902-1848 | Faire Wholesale B.V.<br>Wilhelmina van Pruisenweg 35<br>2595 AN Den Haag, Netherlands |
| First-Citizens Bank & Trust Company<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Houston Casualty Company<br>13403 Northwest Freeway<br>Houston, TX 77040-6006 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| John Mark King<br>452 Oakwood Street SE<br>Washington, DC 20032-1619 | John Mark King and Whitney Mirts<br>452 Oakwood Street SE<br>Washington, DC 20032-1619 | Julie Gealey<br>1272 PA-110<br>Indiana, PA 15701 |
| (p)KLAVIYO INC<br>ATTN LEGAL DEPARTMENT<br>125 SUMMER STREET<br>FLOOR 6<br>BOSTON MA 02110-1641 | Lee Kleminich<br>2722 East Saddlebrook Road<br>Gilbert, AZ 85298-7497 | Meta Platforms, Inc.<br>1601 Willow Road<br>Menlo Park, CA 94025-1452 |
| Michigan Department of Treasury<br>P.O. Box 30324<br>Lansing, MI 48909-7824 | Mindy Johnson<br>3038 Victoria Street North<br>Saint Paul, MN 55113-1934 | North Carolina Department of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640-0100 |
| Ohio Attorney General Collection Enforcement<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215-3414 | Ohio Department of Taxation<br>Attn: Compliance Business Tax Division<br>P.O. Box 2678<br>Columbus, OH 43216-2678 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, Ohio 43216-0530 |
| PayPal Working Capital<br>P.O. Box 45950<br>Omaha, NE 68145-0950 | PayPal, Inc.<br>2211 North First Street<br>San Jose, CA 95131-2021 | RangeMe America LLC<br>665 3rd Street Suite 425<br>San Francisco, CA 94107-1984 |
| Rauch Milliken International<br>4400 Trenton Street<br>Metairie, LA 70006-6550 | ReturnGo Ltd.<br>Arye Shenkar Street 1<br>Herzliya, 4672501 Israel | Sally Diesel<br>404 Wealdstone Road<br>Cranberry Township, PA 16066-8333 |

| | | |
|---|---|---|
| Sarah Gray<br>306 Sugarwood Drive<br>Venetia, PA 15367-2363 | (p)SEZZLE INC<br>BANKRUPTCY DEPARTMENT<br>700 NICOLLET MALL<br>STE 640<br>MINNEAPOLIS MN 55402-2050 | Shawna Carruba<br>237 Spring Valley Road<br>Evans City, PA 16033-4337 |
| (p)SHOPIFY INC<br>100 SHOCKOE SLIP 2ND FLOOR<br>RICHMOND VA 23219-4100 | Shopify Inc.<br>151 O'Connor Street<br>Ground Floor Ottawa, ON K2P 2L8 Canada | Small Business Financial Solutions, LLC<br>d/b/a Rapid Finance<br>4500 East West Highway 6th Floor<br>Bethesda, MD 20814-3327 |
| Smile Inc.<br>295 Hagey Boulevard<br>Waterloo, Ontario, N2L 6R5, Canada | Social Style House, LLC<br>1852 Corinth Avenue<br>Los Angeles, CA 90025-5579 | Social Style House, LLC<br>2019 South Bentley Avenue Apt. 10<br>Los Angeles, CA 90025-5637 |
| Stamped TECHNOLOGIES PTE. LTD.<br>1 Marina Boulevard Singapore 018989 | Virginia Department of Taxation<br>P.O. Box 1115<br>Richmond, VA 23218-1115 | Vox Funding LLC<br>Bronster LLP - Attn: J. Logan Rappaport<br>156 West 56th Street, Suite 902<br>New York, NY 10019-4008 |
| WebBank<br>215 S. State Street Suite 1000<br>Salt Lake City, UT 84111-2336 | Whitney Mirts<br>452 Oakwood Street SE<br>Washington, DC 20032-1619 | Wisconsin Department of Revenue<br>2135 Rimrock Road<br>Madison, WI 53713-1443 |
| Wolters Kluwer Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | c/o J. Johnson, of Counsel<br>Padfield & Stout, LLP<br>705 Ross Ave.<br>Dallas TX 75202-2007 | Jolene E Wee<br>Jw Infinity Consulting<br>447 Broadway Street<br>Ste 2nd FL #502<br>New York, NY 10013-2562 |
| Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>1800 Century Boulevard NE<br>Atlanta, GA 30345 | Illinois Department of Revenue<br>101 West Jefferson Street<br>Springfield, IL 62702 | (d)Illinois Department of Revenue<br>Bankruptcy Unit<br>P O Box 19035<br>Springfield, IL 62794-9035 |
| JP Morgan Chase Bank, NA<br>P O Box 15368<br>Wilmington, DE 19850 | (d)JPMorgan Chase Bank, N.A.<br>P.O. Box 1423<br>Charlotte, NC 28201 | Klaviyo Inc<br>125 Summer Street Floor 6<br>Boston, MA 02111 |

Sezzle Inc.
P.O. Box 3320
Minneapolis, MN 55403

Shopify Capital Inc.
33 New Montgomery Street Suite 750
San Francisco, CA 94105

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)China Export & Insurance Corporation
Fortune Times Building
11 Fenghuiyuan, Xicheng District Beijing

(d)First-Citizens Bank and Trust Company
155 Commerce Way
Portsmouth, NH 03801-3243

(u)Qingdao KDGarden Import & Export Co. Ltd
Room 1905, Tower 2
Excellence Century Center, No. 31 Longch

(d)Vox Funding, LLC
Bronster LLP - Attn: J. Logan Rappaport
156 West 56th Street, Suite 902
New York, NY 10019-4008

End of Label Matrix
Mailable recipients    78
Bypassed recipients     4
Total                  82