The order below is hereby signed.

Signed: December 5 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No.: 22-238-ELG |
| MUSE THREADS, Inc., | Chapter 11 (Subchapter V) |
| Debtor. | |

## ORDER GRANTING MOTION TO APPROVE COMPROMISE

Upon consideration of the Motion to Approve Compromise (the "Motion," as found at DE #119) the authorities cited therein, arguments made at a hearing thereupon, and the lack of opposition thereto, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the agreement set forth in Section II of the Motion be, and hereby is, RATIFIED.

.

.

1

I ask for this:

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Plaintiff*


Seen:

<u>/s/ Mark Stout (signed w/ express permission)</u>
Mark Stout, Esq.
Padfield Stout
100 Throckmorton Street
Suite 700
Fort Worth, TX 76102
*Counsel for the Defendants*