IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**Muse Threads Inc.,**<br><br>　　　　　　**Debtor.** | **Case No. 22-00238-ELG**<br><br>**Chapter 11** |

### NOTICE OF MOTION TO CONVERT OR DISMISS AND HEARING AND DEADLINE TO OBJECT

**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to convert or dismiss.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE OF DEADLINE TO OBJECT.** If you do not want the court to grant the Motion or if you would like the court to consider your views, then pursuant to Local Bankruptcy Rule 9013-1, on or before **January 29, 2025**, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**NOTICE OF HEARING.** A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **February 5, 2025 at 10:00 a.m**. The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

      Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

January 15, 2025                                      MATTHEW W. CHENEY
                                                      ACTING U.S. TRUSTEE, REGION 4


                                                      By: */s/ Kristen S. Eustis*
                                                      Kristen S. Eustis, Trial Attorney
                                                      Federal Bar No. MD28984
                                                      Office of the United States Trustee
                                                      1725 Duke St., Suite 650
                                                      Alexandria, VA 22314
                                                      (703) 557-7227- Direct Dial
                                                      Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

      I hereby certify that on January 15, 2025, I electronically filed the foregoing Notice of Hearing with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

John Tucker Farnum jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Christopher A. Glaser cglaser@jackscamp.com, iluaces@jackscamp.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Jolene E Wee jwee@jw-infinity.com, cjew11@trustesolutions.net

Mitchell B. Weitzman mweitzman@jackscamp.com, statum@jackscamp.com

Jeremy S. Williams jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com; amanda.roberts@kutakrock.com

      I further certify that on January 15, 2025, a copy of the foregoing Notice was served by first class mail, postage prepaid to the Debtor and Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| Muse Threads Inc.<br>452 Oakwood Street SE<br>Washington, DC 20032 | 4Imprint, Inc.<br>101 Commerce Street<br>PO Box 320<br>Oshkosh, WI 54901 |
| 80 M Street SE Tenant LLC<br>80 M Street SE<br>Washington, DC 20003 | American Express<br>PO Box 1270<br>Newark, NJ 07101 |
| Courtney Kohlhepp<br>6932 Westland Drive<br>Knoxville, TN 37919 | D.C. Office of Tax and Revenue<br>1101 4th Street SE<br>Suite 270 West<br>Washington, DC 20024 |
| Georgia Department of Revenue<br>1800 Century Boulevard NE<br>Atlanta, GA 30345 | Illinois Department of Revenue<br>101 West Jefferson Street<br>Springfield, IL 62702 |

| | |
|---|---|
| JPMorgan Chase Bank, N.A.<br>PO Box 1423<br>Charlotte, NC 28201 | Meta Platforms, Inc.<br>1601 Willow Road<br>Menlo Park, CA 94025 |
| Michigan Department of Treasury<br>PO Box 30324<br>Lansing, MI 48909 | North Carolina Department of Revenue<br>PO Box 25000<br>Raleigh, NC 27640 |
| Ohio Department of Taxation<br>Attn: Compliance Business Tax Division<br>PO Box 2678<br>Columbus, OH 43216 | Qingdao KD Garden<br>Import & Export Co. Ltd.<br>Room 1905, Tower 2<br>Excellence Century Center, No. 31<br>Longcheng Road<br>Qingdao, 266034  China |
| Sally Diesel<br>404 Wealdstone Road<br>Cranberry Township, PA 16066 | Sarah Gray<br>306 Sugarwood Drive<br>Venetia, PA 15367 |
| Virginia Department of Taxation<br>PO Box 1115<br>Richmond, VA 23218 | Vox Funding, LLC<br>14 E. 44th Street, 4th Floor<br>New York, NY 10017 |
| Wisconsin Department of Revenue<br>2135 Rimrock Road<br>Madison, WI 53713 | |

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist