**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>MUSE THREADS, INC.,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-00238-ELG |

**NOTICE OF DISTRIBUTIONS BY DISBURSING AGENT; AND**
**NOTICE OF DEBTOR'S DEFAULT UNDER THE SUBCHAPTER V PLAN**

**PLEASE TAKE NOTICE** that Jolene E. Wee, post-confirmation Subchapter V Trustee and Disbursing Agent (the "Trustee") is filing this Notice of Distributions and Notice of Plan Default (the "Notice") regarding distributions made by the Trustee under the Plan and the Debtor's default under the Plan. On October 30, 2023, this Court entered an Order (the "Confirmation Order") confirming the above-referenced Debtor's (the "Debtor") Second Amended Muse Threads, Inc. Plan of Reorganization for Small Business Under Chapter 11 (the "Plan") [Docket No. 76]. The Trustee serves as the disbursing agent on certain distributions under the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has defaulted under the Plan by failing to fund the Trustee with the plan payment for December 2024, due by December 31, 2024, by wiring funds into the Trustee's fiduciary bank account, as prescribed in Exhibit A of the Plan and as detailed in the Confirmation Order. The Trustee has not received any plan payments for December 2024 as of the date of this Notice.

**PLEASE TAKE FURTHER NOTICE** that on March 26, 2024, the Debtor filed a Praecipe Regarding Administrative Claim Payments (the "Praecipe") to confirm that monies paid

---

Jolene E. Wee, CIRA, CDBV
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jw-infinity.com
*Post-confirmation Subchapter V Trustee and Disbursing Agent*

pursuant to the Plan may be first utilized to pay down administrative claimants [Docket No. 103]. The Court held a hearing on April 10, 2024 on the Praecipe and seeing that there were no objections made, the Court ruled from the bench and authorized the Trustee to make such distributions after filing and serving a notice of intent to make such distributions to all parties, with an opportunity to object within five (5) business days. The Trustee did not receive any responses or objections to the Trustee's Notice of Intent to Make Plan Distribution filed on April 11, 2024 [Docket No. 106].

**PLEASE TAKE FURTHER NOTICE** that the Debtor has made the following payments under the Plan to date to the Trustee as follows:

| Date | Description | Total received | Disbursing agent fee | Plan payment |
|---|---|---|---|---|
| 1/18/2024 | Monthly Plan Payment & Disbursing Agent Fee | $ 3,500.00 | $ 1,500.00 | $ 2,000.00 |
| 2/1/2024 | Monthly Plan Payment & Disbursing Agent Fee | 3,500.00 | 1,500.00 | 2,000.00 |
| 2/29/2024 | Monthly Plan Payment & Disbursing Agent Fee | 3,500.00 | 1,500.00 | 2,000.00 |
| 3/21/2024 | Monthly Plan Payment & Disbursing Agent Fee | 3,500.00 | 1,500.00 | 2,000.00 |
| 4/10/2024 | Monthly Plan Payment | 2,000.00 | - | 2,000.00 |
| 6/3/2024 | Monthly Plan Payment | 2,000.00 | - | 2,000.00 |
| 6/28/2024 | Monthly Plan Payment | 2,000.00 | - | 2,000.00 |
| 8/2/2024 | Monthly Plan Payment & Disbursing Agent Fee | 3,500.00 | 1,500.00 | 2,000.00 |
| 8/30/2024 | Monthly Plan Payment | 1,000.00 | - | 1,000.00 |
| 9/30/2024 | Monthly Plan Payment | 1,000.00 | - | 1,000.00 |
| 10/31/2024 | Monthly Plan Payment & Disbursing Agent Fee | 1,000.00 | 1,500.00 | (500.00) |
| 12/4/2024 | Monthly Plan Payment | 1,000.00 | - | 1,000.00 |
| | | **$27,500.00** | **$9,000.00** | **$18,500.00** |

**PLEASE TAKE FURTHER NOTICE** that the Trustee was the only administrative claimant with an allowed administrative claim of $15,784.41 and since there were no objections

made to the Notice of Intent to Make Plan Distribution filed on April 11, 2024, the Trustee has paid her administrative claim in full in August 2024.

**PLEASE TAKE FURTHER NOTICE** that counsel for the Debtor, The Belmont Firm filed an interim application for compensation and the Court entered an order approving the application on September 30, 2024. The Belmont Firm's outstanding administrative claim is $21,320.38 as of the date of this Notice. On January 6, 2025, the Trustee mailed a check in the amount of $2,715.59 to the Belmont Firm to pay down its administrative claim.

**PLEASE TAKE FURTHER NOTICE** that after The Belmont Firm cashes its check, the Trustee will have a cash balance of $0.00 in her fiduciary account for this case.

Date: January 21, 2025                                     Respectfully submitted,

*/s/ Jolene E. Wee*
Jolene E. Wee
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
T: 929.502.7715 | F: 646.810.3989
E: jwee@jwinfinity.com
*Post-confirmation Subchapter V Trustee and Disbursing Agent*