| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Muse Threads Inc**<br>Name | EIN: | 85–2010048 |
| United States Bankruptcy Court | United States Bankruptcy Court for the District of Columbia | Date case filed in chapter: | 11  12/23/22 |
| Case number: | 22–00238–ELG | Date case converted to chapter: | 7  2/5/25 |

Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  10/22

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**
**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Muse Threads Inc | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 452 Oakwood Street SE<br>Washington, DC 20032 | |
| **4. Debtor's attorney**<br>Name and address | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114–160<br>Potomac, MD 20854 | Contact phone 301–444–4600<br><br>Email: mac@mbvesq.com |
| **5. Bankruptcy trustee**<br>Name and address | Marc E. Albert<br>Stinson LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006 | Contact phone 202–728–3020<br><br>Email: marc.albert@stinson.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open:<br>9:00 am – 4:00 pm Monday to Friday<br><br>Contact phone (202) 354–3280<br><br>Date: 2/5/25 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 13, 2025 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 938 175 5897, and Passcode 0524966413, OR call 1 202–987–8614**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| | At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007–1. | |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9.** | | |

| **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page **1**

United States Bankruptcy Court

District of Columbia

In re:  
Muse Threads Inc  
    Debtor

Case No. 22-00238-ELG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 4  
Date Rcvd: Feb 05, 2025     Form ID: 309C     Total Noticed: 80

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Muse Threads Inc, 452 Oakwood Street SE, Washington, DC 20032-1619 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 764948 | + | 4Imprint, Inc., 101 Commerce Street P.O. Box 320, Oshkosh, WI 54901-4864 |
| 764949 | + | 80 M Street SE Tenant LLC, 80 M Street SE, Washington, DC 20003-3544 |
| 764950 | + | 8fig Inc., 23875 Ventura Boulevard, Calabasas, CA 91302-1464 |
| 766784 | #+ | 8fig, Inc., c/o Mark Stout, Esq., Padfield & Stout, LLP, 420 Throckmorton St., Suite 1210 Fort Worth TX 76102-3792 |
| 764952 | + | Affirm, Inc., 1140 Broadway, New York, NY 10001-7504 |
| 764954 | + | Amazon Payments, Inc., 410 Terry Avenue N., Seattle, WA 98109-5210 |
| 764956 | #+ | Anna Karsten, 303 Breckenwood Drive, Cary, NC 27513-9420 |
| 764957 | + | Ashley Kirby, 218 Spring Lane, Royersford, PA 19468-1843 |
| 764958 | + | Attentive Mobile Inc., 221 River Street Suite 9047, Hoboken, NJ 07030-5990 |
| 764959 | + | Auctane LLC d/b/a ShipStation, 4301 Bull Creek Road, Austin, TX 78731-5933 |
| 764960 | + | Auctane LLC d/b/a ShipStation, 1990 E. Grand Avenue, El Segundo, CA 90245-5013 |
| 764967 | + | CRC Insurance, 50 California Street Suite 2000, San Francisco, CA 94111-4703 |
| 764965 | | Constance Marie Mirts, 6201 Batson Lane, Knoxville, TN 37919 |
| 764966 | + | Courtney Kohlhepp, 6932 Westland Drive, Knoxville, TN 37919-7435 |
| 764968 | + | Creditors Adjustment Bureau, 4340 Fulton Avenue Third Floor, Sherman Oaks, CA 91423-3925 |
| 764971 | + | Derek Medolla, Esq., Medolla Law, PLLC, 1407 Broadway 29th Floor, New York, NY 10018-5100 |
| 764972 | + | Dumbarton Industrial Yellow, LLC, Indigo Asset Services, 2000 14th Street N Suite 601, Arlington, VA 22201-2531 |
| 766789 | + | Enrollment First, Inc., c/o Gregory C. Logue, 900 S. Gay Street, Suite 900, Knoxville, TN 37902-1848 |
| 764974 | | Faire Wholesale B.V., Wilhelmina van Pruisenweg 35, 2595 AN Den Haag, Netherlands |
| 764980 | + | John Mark King, 452 Oakwood Street SE, Washington, DC 20032-1619 |
| 764981 | + | John Mark King and Whitney Mirts, 452 Oakwood Street SE, Washington, DC 20032-1619 |
| 764983 | | Julie Gealey, 1272 PA-110, Indiana, PA 15701 |
| 764984 | + | Klaviyo Inc, 125 Summer Street Floor 6, Boston, MA 02110-1616 |
| 764985 | + | Lee Kleminich, 2722 East Saddlebrook Road, Gilbert, AZ 85298-7497 |
| 764986 | + | Meta Platforms, Inc., 1601 Willow Road, Menlo Park, CA 94025-1452 |
| 764987 | + | Michigan Department of Treasury, P.O. Box 30324, Lansing, MI 48909-7824 |
| 764988 | + | Mindy Johnson, 3038 Victoria Street North, Saint Paul, MN 55113-1934 |
| 765563 | + | Ohio Department of Taxation, Bankruptcy Division, P.O. Box 530, Columbus, Ohio 43216-0530 |
| 764990 | + | Ohio Department of Taxation, Attn: Compliance Business Tax Division, P.O. Box 2678, Columbus, OH 43216-2678 |
| 764994 | + | RangeMe America LLC, 665 3rd Street Suite 425, San Francisco, CA 94107-1984 |
| 764995 | + | Rauch Milliken International, 4400 Trenton Street, Metairie, LA 70006-6550 |
| 764996 | | ReturnGo Ltd., Arye Shenkar Street 1, Herzliya, 4672501 Israel |
| 764997 | + | Sally Diesel, 404 Wealdstone Road, Cranberry Township, PA 16066-8333 |
| 764998 | + | Sarah Gray, 306 Sugarwood Drive, Venetia, PA 15367-2363 |
| 765000 | + | Shawna Carruba, 237 Spring Valley Road, Evans City, PA 16033-4337 |
| 765002 | | Shopify Inc., 151 O'Connor Street, Ground Floor Ottawa, ON K2P 2L8 Canada |

