The order below is hereby signed.

Signed: February 5 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

Muse Threads Inc.,

        Debtor.

Case No. 22-00238-ELG

Chapter 11

### ORDER CONVERTING CASE TO CHAPTER 7

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Convert or Dismiss Chapter 11 Case ("Motion"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that this case is CONVERTED to a case under chapter 7 of Title 11 of the United States Code; and it is further

ORDERED that within 30 days of the entry of this order the debtor shall file and transmit to the United States Trustee a final report and account; and it is further

ORDERED that the clerk shall mail copies of this order to the entities noted below and

shall give all creditors notice that this case has been converted to chapter 7.

I Ask For This:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov


Copies to:

Muse Threads Inc.
452 Oakwood Street SE
Washington, DC 20032

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

John Tucker Farnum jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Christopher A. Glaser cglaser@jackscamp.com, iluaces@jackscamp.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Jolene E Wee jwee@jw-infinity.com, cjew11@trustesolutions.net

Mitchell B. Weitzman mweitzman@jackscamp.com, statum@jackscamp.com

Jeremy S. Williams jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;
amanda.roberts@kutakrock.com

All creditors on mailing matrix

**END OF ORDER**

United States Bankruptcy Court

District of Columbia

In re:

Muse Threads Inc
    Debtor

Case No. 22-00238-ELG

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: pdf001 | Total Noticed: 71 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 764948 | + | 4Imprint, Inc., 101 Commerce Street P.O. Box 320, Oshkosh, WI 54901-4864 |
| 764949 | + | 80 M Street SE Tenant LLC, 80 M Street SE, Washington, DC 20003-3544 |
| 764950 | + | 8fig Inc., 23875 Ventura Boulevard, Calabasas, CA 91302-1464 |
| 766784 | #+ | 8fig, Inc., c/o Mark Stout, Esq., Padfield & Stout, LLP, 420 Throckmorton St., Suite 1210 Fort Worth TX 76102-3792 |
| 764952 | + | Affirm, Inc., 1140 Broadway, New York, NY 10001-7504 |
| 764954 | + | Amazon Payments, Inc., 410 Terry Avenue N., Seattle, WA 98109-5210 |
| 764956 | #+ | Anna Karsten, 303 Breckenwood Drive, Cary, NC 27513-9420 |
| 764957 | + | Ashley Kirby, 218 Spring Lane, Royersford, PA 19468-1843 |
| 764958 | + | Attentive Mobile Inc., 221 River Street Suite 9047, Hoboken, NJ 07030-5990 |
| 764959 | + | Auctane LLC d/b/a ShipStation, 4301 Bull Creek Road, Austin, TX 78731-5933 |
| 764960 | + | Auctane LLC d/b/a ShipStation, 1990 E. Grand Avenue, El Segundo, CA 90245-5013 |
| 764967 | + | CRC Insurance, 50 California Street Suite 2000, San Francisco, CA 94111-4703 |
| 764965 | | Constance Marie Mirts, 6201 Batson Lane, Knoxville, TN 37919 |
| 764966 | + | Courtney Kohlhepp, 6932 Westland Drive, Knoxville, TN 37919-7435 |
| 764968 | + | Creditors Adjustment Bureau, 4340 Fulton Avenue Third Floor, Sherman Oaks, CA 91423-3925 |
| 764971 | + | Derek Medolla, Esq., Medolla Law, PLLC, 1407 Broadway 29th Floor, New York, NY 10018-5100 |
| 764972 | + | Dumbarton Industrial Yellow, LLC, Indigo Asset Services, 2000 14th Street N Suite 601, Arlington, VA 22201-2531 |
| 766789 | + | Enrollment First, Inc., c/o Gregory C. Logue, 900 S. Gay Street, Suite 900, Knoxville, TN 37902-1848 |
| 764974 | | Faire Wholesale B.V., Wilhelmina van Pruisenweg 35, 2595 AN Den Haag, Netherlands |
| 764980 | + | John Mark King, 452 Oakwood Street SE, Washington, DC 20032-1619 |
| 764981 | + | John Mark King and Whitney Mirts, 452 Oakwood Street SE, Washington, DC 20032-1619 |
| 764983 | | Julie Gealey, 1272 PA-110, Indiana, PA 15701 |
| 764984 | + | Klaviyo Inc, 125 Summer Street Floor 6, Boston, MA 02110-1616 |
| 764985 | + | Lee Kleminich, 2722 East Saddlebrook Road, Gilbert, AZ 85298-7497 |
| 764986 | + | Meta Platforms, Inc., 1601 Willow Road, Menlo Park, CA 94025-1452 |
| 764987 | + | Michigan Department of Treasury, P.O. Box 30324, Lansing, MI 48909-7824 |
| 764988 | + | Mindy Johnson, 3038 Victoria Street North, Saint Paul, MN 55113-1934 |
| 765563 | + | Ohio Department of Taxation, Bankruptcy Division, P.O. Box 530, Columbus, Ohio 43216-0530 |
| 764990 | + | Ohio Department of Taxation, Attn: Compliance Business Tax Division, P.O. Box 2678, Columbus, OH 43216-2678 |
| 764994 | + | RangeMe America LLC, 665 3rd Street Suite 425, San Francisco, CA 94107-1984 |
| 764995 | + | Rauch Milliken International, 4400 Trenton Street, Metairie, LA 70006-6550 |
| 764996 | | ReturnGo Ltd., Arye Shenkar Street 1, Herzliya, 4672501 Israel |
| 764997 | + | Sally Diesel, 404 Wealdstone Road, Cranberry Township, PA 16066-8333 |
| 764998 | + | Sarah Gray, 306 Sugarwood Drive, Venetia, PA 15367-2363 |
| 765000 | + | Shawna Carruba, 237 Spring Valley Road, Evans City, PA 16033-4337 |
| 765002 | | Shopify Inc., 151 O'Connor Street, Ground Floor Ottawa, ON K2P 2L8 Canada |
| 765004 | | Smile Inc., 295 Hagey Boulevard, Waterloo, Ontario, N2L 6R5, Canada |
| 765005 | + | Social Style House, LLC, 2019 South Bentley Avenue Apt. 10, Los Angeles, CA 90025-5637 |
| 765006 | + | Social Style House, LLC, 1852 Corinth Avenue, Los Angeles, CA 90025-5579 |
| 765007 | | Stamped TECHNOLOGIES PTE. LTD., 1 Marina Boulevard Singapore 018989 |
| 765009 | + | Vox Funding, LLC, Bronster LLP - Attn: J. Logan Rappaport, 156 West 56th Street, Suite 902, New York, NY 10019-4008 |

