**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**
**WASHINGTON DC**

| | | |
|---|---|---|
| In re: | § | Case No. 22-00238-ELG |
| | § | |
| MUSE THREADS, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

**CHAPTER 11 SUBCHAPTER V**
**TRUSTEE'S FINAL REPORT AND ACCOUNT**

Jolene E. Wee, chapter 11 trustee appointed under 11 U.S.C. § 1183(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1183(b)(1). The trustee declares under penalty of perjury as follows:

1) The case was filed on 12/23/2022.

2) The trustee was appointed on 12/27/2022.

3) The plan was confirmed on 10/30/2023 and was not consensual.

4) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1193(b) on N/A.

5) The trustee filed action to remedy default by the reorganized debtor in performance under the plan on 1/21/2025 and 12/8/2023.

6) The case was Substantially Consummated on 1/6/2025.

7) Number of months from filing or conversion to last payment: 24.

8) Number of months case was pending: 26.

9) Total value of assets abandoned by court order: NA

10) Total value of assets exempted: NA.

11) Amount of unsecured claims discharged without full payment $0.00.

12) All estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have been submitted to the United States Trustee.

**UST Form 101-11(V)-FR 02/19/2020**

| **Receipts:** | |
|---|---:|
| Total paid by or on behalf of the debtor | $27,500.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | $27,500.00 |

| **Expenses of Administration:** | |
|---|---:|
| Debtor Professional Fees | $2,715.59 |
| Trustee Professional Fees | $15,784.41 |
| Court Costs | $0.00 |
| Disbursing Agent Professional Fees | $9,000.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $27,500.00 |

**Creditors**

| Creditor Name | Debt Type | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 8fig, Inc. | S | $0.00 | $30,000.00 | $30,000.00 | $0.00 | $0.00 |
| Vox Funding, LLC | S | $0.00 | $33,750.00 | $33,750.00 | $0.00 | $0.00 |
| Commonwealth of Virginia Department of Taxation Department of Taxation | P | $0.00 | $366.50 | $366.50 | $0.00 | $0.00 |
| Ohio Department of Taxation | P | $0.00 | $21,130.54 | $21,130.54 | $0.00 | $0.00 |
| 4Imprint, Inc. | U | $0.00 | $986.00 | $986.00 | $0.00 | $0.00 |
| 8fig, Inc. | U | $0.00 | $87,695.05 | $87,695.05 | $0.00 | $0.00 |
| American Express National Bank c/o Becket and Lee LLP | U | $0.00 | $2,899.43 | $2,899.43 | $0.00 | $0.00 |
| American Express National Bank c/o Becket and Lee LLP | U | $0.00 | $3,795.26 | $3,795.26 | $0.00 | $0.00 |
| Commonwealth of Virginia | U | $0.00 | $87.81 | $87.81 | $0.00 | $0.00 |

**UST Form 101-11(V)-FR 02/19/2020**

| | | | | | | |
|---|---|---|---|---|---|---|
| Department of Taxation Department of Taxation | | | | | | |
| Enrollment First, Inc. | U | $0.00 | $34,370.56 | $34,370.56 | $0.00 | $0.00 |
| First-Citizens Bank & Trust Company | U | $0.00 | $4,874.69 | $4,874.69 | $0.00 | $0.00 |
| JPMorgan Chase Bank, N.A. | U | $0.00 | $17,703.98 | $17,703.98 | $0.00 | $0.00 |
| Ohio Department of Taxation | U | $0.00 | $11,449.31 | $11,449.31 | $0.00 | $0.00 |

**Summary of Disbursements to Creditors:**

| | Claims Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | $63,750.00 | $0.00 | $0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $21,497.04 | $0.00 | $0.00 |
| **Total Priority:** | $21,497.04 | $0.00 | $0.00 |
| **General Unsecured Payments:** | $163,862.09 | $0.00 | $0.00 |

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $27,500.00 |
| **TOTAL DISBURSEMENTS:** | $27,500.00 |

13) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  2/18/2025             By:  */s/Jolene E. Wee*
                                                     Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(V)-FR 02/19/2020**