The order below is hereby signed.

Signed: February 27 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>MUSE THREADS, INC.,<br><br>Debtor. | Chapter 11 (Subchapter V)<br><br>Case No. 22-00238-ELG |

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE
## WHERE THE CASE WAS CONVERTED TO CHAPTER 7

**WHEREAS,** on January 15, 2025, the U.S. Trustee filed the Motion to Convert Case to Chapter 7 or in the alternative Motion to Dismiss Case (the "Motion"); and

**WHEREAS,** on January 21, 2025, Jolene E. Wee (the "Subchapter V Trustee") filed a Notice of Distributions by Disbursing Agent and Notice of Debtor's Default under the confirmed Subchapter V Plan; and

**WHEREAS,** on February 5, 2025, the Court held a hearing on the Motion and converted the Case to Chapter 7; and

**WHEREAS,** on February 20, 2025, the Subchapter V Trustee filed her final report (Docket No. 133) and requests to be discharged as Subchapter V Trustee in this proceeding;

**NOW, THEREFORE,** in consideration of all the facts and circumstances herein and it appearing that no further additional notice being required, it is hereby;

2

**ORDERED,** that Jolene E. Wee as Subchapter V Trustee of the above-captioned estate be and hereby is discharged.

I ASK FOR THIS:

*/s/ Jolene E. Wee*
Jolene E. Wee
JW Infinity Consulting, LLC
447 Broadway Street 2nd FL #502
New York, NY 10013
(929) 502-7715
jwee@jwinfinity.com

*Post-confirmation Subchapter V Trustee and Disbursing Agent*