Case 22-00238-ELG   Doc 130   Filed 02/07/25   Entered 02/08/25 00:04:59   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0090-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: 309C | Total Noticed: 80 |

| | | |
|---|---|---|
| 765004 | | Smile Inc., 295 Hagey Boulevard, Waterloo, Ontario, N2L 6R5, Canada |
| 765005 | + | Social Style House, LLC, 2019 South Bentley Avenue Apt. 10, Los Angeles, CA 90025-5637 |
| 765006 | + | Social Style House, LLC, 1852 Corinth Avenue, Los Angeles, CA 90025-5579 |
| 765007 | | Stamped TECHNOLOGIES PTE. LTD., 1 Marina Boulevard Singapore 018989 |
| 765009 | + | Vox Funding, LLC, Bronster LLP - Attn: J. Logan Rappaport, 156 West 56th Street, Suite 902, New York, NY 10019-4008 |
| 765011 | + | Whitney Mirts, 452 Oakwood Street SE, Washington, DC 20032-1619 |
| 766934 | + | c/o J. Johnson, of Counsel, Padfield & Stout, LLP, 705 Ross Ave., Dallas TX 75202-2007 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 05 2025 22:25:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| aty | | Email/Text: mac@mbvesq.com | Feb 05 2025 22:25:00 | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854 |
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 05 2025 22:25:00 | Michael T. Freeman, Office of the United States Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| tr | + | EDI: QMEALBERT.COM | Feb 06 2025 03:12:00 | Marc E. Albert, Stinson LLP, 1775 Pennsylvania Avenue, NW, Suite 800, Washington, DC 20006-4760 |
| smg | ^ | MEBN | Feb 05 2025 22:08:51 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Feb 05 2025 22:25:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 05 2025 22:25:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 764951 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 05 2025 22:21:37 | Affirm, Inc., 650 California Street, San Francisco, CA 94108-2716 |
| 764953 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 05 2025 22:33:10 | Affirm, Inc., 30 Isabella Street Floor 4, Pittsburgh, PA 15212-5862 |
| 764955 | + | Email/PDF: bncnotices@becket-lee.com | Feb 05 2025 22:43:44 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 765472 | | Email/PDF: bncnotices@becket-lee.com | Feb 05 2025 22:21:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 764961 | ^ | MEBN | Feb 05 2025 22:08:53 | BlueVine Inc., 401 Warren Street, Redwood City, CA 94063-1536 |
| 764969 | + | Email/Text: CSCBNC@cscglobal.com | Feb 05 2025 22:25:00 | CSC Global, 801 Adlai Stevenson Drive, Springfield, IL 62703-4261 |
| 764963 | + | Email/Text: bzern@celticbank.com | Feb 05 2025 22:25:00 | Celtic Bank Corporation, 268 South State Street Suite 300, Salt Lake City, UT 84111-5314 |
| 768240 | + | Email/Text: va_tax_bk@harriscollect.com | Feb 05 2025 22:25:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 764970 | + | EDI: DCGOVT | Feb 06 2025 03:12:00 | D.C. Office of Tax and Revenue, 1101 4th Street SW Suite 270 West, Washington, DC 20024-4457 |
| 764970 | + | Email/Text: angela.coleman@dc.gov | Feb 05 2025 22:25:00 | D.C. Office of Tax and Revenue, 1101 4th Street SW Suite 270 West, Washington, DC 20024-4457 |
| 764975 | ^ | MEBN | Feb 05 2025 22:08:54 | First-Citizens Bank & Trust Company, 155 |