District/off: 0090-1                              User: admin                                    Page 2 of 4

Date Rcvd: Feb 05, 2025                           Form ID: pdf001                               Total Noticed: 71

| | | |
|---|---|---|
| 765011 | + | Whitney Mirts, 452 Oakwood Street SE, Washington, DC 20032-1619 |
| 766934 | + | c/o J. Johnson, of Counsel, Padfield & Stout, LLP, 705 Ross Ave., Dallas TX 75202-2007 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 764951 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 05 2025 22:32:20 | Affirm, Inc., 650 California Street, San Francisco, CA 94108-2716 |
| 764953 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 05 2025 22:32:44 | Affirm, Inc., 30 Isabella Street Floor 4, Pittsburgh, PA 15212-5862 |
| 764955 | + | Email/PDF: bncnotices@becket-lee.com | Feb 05 2025 22:43:41 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 765472 | | Email/PDF: bncnotices@becket-lee.com | Feb 05 2025 22:32:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 764961 | ^ | MEBN | Feb 05 2025 22:08:53 | BlueVine Inc., 401 Warren Street, Redwood City, CA 94063-1536 |
| 764969 | + | Email/Text: CSCBNC@cscglobal.com | Feb 05 2025 22:25:00 | CSC Global, 801 Adlai Stevenson Drive, Springfield, IL 62703-4261 |
| 764963 | + | Email/Text: bzern@celticbank.com | Feb 05 2025 22:25:00 | Celtic Bank Corporation, 268 South State Street Suite 300, Salt Lake City, UT 84111-5314 |
| 768240 | + | Email/Text: va_tax_bk@harriscollect.com | Feb 05 2025 22:25:00 | Commonwealth of Virginia Department of Taxation, Department of Taxation, PO BOX 2156, Richmond, VA 23218-2156 |
| 764970 | + | Email/Text: angela.coleman@dc.gov | Feb 05 2025 22:25:00 | D.C. Office of Tax and Revenue, 1101 4th Street SW Suite 270 West, Washington, DC 20024-4457 |
| 764975 | ^ | MEBN | Feb 05 2025 22:08:55 | First-Citizens Bank & Trust Company, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 764977 | | Email/Text: brnotices@dor.ga.gov | Feb 05 2025 22:25:00 | Georgia Department of Revenue, 1800 Century Boulevard NE, Atlanta, GA 30345 |
| 764978 | + | Email/Text: nadavis@hcc.com | Feb 05 2025 22:25:00 | Houston Casualty Company, 13403 Northwest Freeway, Houston, TX 77040-6006 |
| 764979 | | Email/Text: rev.bankruptcy@illinois.gov | Feb 05 2025 22:25:00 | Illinois Department of Revenue, 101 West Jefferson Street, Springfield, IL 62702 |
| 770539 | | Email/Text: rev.bankruptcy@illinois.gov | Feb 05 2025 22:25:00 | Illinois Department of Revenue, Bankruptcy Unit, P O Box 19035, Springfield, IL 62794-9035 |
| 765564 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 05 2025 22:20:25 | JP Morgan Chase Bank, NA, P O Box 15368, Wilmington, DE 19850 |
| 764982 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 05 2025 22:32:40 | JPMorgan Chase Bank, N.A., P.O. Box 1423, Charlotte, NC 28201 |
| 765548 | + | Email/Text: RASEBN@raslg.com | Feb 05 2025 22:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 764989 | + | Email/Text: bankruptcynotices@ncdor.gov | Feb 05 2025 22:25:00 | North Carolina Department of Revenue, P.O. Box 25000, Raleigh, NC 27640-0100 |
| 765569 | + | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | Feb 05 2025 22:25:00 | Ohio Attorney General Collection Enforcement, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 764991 | + | Email/Text: recovery@paypal.com | Feb 05 2025 22:25:00 | PayPal Working Capital, P.O. Box 45950, Omaha, NE 68145-0950 |
| 764992 | + | Email/Text: recovery@paypal.com | Feb 05 2025 22:25:00 | PayPal, Inc., 2211 North First Street, San Jose, CA |