Case 22-00238-ELG   Doc 130   Filed 02/07/25   Entered 02/08/25 00:04:59   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0090-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: 309C | Total Noticed: 80 |

| | | | | |
|---|---|---|---|---|
| 764977 | | EDI: GADEPTOFREV.COM | Feb 06 2025 03:12:00 | Commerce Way, Portsmouth, NH 03801-3243<br>Georgia Department of Revenue, 1800 Century Boulevard NE, Atlanta, GA 30345 |
| 764978 | + | Email/Text: nadavis@hcc.com | Feb 05 2025 22:25:00 | Houston Casualty Company, 13403 Northwest Freeway, Houston, TX 77040-6006 |
| 764979 | | Email/Text: rev.bankruptcy@illinois.gov | Feb 05 2025 22:25:00 | Illinois Department of Revenue, 101 West Jefferson Street, Springfield, IL 62702 |
| 770539 | | Email/Text: rev.bankruptcy@illinois.gov | Feb 05 2025 22:25:00 | Illinois Department of Revenue, Bankruptcy Unit, P O Box 19035, Springfield, IL 62794-9035 |
| 765564 | | EDI: JPMORGANCHASE | Feb 06 2025 03:12:00 | JP Morgan Chase Bank, NA, P O Box 15368, Wilmington, DE 19850 |
| 764982 | | EDI: JPMORGANCHASE | Feb 06 2025 03:12:00 | JPMorgan Chase Bank, N.A., P.O. Box 1423, Charlotte, NC 28201 |
| 765548 | + | Email/Text: RASEBN@raslg.com | Feb 05 2025 22:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 764989 | + | EDI: NCDEPREV.COM | Feb 06 2025 03:12:00 | North Carolina Department of Revenue, P.O. Box 25000, Raleigh, NC 27640-0100 |
| 765569 | + | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | Feb 05 2025 22:25:00 | Ohio Attorney General Collection Enforcement, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 764991 | + | Email/Text: recovery@paypal.com | Feb 05 2025 22:25:00 | PayPal Working Capital, P.O. Box 45950, Omaha, NE 68145-0950 |
| 764992 | + | Email/Text: recovery@paypal.com | Feb 05 2025 22:25:00 | PayPal, Inc., 2211 North First Street, San Jose, CA 95131-2021 |
| 764999 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Feb 05 2025 22:25:00 | Sezzle Inc., P.O. Box 3320, Minneapolis, MN 55403 |
| 765001 | | Email/Text: Recovery_Operations@shopify.com | Feb 05 2025 22:25:00 | Shopify Capital Inc., 33 New Montgomery Street Suite 750, San Francisco, CA 94105 |
| 765003 | + | Email/Text: collections@rapidadvance.com | Feb 05 2025 22:25:00 | Small Business Financial Solutions, LLC, d/b/a Rapid Finance, 4500 East West Highway 6th Floor, Bethesda, MD 20814-3327 |
| 765008 | + | Email/Text: va_tax_bk@harriscollect.com | Feb 05 2025 22:25:00 | Virginia Department of Taxation, P.O. Box 1115, Richmond, VA 23218-1115 |
| 765010 | + | Email/Text: bankruptcy@webbank.com | Feb 05 2025 22:25:00 | WebBank, 215 S. State Street Suite 1000, Salt Lake City, UT 84111-2336 |
| 765012 | + | EDI: WISCDEPREV.COM | Feb 06 2025 03:12:00 | Wisconsin Department of Revenue, 2135 Rimrock Road, Madison, WI 53713-1443 |
| 765013 | ^ | MEBN | Feb 05 2025 22:08:55 | Wolters Kluwer Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 764964 | | China Export & Insurance Corporation, Fortune Times Building, 11 Fenghuiyuan, Xicheng District Beijing |
| 764993 | | Qingdao KDGarden Import & Export Co. Ltd, Room 1905, Tower 2, Excellence Century Center, No. 31 Longch |
| 765482 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 764976 | *+ | First-Citizens Bank and Trust Company, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 767152 | *+ | Vox Funding LLC, Bronster LLP - Attn: J. Logan Rappaport, 156 West 56th Street, Suite 902, New York, NY 10019-4008 |
| 764962 | ##+ | Briana Oden, 1458 Sherwood Drive Apartment F, Fairfield, OH 45014-4151 |

Case 22-00238-ELG    Doc 130    Filed 02/07/25    Entered 02/08/25 00:04:59    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0090-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: 309C | Total Noticed: 80 |

764973    ##+    Enrollment First Inc, 6712 Deane Hill Drive, Knoxville, TN 37919-5970

TOTAL: 2 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. Glaser | on behalf of Creditor Dumbarton Industrial Yellow LLC cglaser@jackscamp.com, iluaces@jackscamp.com |
| Jeremy S. Williams | on behalf of Defendant PayPal Inc. jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com |
| John Tucker Farnum | on behalf of Defendant Alien Finance LLC jfarnum@milesstockbridge.com jfarnumecfnotices@gmail.com |
| John Tucker Farnum | on behalf of Defendant 8fig Inc. jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com |
| John Tucker Farnum | on behalf of Creditor 8fig Inc. jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com |
| Jolene E Wee | on behalf of Trustee Jolene E Wee jwee@jw-infinity.com cjew11@trustesolutions.net |
| Jolene E Wee | jwee@jw-infinity.com cjew11@trustesolutions.net |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Marc E. Albert | marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Maurice Belmont VerStandig | on behalf of Plaintiff Muse Threads Inc mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Muse Threads Inc mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Mitchell B. Weitzman | on behalf of Creditor Dumbarton Industrial Yellow LLC mweitzman@jackscamp.com, statum@jackscamp.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 14