District/off: 0090-1                    User: admin                                      Page 3 of 4

Date Rcvd: Feb 05, 2025               Form ID: pdf001                               Total Noticed: 71

|  |  |  |  | 95131-2021 |
|---|---|---|---|---|
| 764999 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | | |
| | | | Feb 05 2025 22:25:00 | Sezzle Inc., P.O. Box 3320, Minneapolis, MN 55403 |
| 765001 | | Email/Text: Recovery_Operations@shopify.com | | |
| | | | Feb 05 2025 22:25:00 | Shopify Capital Inc., 33 New Montgomery Street Suite 750, San Francisco, CA 94105 |
| 765003 | + | Email/Text: collections@rapidadvance.com | | |
| | | | Feb 05 2025 22:25:00 | Small Business Financial Solutions, LLC, d/b/a Rapid Finance, 4500 East West Highway 6th Floor, Bethesda, MD 20814-3327 |
| 765008 | + | Email/Text: va_tax_bk@harriscollect.com | | |
| | | | Feb 05 2025 22:25:00 | Virginia Department of Taxation, P.O. Box 1115, Richmond, VA 23218-1115 |
| 765010 | + | Email/Text: bankruptcy@webbank.com | | |
| | | | Feb 05 2025 22:25:00 | WebBank, 215 S. State Street Suite 1000, Salt Lake City, UT 84111-2336 |
| 765012 | + | Email/Text: DORBANKRUPTCYSPECIALIST@WISCONSIN.GOV | | |
| | | | Feb 05 2025 22:25:00 | Wisconsin Department of Revenue, 2135 Rimrock Road, Madison, WI 53713-1443 |
| 765013 | ^ | MEBN | | |
| | | | Feb 05 2025 22:08:56 | Wolters Kluwer Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 764964 | | China Export & Insurance Corporation, Fortune Times Building, 11 Fenghuiyuan, Xicheng District Beijing |
| 764993 | | Qingdao KDGarden Import & Export Co. Ltd, Room 1905, Tower 2, Excellence Century Center, No. 31 Longch |
| 765482 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 764976 | *+ | First-Citizens Bank and Trust Company, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 767152 | *+ | Vox Funding LLC, Bronster LLP - Attn: J. Logan Rappaport, 156 West 56th Street, Suite 902, New York, NY 10019-4008 |
| 764962 | ##+ | Briana Oden, 1458 Sherwood Drive Apartment F, Fairfield, OH 45014-4151 |
| 764973 | ##+ | Enrollment First Inc, 6712 Deane Hill Drive, Knoxville, TN 37919-5970 |

TOTAL: 2 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2025                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A. Glaser | |
| | on behalf of Creditor Dumbarton Industrial Yellow  LLC cglaser@jackscamp.com, iluaces@jackscamp.com |
| Jeremy S. Williams | |
| | on behalf of Defendant PayPal  Inc. jeremy.williams@kutakrock.com, |

District/off: 0090-1                          User: admin                                    Page 4 of 4

Date Rcvd: Feb 05, 2025                        Form ID: pdf001                          Total Noticed: 71

lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com

John Tucker Farnum

on behalf of Defendant Alien Finance LLC jfarnum@milesstockbridge.com  jfarnumecfnotices@gmail.com

John Tucker Farnum

on behalf of Defendant 8fig  Inc. jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com

John Tucker Farnum

on behalf of Creditor 8fig  Inc. jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com

Jolene E Wee

on behalf of Trustee Jolene E Wee jwee@jw-infinity.com  cjew11@trustesolutions.net

Jolene E Wee

jwee@jw-infinity.com  cjew11@trustesolutions.net

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Marc E. Albert

marc.albert@stinson.com  porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Maurice Belmont VerStandig

on behalf of Debtor In Possession Muse Threads Inc mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff Muse Threads Inc mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman

on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Mitchell B. Weitzman

on behalf of Creditor Dumbarton Industrial Yellow  LLC mweitzman@jackscamp.com, statum@jackscamp.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 14